FILED 18 OCT '18 15:54 USDC-ORE

In US District Court of Oregon

Todd Giffen,
Plaintiff,

V

Multnomah County Circuit Court,
Jeremy Wolff,
Mark A Peterson,
Jon J. Ghastin,
Stephen K. Bushong,
Judith H. Matarazzo,
Barbara Marcille,
Oregon Court of Appeals,
Oregon Supreme Court,
Lane County Circuit Court,
Marion County Circuit Court,
US District Court of Oregon,
US District Court of New York,
US District Court of California,
US District Court of District of Columbia,
US District 9 Court of Appeals
United States Supreme Court,
Social Security Administration,
Bronx Supreme Court,
Westchester Supreme and County Court,
Mental Hygiene Legal Service,
New York City Human Resources
Administration,
New York City Office of Temporary
Disability Assistance,
New York City Comptroller,
Federal Public Defenders in Eugene
Oregon and Portland Oregon,
Fresno Federal Public Defenders

Case no. 6:18-cv-1846-MC

ADA TITLE II disability discrimination, Rehab
Act of 1973 Section 504 violations, due
process violations, equal protection
violations, 5th/14th amendment violations,
violations of ORS 659a.142, violations of
ORS 124.100, etc

II . STANDARD OF REVIEW
Under Rule 12 (b) (6), a plaintiff need only plead "enough
facts to state a claim to relief that is p l ausibl e on its face"
and to "nudge [] [his or her] claims across the line from
conceivable to plausible . " Bell Atl. Corp . v. Twombly, 550 U. S.
544, 570 (2007) . "[A] complaint [does not] suffice if it tenders

naked assertions devoid o f further factual enhancement . "
Ashcroft v. Iqbal, 556 U.S . 662, 678 (2009) (internal quotations
omitted) (citing Twombly, 550 U. S. at 557). Instead, the
complaint must plead facts that are more than "merely consistent
with" a defendant's liability; "the pleaded factual content
[must] allow [] the court to draw the reasonable inference that
the defendant is liable for the misconduct alleged." Id. at 678
(citing Twombly , 550 U.S. at 556).
"[O]nce a claim has been stated adequately, it may be
supported by showing any set of facts consistent with the
allegations in the complaint." Twombly, 550 U. S. at 563 . Under
the standard set forth in Twombly, a "court deciding a motion to
dismiss must assume a ll the allegations in the complaint
are true (even if doubtful in fact) [and ] must give the
plaintiff the benefit of all reasonable inferences derived from
the      facts alleged." Aktieselskabet AF 21., 525 F.3d at 17
(internal quotations and citations omitted) ; see also Tooley v.
Napoli tano, 586 F.3d 1006, 1007 (D .C. Cir. 2009) (declining to
reject or address the government's argument that Iqbal
invalidated Aktieselskabet)

If this doesn't work it proves the judiciary is being ran by remote viewers and they won't punish
true criminals running our governments or businesses, meaning we are all enslaved and
currently lack a justice system to control the wrong doing of the elite in control of earth. There's
going to have to be some death penalties this time because your games are finished.

Does anyone know why public victims can't have potential perpetrators analyzed with the
remote view system to uncover all their crimes? How about at least use an EEG memory scan
like India allows in court? Why allow them to keep their classified crime secret?

The brain police: judging murder with an MRI: https://www.wired.co.uk/article/guilty

Plaintiff is fully disabled and motions the US District Court for a reasonable accommodation
under Rehabilitation Act of 1973 Section 504. The courthouse is subject to the requirements of
the Rehab Act, I am confirmed disabled per doctor and other documentation on the record, and
am being discriminated against by the court by being unable to access the court, perform labor,
communicate, gather words/memories and information for the court, file
lawsuits/motions/responses as a result of my disability, etc: Plaintiff requests appointment of
counsel at public expense as a reasonable accommodation because petitioner has severe
brain/bodily injury, cannot communicate, can barely type, talk, walk, and is impaired from being
in the DIA/NSA/CIA/FBI program known as Project Star Gate, which involves my body being
irradiated 24/7, brain and organ functions manipulated, pain and injuries being inflicted
continuously. Project Star Gate is a program that began in 1930, involving the use of satellites

and military radar to remotely scan peoples brains and bodies from space, and imping their tissue with radiation signals. The government has used this technology in law enforcement and spy operations since then, but it really picked up in the 1970s with the first documented use of "psychics" in the courtroom, which was endorsed by law enforcement, and judges across the country. Part of the issue is this technology not only lets the government read Americans thoughts, and track their movements, and see into their homes and intercept electronic and paper signals, but it allows the government to irradiate the person. The government calls this telekinesis or psychokinesis. The government spy agents used to go around the world putting on shows, bending spoons without touching them, making light bulbs unscrew from their light sockets, fake hauntings, throw chairs around the room, and more. This is possible because a space based laser system can remotely manipulate brain signals and energy/matter in the environment, enabling information to be passed into agents brains, or allow them to attack people and their environment. CIA documents discuss the capability and it's ensured future use on citizens such as shredding their hearts or stopping their hearts, causing death, which was tested successfully on rats and frogs in California and around the world in other locations per the governments own documents.

Quote from CIA documents below about weapon attack used on me, describing a human being being able to focus the space based weapon on life forms to stop and even shred their hearts at the agents mere thought (they used to publically call these agents psychics, hiding the use of the satellites/radar to perform the feats, claiming the agent was able to perform the feats through 'special mental powers'):

'Before discussing potential personnel applications of psi let me remind you that at least four of the U.S. best-known parapsychology research laboratories are certain "psychic powers might be used to physically harm, sicken, or kill individuals." Their confidence is probably based on experiments like that done in 1975 at San Francisco medical research institute with psychic healer Dean Kraft.

"He was to try, psychically, to lower the blood pressure and heart rate of a laboratory rat in a Plexiglas cage...The observers, however, had an opportunity to watch for twenty minutes, and record the steady decrease of the rat's heart rate, all the way to zero (41:81).

He mentally killed the rat without any contact.

Similarly, Nina Kulagina of the Soviet Union is known for her psychokinetic abilities. After just 40 seconds of focusing her mental influences she was able to completely stop an isolated frog heart from a distance of about a meter and a half..."When we [Soviet Professor Gennady Sergeyev] examined it, we found that it was torn apart, as if bombarded by lightning balls of microscopic size. The energy flow can reach incredible intensity!" (41:269).

From these examples we see the lethality of this type of psi.'"

Environmental capabilities of psychotronic remote view psi laser directed energy weapons:

"There is significant evidence supporting the existence of the phenomena and its connection with frustration. The famous psychiatrist Hans Bender investigated two celebrated cases in Germany: "The Rosenheim" Case of 1967 and the "Bremen Boy" case of June 1965. The Rosenheim case of 1967 was also investigated by two physicists Drs. F. Nanger and G. Zuha, who also supported the reality of some of the unusual phenomena.* It all began in late 1967 in a lawyers office in Rosenhiem, Bavaria. Neon lights blinked off and became unscrewed, Electric light bulbs exploded and usually high telephone bills were attributed to the number 0119 (the dial a time number).

The town sent the assistant director of the electric company and his electricians to investigate. Using a voltage recorder they detected unexplained deflections (or up to 50 AMPS) associated with the strange phenomena. To rule out the possibility that the town's power supply was causing the unusual problem, a separate generator was used to provide the building with power. Still the phenomena persisted. When physicists F. Kanger and G. Zuha observed the same

phenomena, they also noted that the house voltage remained the same. This led them to conclude that the phenomena was not electrical but that an "unknown energy" must have "mechanically" acted on the pointer of the recorder."*

A team of Parapsychological investigators headed by psychiatrist Dr. Hans Bender was called into the case. Dr. Bender's suspected that this was a case of "Poltergeist" (PK) phenomena and began to look for the usual cause---a young person with unresolved conflicts. He found such a person in Annemarie Schaberl. She hated her work and impatiently awaited the end of each working day. She was most distressed in the late after-noon. The time when hundreds of calls were registered for "0119"---The number for "Time".* The phone was closely observed during these periods but there was no dialing motion to be seen. Instead it appeared that the "girl's unconscious PK somehow seemed to have tempered directly with the switching elements inside the instrument.*

When lawyer Sigmund Adam was told about the suspected PK occurrence, he joked with Annemarie that "The next thing you know there'll be pictures twirling on the walls.*

Early the next Monday morning, the suggestion seemed to take effect, as heavy oil paintings were observed to twirl on the walls. "Bender's team also witnessed this and was able to film on video tape the movements of one painting as it rotated through an arc of .120 degrees."*

Annemarie went to Dr. Bender's laboratory at Freiburg to be tested for ESP and PK. It is noteworthy that the girl only scored above chance "when her emotions rose to a high pitch during the course of Bender's psychiatric interviews."*"

Turns out it's not always you or your friends/family making telephone calls from your/their phone! (Small sample of high end space weapons capability)

"EXCERPT FROM MILITARY DOCUMENT ON THE USE OF PSI IN LAW

ENFORCEMENT/LAWYER SYSTEMS/COURTS (link above):

"Date of the document: may 1984 (before i was born in 1985- meaning the technology has been

in use all around me in secret my entire 33 year old life)

title of document: legal issues related to the use of psi

author stanley l. schall

army review completed

...

During the past several years, there has been an increase in the reported use of psychics in

national security matters as well as assisting federal and local law enforcement. The psychics

provide nonconventional clues. These clues added to the success of solving major crimes.

Note: psychics do not solve crimes. The cases are put together by regular investigators. But,

when used appropriately, psychics become an adjunct tool similar to any other legal

investigative technique. This paper is an overview raising questions about legal and ethical

issues involved in the use of psi by local law enforcement and the judicial process. Psi is

defined as a term to designate collectively paranormal events and/or faculties, including ESP,

clairvoyance, psychokinesis, and survival phenomena.

...

To protect the psychic informant who may or may not qualify as an expert witness, a judge may

interview the informant in the presence of the prosecuting attorney and the investigating officer

in an "in camera" hearing. Neither the defense counsel nor the defendant are present during this

session. If the judge determines that an informant's data does not have a direct bearing on

either the guilt or innocence of the defendant, the psychic informant need not be identified in

court or be subject to examination. This is contingent on the investigator corroborating the data

and developing independent leads which result in the arrest.

If a psychic is a consultant for an agency, he/she then becomes an instrument of the agency

and is subject to the same legal requirements in the collection of evidence as is required of

sworn members of the agency. This can pose a problem, for example, when a consultant uses

remote viewing abilities to enter a location mentally, without consent of the owner/renter of the

property, or without a search warrant.

Does such action constitute a legal search?

...document then goes into US SUPREME COURT considering issues of how evidence is

gathered and must be 4th amendment compliant."

IN A DOCUMENT FROM THE CIA CALLED COURTROOM PSYCHICS written in the

1970s/1980s:

Editors' Note: The judicial system in this

country has been using the abilities

of psychics with increasing regularity. The

Honorable Howard E. Goldfluss, acting

justice of the Supreme Court, State of

New York, comments on what appears to

be a growing trend. Justice Goldfluss

is a member of the New York State Task

force on Child Abuse and author of

The Judgment.

The highest priority of our judicial system

should always be the quest for truth.

Although it seems reasonable to assume

that judges and juries will be skeptical

of the claims of the paranormal-ESP

clairvoyance, psychokiness, and the like-

to everyone's Surprise, no one is laugh-

ing. Law enforcement agencies, juries,

and judges are finally acknowledging that

we don't have answers to the unexplain-

able. It really shouldn't shock people

that psychic phenomena have found a

forum in the Courts, requiring us to deal

with novel and fascinating ideas.

If I've learned anything as a sitting

judge for 15 years and as a practicing

lawyer for 24, it is that the law must have

an open mind. Concepts not considered a

generation ago are accepted today.

Trial lawyers, for instance, have psychics

sit at counsel tables during the jury

selection process in an effort to determine

if prospective jurors are telling the truth.

Psychics claim that they can weed out

undisclosed bias or prejudice. Sometime

in the future the courts may have to

decide the propriety of that procedure.

Acceptance of psychics in the American

Courtroom has been gradual. The first

major publicized case occurred in 1975,

when ESP was used in a trial. Joan Little,

an inmate in a Raleigh, North Carolina,

jail, fatally stabbed a prison guard. She

claimed he had tried to rape her. Jerry

Paul, her chief defense counsel, wanted

to know at the outset where a potential

juror's sympathy would lie. He employed

psychic Richard Wolf to consult with

in jury selection. After Little's acquittal,

Paul said, "Wolf wasn't one hundred

percent correct, but he was more often

right than wrong." Paul saw Wolf's role as

essential to the reaching of the verdict.

There are other examples of psychic

successes that even the most faded and

Skeptical would find difficult-if not

impossible-to ignore. Greta Alexander

of Delavon, Illinois, calls herself a parapsychologist.

She claims she acquired her

psychic powers 26 years ago, after being

struck by lightning. I know the normal

reaction to Such a claim: a wink and a

finger moving counterclockwise around

the ear, signifying that the woman is

playing with less than a full deck.

But in 1977 she pinpointed the missing

bodies of a three-year-old boy and a

twenty-one-year-old than who drowned in

separate incidents in Iowa. Those discoveries

were documented as authentic.

In 1983 she again gave the police information

that led a team of 22 police and

civilians volunteers to a wooded area near

Peoria, illinois. At the designated site,

they found the skeletal remains of a

woman who had been missing for a month.

Alexander had given the police a number

of specific details about the missing

woman: The head would be detached

from the body (confirmed); the remains

would be near a bridge (confirmed);

a Salt or rock pile would be close by

(confirmed). Police agencies throughout

the country now routinely consult

Alexander. No one doubts her sanity or

believes she is a charatan.

There is strong evidence that the public

is growing more tolerant of psychic

phenomena. Noreen Reiner, a self-

proclaimed psychic in Medford, Oregon,

is a case in point. She took umbrage at

an assertion by John O. Merrill, Cofounder

of Northwest Skeptics, that she was a

fraud. She sued for libel. At the trial she

testified that she instructed police trainees

throughout the nation on the value of

psychic intervention in crime investigation.

That fact was not lost on the jury, which

awarded $25,000 to Reiner and in so

doing gave fair warning to all defamers

similarly inclined that they had better

be prepared with the facts.

Intervention by psychics will raise

vexing but intriguing legal problems,

including issues of coercion and the right

to privacy. Assume, says Ronald J. Allen,

professor at Northwestern University

School of Law, that a suspect is given his

Miranda rights and consents to waive

the presence of a lawyer. He answers

questions put to him by the police. Assume

further that the police arrange to have a

psychic present during the questioning.

Could his statement be stricken because it

was coerced? Allen believes this is a

strong possibility, "if the police have reason

to believe the suspect is susceptible to

that interrogation method and use it

to break down his will, there Could be a

Fifth Amendment claim, Allen says.

California criminal lawyer Harold Weitzman

is concerned with the consequences

of the mind-probing abilities of

psychics. A person in custody has the

constitutional right to remain Silent. But if

his thoughts are "read" and transmitted to

the police, has he then been deprived

of a reasonable expectation of privacy?"

Just don't believe it's possible," says

Weitzman, but if psychics can do what

they say, it would be the height of a Fourth

Amendment violation. If there's any place

you have a reasonable expectation of

privacy, it's in your mind.

For the present these questions are

debatable. Acceptance of psychic

phenomena has not reached the point

where facing such legal problems is

inherent. But we will have to deal with

them in the future. Evidence is always a

matter of degree. Loose ends prevail

in the courtroom. Certainty is a rare

commodity. Psychics do not solve crimes,

nor do they resolve lawsuits. But if they

contribute in anyway to the discovery of

the truth, then they can't be ignored.

Those of us who participate in the

judicial system must be concerned with

the discovery of truth as our prime objective.

The value of psychic assistance in

finding the truth has yet to be determined.

Some psychics will turnout to be frauds;

some will be legitimate. We will not

be able to judge them until we listen to

what they have to say. If justice is to be

served, we should not be deterred by our

inability to explain how such a noble

purpose is accomplished."

The above documents are legitimate and come from the CIA Reading Room CREST DATABASE on CIA.gov, proving this is all real, should the judge wish to self research before claiming none of this is possible, is delusional, unbelievable, frivolous or otherwise. Countless judges have committed fraud on the court, making such claims before, protecting this weapons use, and the torture, killing, and abuse of many. The documents do go into the technology calling it a 'PSI SENSOR' in some NSA documents, and referring to a "REMOTE VIEW" system enabling police/agents (known as 'readers') to "READ" a persons thoughts (people having their thoughts read are called 'originators'). Documents also discuss the launch of a satellite to Jupiter which beamed data back to earth, suddenly enabling agents to remote view Jupiter. Yes it is used for space exploration and scientific observations. Back in the 1970s/1980s when the government was using it more openly for law enforcement, they'd locate dead bodies in the mountains and go "oh I mentally located the dead body. Here's the description of where it's at giving scene perfect details." There was also hauntings of houses, where painting flew around, phones dialed, and investigators from the government could be hired called private investigators or parapsychologists- some were priests, or psychics. They'd be brought into a persons home to find out what was causing all the hoopla. I spoke to Senator Diane Feinstein's office who referred to this as the CIA using remote interrogation technology on citizens domestically, which was very concerning to their office, or so they pretended. A California Senator/Congressman's assistant told me he knew all about what I was talking about, describing it as telemetry - satellite/radar surveillance, which was used to track a famous mafia boss/drug lord down in Mexico during the 1990s.

https://www.cia.gov/library/readingroom/collection/crest-25-year-program-archive

The USSR spent $1B on mind-control programs, in addition to money the US and other governments spent on the joint built and tested system, equal to the energy put into the moons race: https://nypost.com/2013/12/28/the-soviet-union-spent-1-billion-on-mind-control-programs/

"The race to put man on the Moon wasn't enough of a battle for the global super powers during the Cold War.

At the time, the Soviet Union and the United States were in an arms race of a bizarre, unconventional kind – that has been exposed in a new report.

Beginning in 1917 and continuing until 2003, the Soviets poured up to $1 billion into developing mind-controlling weaponry to compete with similar programs undertaken in the United States.

While much still remains classified, we can now confirm the Soviets used methods to manipulate test subjects' brains.

The paper, by Serge Kernbach, at the Research Centre of Advanced Robotics and Environmental Science in Stuttgart, Germany, details the Soviet Union's extensive experiments, called "psychotronics". The paper is based on Russian technical journals and recently declassified documents.

The paper outlines how the Soviets developed "cerpan", a device to generate and store high-frequency electromagnetic radiation which was used to affect other objects.

The psychotronics program, known in the US as "parapsychology", involves unconventional research into mind control and remote influence – and was funded by the government.

With only limited knowledge of each other's mind-bending programs, the Soviets and Americans were both participating in similar secret operations, with areas of interest often mirroring the other country's study.

The psychotronics project draws similarities to part of the controversial program MKUltra in the US. The CIA program ran for 20 years, has been highly documented since being investigated in the 1970s and was recently dramatized in the 2009 movie "The Men Who Stare at Goats."

Scientists involved in the MKUltra program researched the possibility of manipulating people's minds by altering their brain functions using electromagnetic waves. This program led to the development of psychotronic weapons, which were intended to be used to perform these mind-shifting functions.

The illegal research subjected humans to experiments with drugs, such as LSD, hypnosis and radiological and biological agents. Shockingly, some studies were conducted without the participant's knowledge.

Kernbach's paper on the Soviet Union's psychotronics program fails to mention one thing – the results. He also doesn't detail whether there are ongoing mind-control programs in the US or Russia, but there are suspicions.

... article continues."

We filed a FOIA with the DIA Defense Intelligence Agency asking for information on the psychotronics program July 28 1995, they sent a responsive hit to the National Security Agency who reviewed the documents and determined they were properly classified TOP SECRET and should not be released in the request.



NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
FORT GEORGE G. MEADE, MARYLAND   20755-6000

Serial:  J9728-96

19 March  1997

> **Obvious question:**
> **If government-sponsored**
> **mind control is not happening,**
> **then why could it "reasonably**
> **be expected to cause**
> **exceptionally grave damage**
> **to national security"!?**

Ms. Cheryl Welsh
915 Zaragoza St.
Davis, CA  95616

Dear Ms. Welsh:

This responds to your Freedom of Information Act (FOIA) request dated 28 July 1995 submitted to the Defense Intelligence Agency (DIA) for records pertaining to yourself and other various topics. A copy of your request is attached for your convenience.  On 21 October 1996 the DIA referred one responsive NSA-originated document relating to a Soviet mind control system to this Agency for our review and direct response to you.

The document has been reviewed by this Agency pursuant to the provisions of the FOIA and has been found to be currently and properly classified in accordance with Executive Order 12958. This document meets the criteria for classification as set forth in subparagraphs (c) and (g) of section 1.5 and remain classified <u>TOP SECRET</u> as provided in section 1.3 of Executive Order 12958. The information is classified because its disclosure could reasonably be expected to cause exceptionally grave damage to the national security. Because the information is currently and properly classified, it is exempt from disclosure pursuant to the first exemption of the FOIA (5 U.S.C. section 552(b)(1)).

In addition, this Agency is authorized by various statutes to protect certain information concerning its activities. We have determined that such information exists in this document. Accordingly, those portions are also exempt from disclosure pursuant to the third exemption of the FOIA which provides for the withholding of information specifically protected from disclosure by statute. The specific statutes applicable in this case are

However Executive Order 13526 forbids the classification of mind control, surveillance, spy and psychotronic weaponry systems due to their continuous use to deny justice, torture, kill, spy on, maim citizens around our society, the hiding of basic scientific knowledge from the public, prevention of competition and advancement of public awareness and power to be equals in the world:

President Barack Obama's EO 13526:
Sec. 1.7. Classification Prohibitions and Limitations. (a) In no case shall information be classified, continue to be maintained as classified, or fail to be declassified in order to:

(1) conceal violations of law, inefficiency, or administrative error;
(2) prevent embarrassment to a person, organization, or agency;
(3) restrain competition; or
(4) prevent or delay the release of information that does not require protection in the interest of the national security.
(b) Basic scientific research information not clearly related to the national security shall not be classified.
(c) Information may not be reclassified after declassification and release to the public under proper authority unless:

Another feat is enabling government spies who may be judges, prosecutors, public defenders, police, or other undercover agent (KNOWN AS NOC OR ILLEGALS) to communicate brain to brain, which is telepathy, even when the judge is on the bench in the courtroom, bypassing radios, telephones, and computer usage, making the communication secret and off the record. A judge or other group of agents can then communicate as a large group known in the CIA documents as psychotronics, enabling them to group together for lies, actions, and story synchronization in cover ups and government/business wide abuses. This allows them to group together and dismiss victims lawsuits as frivolous and delusional, for example, part of their training to defend their secret weapons and techniques. From the CIA's own documents: "Psychotronics is the term used to describe "the amplification of psychic energies by electronic devices"

...by psychotronics, the minds of all men can be linked into a great supermind having absolute psychokinetic mastery over time and space..."

Again psychotronics work by installing a grid of satellites, and land sea radar to sense and beam energy into people and places, which act as large holographic scanners/emitters, and focus beams at targets. This is housing, ground, clothing, skull penetrating..

This is not conspiracy, it is vetted material, commonly published in the media, wikipedia, and various classified documents including the Snowden documents. It's such common knowledge, it's discussed openly on twitter, discrediting any judge who dismisses my lawsuits without letting a jury hear the full case. However, the precise details are sometimes unknown, due to classification and judges covering up those classified informations by refusing to allow the public access and by not requiring it be present in court for analysis, rigging the court procedures to cover it all up, such as precisely how many spies are working where, and who all is a spy, although it is known to be a substantial number of locals (so much so that one can go to the Lane County Jail, to the Lane County Circuit Court, to the Peace Health Hospital, to the Shangri La Group Home, to the Oregon State Hospital, to the LTD bus station, to a local wellness center, hop on Amtrak, and they have agents running each one, and undercover agents blending in as civilians, capable of baking police/health/ court reports, covering up a citizens abuse, denying them medical care, dosing them with substances in secret and using radiation on the person, in coordination, and not one employee in these facilities will directly help you, but they will acknowledge you as a victim and admit to your victimization on the sly, and even discuss their classified knowledge of what's going on at times, such as discussing remote view capability and military tactics, or the risks the public is in from this, such as if they speak of it they are labeled mentally ill and locked in nut wards even though everyone at the mental hospital knows it is real, to performing a whistling campaign at you (whistle at you at each location like they are walking you to your doom covertly, acknowledging your suffering, and the fact no one is going to help you)..):

https://twitter.com/Suzi3D/status/1035508012050526209 (this tweet was retweeted over 297 times):

 **Suzie Dawson** @Suzi3D

# Snowden wasn't just telling us that we're being spied on.

He was telling us that the spies control human society.

That's precisely what his documents show. The NSA has its finger in every pie. Academia, technology, NGO's, commerce, even high school essay competitions ffs.

5:42 AM - 31 Aug 2018

The CIA also admits they secretly hire citizens and give them secret identities while they work as "psychologists, police, lawyers," and others in the community, and none of this is really disclosed to the public, such as when they order their agents to target and abuse a person around town, to mangle and handle them at the local hospital, jail, mass transit, city counsel, college universities, and other sites:

https://twitter.com/CIA/status/1034866941587087360

 **CIA**___ @CIA

CIA officers work as scientists, support staff, engineers, economists, linguists, mathematicians, secretaries, accountants, inventors, cartographers, architects, psychologists, police officers, editors, graphic designers, auto mechanics, historians, museum curators, & more!

11:14 AM - 29 Aug 2018

https://twitter.com/CIA/status/1034866610283180032

 **CIA** @CIA

Myth: All CIA officers recruit & handle agents.

Fact: Only some officers recruit & handle agents, which is the job of an operations officer. The number of employees at CIA is classified, but the variety of careers here is similar to major corporations.

.1.usa.gov/1qOxdOa

11:13 AM - 29 Aug 2018

https://twitter.com/CIA/status/1034865928717197312

 **CIA** @CIA

So, who is a CIA agent?

Our operations officers recruit well-placed human agents with access to secrets. These recruited spies are agents. Agents/spies are invaluable. They provide critical information about their country to help America.

11:10 AM - 29 Aug 2018

https://twitter.com/Snowden/status/1044676549499400192

 **Edward Snowden**_____ @Snowden

People are like, "what kind of power?" The power to always know everything about anyone, so that you can control the outcome of anything they try to do. Sound abstract? It's your stalker ex, but with a military.

12:54 PM - 25 Sep 2018

https://twitter.com/Snowden/status/1047562087059341312

 **Edward Snowden**_____ @Snowden

All our lives dangle at the end of a wire. Ask yourself: who controls it? How else might it be used? #PresidentialAlert

12:00 PM - 3 Oct 2018

Snowden reports: at least we know, even though they continue to do all these things, they haven't stopped, we are powerless because we can't stop them:

Edward Snowden: 'The people are still powerless, but now they're aware':
https://www.theguardian.com/us-news/2018/jun/04/edward-snowden-people-still-powerless-but-aware

"The most important change, he said, was public awareness. "The government and corporate sector preyed on our ignorance. But now we know. People are aware now.

People are still powerless to stop it but we are trying. The revelations made the fight more even.""

Shouldn't we have a remedy by now through the courts? Shouldn't we let the juries tear the governments program apart, by letting them decide if the government is out of hand or not? Shouldn't we stop running lies through jury trials, instead opting to provide them the raw classified version without censorship for a change, to stop manipulating the juries for the government agents favor? Shouldn't we stop judges from protectively dismissing cases before juries can decide what really happened?

NSA whistleblower and humanitarian activist Edward Snowden confirmed on his twitter in October 31 2016 that there are in fact some with access to our private memories - our actual brains - our private thoughts and feelings. In 2014 during his Christmas Message, he confirmed the same:
"A child born today will grow up with no conception of privacy at all. They'll never know what it means to have a private moment to themselves an unrecorded, unanalysed thought. And that's a problem because privacy matters, privacy is what allows us to determine who we are and who we want to be." https://www.oregonstatehospital.net/video.php?id=GowiTyH21zA

Here is Edward Snowden's October 31 2016 tweet made the same month I sent his girlfriend Lindsey Mills (@sjourney) information through her instagram about it. They deleted my instagram post to acknowledge receipt yet did not block me from further posts. We have been communicating through this channel and others for awhile.

https://twitter.com/Snowden/status/793109381982326784

Snowden quoted a false tweet made by the New York Times two days earlier with the below commentary:

 **Edward Snowden**﹍﹍ @Snowden

Edward Snowden added,
# Well, most people.
Edward Snowden Retweeted NYT Minus Context:

**NYT Minus Context** @NYTMinusContext

Remember that people don't have access to your secret thoughts and feelings

8:16 AM - 31 Oct 2016

There you have it. Snowden has confirmed there are people with access to our secret thoughts and feelings yet many people continue to dose the public with lies saying no one does.

Edward Snowden movie in theaters 2016: confirms Chief Justice Roberts of SCOTUS picks all the judges for the FISA court, and Roberts is the Sith Lord of judges- meaning yes, he's authorizing torture and killing and spying on Americans in secret and doesn't intend for any of us to get justice. Movie available on cable/Amazon/etc to rent. Note because Snowden either lacked access to higher classified systems like Special Access Programs or because Snowden remains a secret undercover spy and kept some details secret, many details are not discussed in the Snowden leaks or this movie such as NSA Space Capability or ability to read the mind or hurt people with radiation. However the jist of abuses and targeting of Americans is covered- the whole kingdom is their target as demonstrated in the movie: https://www.snowdenfilm.com/ William Binney 30 year technical director movie available on Netflix and to rent/buy online, A Good American. Just like me Binney introduces himself, "If I die, I didn't commit suicide. I wouldn't do that." Guys like me and Binney know too much and there's many people that want us dead for knowing about it- the truth. https://agoodamerican.org/

NSA whistleblower William Binney confirms the US and UK courts have been refusing to shut any of this down, calling the courts dense, refusing to take action: **NSA whistleblower discusses 'How the NSA tracks you':**
**https://www.csoonline.com/article/3213033/security/nsa-whistleblower-william-binney-pre sented-how-the-nsa-tracks-you-at-sha2017.html**
"Before taking questions from conference attendees, Binney pointed out an icon on a slide as a teaser to his startup, which will "advise on ways you can do privacy and security by design." He came to Europe, since they can't get anything done in the U.S. "The U.S. and U.K. are too dense to realize it can be done" — it also goes against their agenda for more "money, power and control.""

The ultimate goal of the NSA is total population control :
https://www.theguardian.com/commentisfree/2014/jul/11/the-ultimate-goal-of-the-nsa-is-total-population-control

"At least 80% of all audio calls, not just metadata, are recorded and stored in the US, says whistleblower William Binney – that's a 'totalitarian mentality' …

"At least 80% of fibre-optic cables globally go via the US", Binney said. "This is no accident and allows the US to view all communication coming in. At least 80% of all audio calls, not just metadata, are recorded and stored in the US. The NSA lies about what it stores."

The NSA will soon be able to collect 966 exabytes a year, the total of internet traffic annually. Former Google head Eric Schmidt once argued that the entire amount of knowledge from the beginning of humankind until 2003 amount to only five exabytes.
Binney, who featured in a 2012 short film by Oscar-nominated US film-maker Laura Poitras, described a future where surveillance is ubiquitous and government intrusion unlimited.
"The ultimate goal of the NSA is total population control", Binney said, "but I'm a little optimistic with some recent Supreme Court decisions, such as law enforcement mostly now needing a warrant before searching a smartphone."
"

The purpose of the spy system: population control. Population control includes things like "what to do if a citizen refuses to perform manual labor (get a job), or wants to protest and be free?" The government uses surveillance, prisons, mental hospitals, homeless systems, and the like to mitigate people who have "freed their minds" from the matrix so to speak - causing trouble to the powers in control. They might pick up an individual and take him to Oregon State Hospital where they label the person mentally ill just to be able to prescribe the corresponding drugs subjecting him to deadly chemical cocktails of

drugs to shorten his life expectancy and mutilate his brain, ultimately resulting in his death 25 years sooner on average, drugs kill 57%+ within 17 years if switched twice, recovery rate dropped from 80% for non medicated to 5% for medicated, ending the problem. Another solution: beam radiation into him from space, and give him a heart attack, stroke, or cancer, or make him put a gun in his mouth and pull the trigger. Stalking is another popular solution, as is poisoning with covert methods. They also censor all text books in school, all TV, movie, gaming, and books, and publish falsified peer reviewed information to throw the public off keeping them in a mental prison, to keep all science and technology for themselves, giving them an advantage and ownership of the world, sabotaging development of everyone elses mind and skills. They must heavily censor information, to control the development of human brains, weakening our ability to fight back or figure it out. We end up brainwashed and clueless, but their agents fully trained and aware. This has given them more than 40 years of technology lead over the general publics. The main secrets are maintained in classified form exclusive for the secret society that rules over us. All the tricks they played to get this justified, such as claiming we needed them to protect us, the info would make us too dangerous if we learned of it, etc. The National Security Act and like laws are actual mechanisms the elite encoded into law to craft their secret world with government protections. They wanted a way to secure technology and information away from people so they would have an advantage and they made it.

Despite US courts refusing to shut the NSA down - refusing to protect the public - the European Union high court has stepped in, ruling against the UK version of the program: European Court Rules NSA Surveillance Practices Violate Human Rights:
https://www.zerohedge.com/news/2018-09-18/european-court-rules-nsa-surveillance-practices-violate-human-rights

"Last week, the European Court of Human Rights ruled that **the U.K.'s GCHQ spy agency is in violation of the European Convention on Human Rights with its mass surveillance programs.** The court ultimately found that these activities violate the family and privacy rights of British and European citizens, and this **assertion ultimately includes a rejection of the United States' activities considering GCHQ has obtained much of its data from the NSA.** ...

> *"The Court found that the way the UK government collected data from communications service providers was in violation of Article 8 of the ECHR (private and family life rights). It also found that both the method of bulk interception of communications and the process for obtaining communications metadata from service providers violated Article 10 (freedom of expression) because of 'insufficient safeguards in respect of confidential journalistic material.' And of particular concern to the court was the lack of any oversight into what Internet traffic was collected or what filters were used to determine which traffic was of interest."*

**Notably, the U.K. laws the court took the most issue with mirror the American Patriot Act.** *"The decision sends a clear message that similar surveillance programs, such as those conducted by the NSA, are also incompatible with human rights,"* **said ACLU attorney Patrick Toomey.**

**Because the U.K. system is so similar to that of the United States — and because the U.K. relies heavily on the NSA — the ruling could have a ripple effect on the perceived legitimacy of these practices."**

Even the above ruling failed to analyze the European's use of remote view powers, to tap, and irradiate their targets in their homes, because this issue has been so heavily censored and covered up, it's very hard to get the word out when everyone is on the NSA's payroll, etc.

Assuming Edward Snowden didn't dump a bunch of lower tech information to the public to cover up the psychotronic method of spying, and he was legitimate in his whistleblowing beliefs meaning he is not on an undercover mission/psyop, has not he - and others like him - earned his acquittal and guarantee not to even have to be put to trial for leaking documents that ultimately helped victims like me while we were being preyed upon - or at least at risk for it? Without the ability for victims like me to discover the methods we are being attacked with, how else are we to save ourselves from death, torture, maiming and other targeted abuses of our governments? Isn't there a 1st amendment public interest to ban all government and business secrecy, to thwart future and current plots? Let's give him immunity and bring him back to the

states to testify in my court cases along with all the other whistleblowers, experts, and scientists ready to speak in my support.

Somewhere around 10%-20% of Americans, or 33-66 million citizens, are tied into this secret remote view psychotronic weapon, running all government and business functions secretly behind the publics backs, rigging elections, stealing earth resources such as gold/oil/water/diamonds/land (which can be located underground - or people observed and manipulated to turn property over or otherwise be attacked through legal and other means including assassinations - using remote view technology denied to the public), and making themselves millionaire/billionaires, robbing everyone else of freedom, food, shelter, healthcare, education etc. All true knowledge is kept secret in the CIA, DIA, NSA, secret databases and secret societies, out of public schools, so the general public cannot educate and rise to the same opportunities as these secret classes. All news and scientific white papers are fabricated public versions stripped of all the details, while the true information is in none public secret databases shared with only clearanced people or at a cost. This is the true reason 80% of Americans live in or slightly above extreme poverty and own less than 7% of the wealth and declining, while 1% own 90% of the wealth and rising. The homelessness and illiteracy of Americans continues to explode under this secret law rule. Secret courts are running because the people staffing the courts are making all their decisions with this secret world in mind, hiding the real reasoning behind their decisions.

https://en.wikipedia.org/wiki/Plutonomy Plutonomy (from Greek πλοῦτος, ploutos, meaning 'wealth', and νόμος, nomos, meaning 'law', a portmanteau of "plutocracy" and "economy") is a term that Citigroup analysts have used for economies "where economic growth is powered by and largely consumed by the wealthy few."[1] (this applies to US, Canada, UK)

Citigroup's Shocking 'Plutonomy' Reports -- h/t Michael Moore:
https://www.dailykos.com/stories/2009/10/4/789523/-

UN tours United States documenting the extreme poverty levels and failed government

implemented by the wealthy elite fucking everyone literally into a corpse:

http://www.al.com/news/index.ssf/2017/12/un_poverty_official_touring_al.html

https://en.wikipedia.org/wiki/Wealth_inequality_in_the_United_States The elite have used their

power to craft courts with high tolls only they could afford. Who else could afford $200-1000 an

hour for a lawyer, more for private investigators, and expert witnesses?

I have found over 10 lawyers who said they would take my case but only if I paid upfront hourly rate. One lawyer quoted me $100,000 up front. Another $50,000. Another $25,000. Lawyers told me they don't take contingency cases because they lose money, a direct quote from a National Lawyers Guild attorney in Eugene Oregon. The ACLU has literally told me and all the victims like me "go fuck yourself." Still hundreds others sensed I was poor and disabled, and wouldn't even talk to me for a second.

This "class of poverty" was specially crafted to imprison the poor, to deny them access to their civil and constitutional rights, per the United Nations Special Reporter on Extreme Poverty:

Despite all this secrecy it gets talked about all over the world although not all details are included:

UN Expert: US Authorities 'Punish And Imprison' The Poor:
https://www.telesurtv.net/english/news/UN-Expert-US-Authorities-Punish-And-Imprison-The-Poor-20180602-0014.html
"Its citizens lives shorter and sicker lives compared to those living in all other rich democracies," said Philip Alston, U.N. special rapporteur on extreme poverty.
https://www.reuters.com/article/us-usa-rights-un/americas-poor-becoming-more-destitute-under-trump-u-n-expert-idUSKCN1IY0C3

U.N.'s poverty and human rights special rapporteur finds U.S. policies reward wealthy, punish poor: http://www.latimes.com/nation/la-na-un-poverty-inequality-report-20180602-htmlstory.html

"In your four years as a special rapporteur for the U.N., you have reported from countries as diverse as Haiti, China and Ghana. Did you plan to set your sights on the U.S. when you took on the role?

**No, it wasn't something that I expected to do, initially. My assumption was that poverty problems were more severe in many other countries. But then gradually, it became**

**apparent to me that, in fact, the United States, which is a land of vast differences or inconsistencies, actually combined all of the wealth and riches that we see in some areas with stunning poverty in other areas**.

In some ways, it was captured very nicely in Los Angeles by the contrast between the central business district and skid row. From skid row, you see the wealth, the opulence which is so close by, but in skid row itself, you've got this really large community of completely deprived people, where not even toilets were provided. The streets stank of urine and despair because the government is not prepared to devote serious resources to addressing the problem.

...

How does inequality in the United States compare to other countries across the world?

The United States has the highest inequality of the richest nations. It has the highest incarceration rate by far. It has among the highest child mortality rates. It has the highest youth poverty rate. It has one of the lowest levels of voter registration in the rich countries. In essence, it scores extremely poorly on almost all of the comparative measures when compared with other developed states.

I visited China on one of these missions about a year ago and what I found was a country that has huge problems in terms of human rights, but in terms of extreme poverty, has made an absolutely concerted and genuine attempt to eliminate poverty and has succeeded to an important extent. By 2020, they will in fact have no one living in extreme poverty, unlike the United States.

While I don't for a minute want to suggest that the political system [in China] is desirable or even compatible with democratic standards, I would very much welcome an American government that shows a determination to lift everyone out of extreme poverty. I think that's what politics should be all about, and it's not happening in the United States."

The rich elite crafted a system where even if you do your slave labor and get off 'welfare', you can't afford rent, education, healthcare, court costs, retirement, childcare, leisure, travel, food or anything else and work more hours weekly than anyone in any developed country thanks to the lack of worker rights part of the lack of human rights. :D

Ask Slashdot: Did Baby Boomers Break America?:

https://ask.slashdot.org/story/18/05/26/2158225

""Automation taking jobs is only one symptom of a larger problem," argues an anonymous Slashdot reader, sharing a link to this excerpt from Steven Brill's new book Tailspin, which seeks to identify "the people and forces behind America's fifty-year fall -- and those fighting to reverse it." The excerpt has this intriguing title: "How Baby Boomers Broke America." As my generation of achievers graduated from elite universities and moved into the professional world, their personal successes often had serious societal consequences. They upended corporate America and Wall Street with inventions in law and finance that created an economy built on deals that moved assets around instead of building new ones. They created exotic, and risky, financial instruments, including derivatives and credit default swaps, that produced sugar highs of immediate profits but separated those taking the risk from those who would bear the consequences. They organized hedge funds that turned owning stock into a minute-by-minute bet rather than a long-term investment... Regulatory agencies were overwhelmed by battalions of lawyers who brilliantly weaponized the bedrock American value of due process so that, for example, an Occupational Safety and Health Administration rule protecting workers from a deadly chemical could be challenged and delayed for more than a decade and end up being hundreds of pages long. Lawyers then contested the meaning of every clause while racking up fees of hundreds of dollars per hour from clients who were saving millions of dollars on every clause they could water

down... As government was disabled from delivering on vital issues, the protected were able to protect themselves still more. For them, it was all about building their own moats. Their money, their power, their lobbyists, their lawyers, their drive overwhelmed the institutions that were supposed to hold them accountable -- government agencies, Congress, the courts... That, rather than a split between Democrats and Republicans, is the real polarization that has broken America since the 1960s. It's the protected vs. the unprotected, the common good vs. maximizing and protecting the elite winners' winnings... [I]n a way unprecedented in history, they were able to consolidate their winnings, outsmart and co-opt the forces that might have reined them in, and pull up the ladder so more could not share in their success or challenge their primacy. Brill argues that the unprotected need things like "a realistic shot at justice in the courts," writing that instead "the First Amendment became a tool for the wealthy to put a thumb on the scales of democracy." And he shares these statistics about the rest of America today: For adults in their 30s, the chance of earning more than their parents dropped to 50% from 90% just two generations earlier. In 2017, household debt had grown higher than the peak reached in 2008 before the crash, with student and automobile loans staking growing claims on family paychecks. Although the U.S. remains the world's richest country, it has the third-highest poverty rate among the 35 nations in the Organisation for Economic Co-operation and Development... Has he identified the source of a societal malaise? Leave your own thoughts in the comments. And is Brill's thesis correct? Did baby boomers break America?"

"In the U.S. 49.7 Million Are Now Poor, and 80% of the Total Population Is Near Poverty":
http://politicalblindspot.com/us-poor/

Massive homeless and healthcare problems in Oregon from shutdown of all government services and huge push to keep services from being funded and started up for decades and

decades. This has led to citizens just getting fucked with everywhere they go even the emergency room like a complete joke show, one man denied healthcare at the ER four times for an MRSA infection: article title "no resources.":

https://www.eugeneweekly.com/2016/09/29/no-resources/

Criminalizing Homelessness: more than one in four arrested or ticketed by the cops are homeless poor saps with no housing to turn to for safety. Many of the police targeting are people forced to sleep on the streets, which they are criminalized for. Others are forced to use the bathroom, have sex (keep their sex drives in check), change clothes, and do other acts:

https://www.eugeneweekly.com/2017/06/01/criminalizing-homelessness/

Most of Oregon's homeless families live on the street, in cars, parks: Highest percentage in U.S., says HUD report:

https://www.oregonlive.com/trending/2016/11/homeless_unsheltered_oregon_hu.html

Portland homeless accounted for majority of police arrests in 2017, analysis finds:

https://www.oregonlive.com/portland/index.ssf/2018/06/portland_homeless_accounted_fo.html

The federal government actually puts out numbers of homelessness way lower than it is. The above article claims there's only 13,238 homeless including children, with 60% being entirely unsheltered, but this article says there's 22,541 homeless students in Oregon alone: Homeless students jump over 5 percent in Oregon, set new record high:

https://www.oregonlive.com/education/index.ssf/2017/11/homeless_students_jump_over_5.html

SSI Funding Puts Disabled at Risk of Homelessness:

http://www.ethicsdaily.com/ssi-funding-puts-disabled-at-risk-of-homelessness-cms-24586

Report: Housing A 'Crisis' For People With Disabilities:

https://www.disabilityscoop.com/2017/12/15/report-housing-crisis-disabilities/24534/

"The national average rent for a one-bedroom apartment in 2016 exceeded the entire typical SSI check of $763 per month, while a studio or efficiency unit accounted for 99 percent of that payment.

What's more, in the 13 states and Washington, D.C. where housing prices are highest, individuals with disabilities could not even cover the average cost of the smallest apartments with their SSI benefits." this literally means that SSI receivers cannot under any circumstances live in an apartment or house, while affording any of their basic needs except in rare circumstances when a rare cheap unit exists, and it normally does not exist. Given the variability of each person having different needs, many like myself have been forced homeless indefinitely no matter what comes our way due to high costs of healthcare, lawyers, and other needs not covered by any government benefit.

Want to know how the disabled live in Europe? Way better. First of all in some countries like the Netherlands, they literally pay the disabled minimum wage of $2000/month, plus they get 12 prostitution sessions paid by the government a year, a housing subsidy, vacation money, and other perks. In the UK they pay only $500/month cash, but in addition their rent is fully paid, and they are eligible for healthcare benefits that are never out of pocket and are covered beyond the normal medication prescription, and the local counsel pays for strip clubs, prostitutes, and lavish travel packages as treatment and disability maintenance, and cars with an upto $300/month lease and bus passes are free depending on the type of disability they have. In addition to this, civil counsel for lawsuits and law violations is provided free of charge, so no disabled would typically have a debt taking their entire SSI check like I have.. college is also often entirely free there. The same is virtually true in all European countries: Germany, Finland, France, Italy, etc. The key differentiator seems to be that their government will pay for anything a disabled person needs as a special case by case situation, on top of their disability allowances which they consider "human rights."

Councils pay for disabled to visit prostitutes and lap-dancing clubs from £520m taxpayer fund: http://www.dailymail.co.uk/news/article-1303273/Councils-pay-disabled-visit-prostitutes-lap-danc ing-clubs.html

"A 'man of 21 with learning disabilities has been granted taxpayers' money to fly to Amsterdam and have sex with a prostitute.

His social worker says sex is a 'human right' for the unnamed individual - described as a frustrated virgin.

His trip to a brothel in the Dutch capital's red light district next month is being funded through a £520million scheme introduced by the last government to empower those with disabilities.

They are given a personal budget and can choose what services this is spent on.

The man's social worker, who spoke on the condition of anonymity, said his client was an 'angry, frustrated and anxious young man' who had a need for sex.

'He's planning to do more than just have his end away - he's having a holiday,' he said."

The Netherlands Pays For Disabled Citizens To Have Sex With Prostitutes!: https://www.popdust.com/the-netherlands-pays-for-disabled-citizens-to-have-sex-with-prostitute- 1890879447.html

"The Netherlands is so cool! The government just hands out money for school, housing, medical needs, even hookers!

That's right….government-funded booty calls….up to 12 a year.

…

Reports show that this program has significantly reduced depression and suicide rates among the disabled, many of whom have previously never had the chance to get their freak on. "

In the US they expect us to take our brain slaughter with drugs, and live homeless on the streets, entering hospitals and jails our whole lives.. The European's are housed, having sex, and have money to do things with like vacations and car driving. :(

Brothels for disabled people: Guess what? We like sex too:

https://www.independent.co.uk/voices/comment/brothels-for-disabled-people-guess-what-we-like-sex-too-8461537.html

For Homeless Youth, Statistics and Reality Are Miles Apart - 1 in 10 18-25 homeless in previous twelve month period:

https://talkpoverty.org/2018/01/24/homeless-youth-statistics-reality-miles-apart/

New Study Finds That 4.2 Million Kids Experience Homelessness Each Year:

https://www.npr.org/sections/ed/2017/11/15/564370605/new-study-finds-that-4-2-million-kids-experience-homelessness-each-year

"Like Ellis, some 4.2 million young people experience unaccompanied homelessness in the course of a year, according to a new study from Chapin Hall a research center at the University of Chicago." that's just unaccompanied homelessness too.

Homelessness increases 100% in some Oregon counties: Find out how it looks throughout the state:

https://www.oregonlive.com/pacific-northwest-news/index.ssf/2017/11/homeless_rates_around_oregon.html

Oregon ranks as one of the highest in the nation for homeless population:

https://theworldlink.com/news/local/oregon-ranks-as-one-of-the-highest-in-the-nation/article_e92c0dda-0ea7-536a-8343-4b844bfeaf57.html

"America's homeless population rises for the first time since the Great Recession":

https://www.theguardian.com/us-news/2017/dec/05/america-homeless-population-2017-official-count-crisis

"Advocates who have witnessed the homelessness crisis unfold since it emerged in the early 1980s are grimly astonished by its persistence.

"I never in a million years thought that it would drag on for three decades with no end in sight," said Bob Erlenbusch, who began working in Los Angeles in 1984."

The early 1980s is when Ronald Reagan and the Republicans gutted $160 billion yearly from welfare, section 8, elderly and disabled housing, Medicaid and other programs for the needy beginning decades of decline for the middle and lower class. Tax breaks were also implemented for the rich and prices have went up 400-1200%, allowing the poor and middle class to be drained of all wealth, account levels have been continuing to drop. It is known that after 1981 when welfare cuts were implemented kids and adults lost Medicaid coverage and had to do without healthcare even for working parents, and over 15% of welfare recipients became homeless overnight even if working. Welfare and section 8 was further cut by the Republicans under Bill Clinton in the 1990s. The rise of the homeless and sick all started by defunding American communities- forcing us to pay more for less, and pay for things that should be free and paid by government (making it a human right). Overtime a snowball effect occurred as all reserve wealth dried up in previously sustained households who relied on welfare to supplement the poor wages they were offered for work. In Europe they literally provide 40 more government services free, helping people get by on top of welfare benefits, all with about the same tax rate as Americans pay- only we don't get any of those services.

Grow up healthcareless? Thank President Ronald Reagan, he cut Medicaid from ⅙ of the population, and made men, families, women and children homeless, which today has exploded: Reagan Budget Means Drastic Cuts In Medicare and Medicaid Programs (even for those like seniors and disabled on Medicaid after the huge cuts, Medicaid was no longer the same and became dysfunctional. It was not until over 30 years later healthcare to low income men, women, and children was partially reestablished with ObamaCare, and yes our generation of millennial children grew up without healthcare access, never got to see dentists, never had checkups, cleanings, no psychologists, etc):
https://www.washingtonpost.com/archive/politics/1981/08/21/reagan-budget-means-drastic-cuts-in-medicare-and-medicaid-programs/5c74d19a-dfdc-4c57-924f-feb27dc78f9c/

Reagan    Welfare    Cuts    Found    To    Worsen    Families'    Poverty:
https://www.washingtonpost.com/archive/politics/1984/07/29/reagan-welfare-cuts-found-to-worsen-families-poverty/077278f9-a875-4791-9c34-d1cf3cd148b5/

They also stopped building low and middle class housing around the same time. Now they only build luxury units for the rich, which has resulted in steep housing prices for the poor along with lack of subsidies in section 8. Developers have indicated the rich are perfectly able to keep their businesses sustainable so that's where they devote their time and materials to.

What did the elite rich do with the $160 billion/year gutted from welfare? Did it magically make the voters richer? No. Poorer. Much poorer. They funneled the money to the military to build and run weapons and prisons targeting the poor ensuring their world dominance as a class. The money largely goes to their military contractors right into their own pockets. Tax money -> elite rich persons pocket, ensuring their own health and fitness above us all. Plus they get to spy on and shoot to kill anyone they want with these systems, making sure another French Revolution doesn't occur. There's so much money they can afford to pay off swaths of the population to help them implement these plots yet still own 90% of everything to themselves.

"Basic Facts About Homelessness: New York City
The Coalition for the Homeless provides up-to-date information on New York City's homeless population. In recent years, homelessness in New York City has reached the highest levels since the Great Depression":
http://www.coalitionforthehomeless.org/basic-facts-about-homelessness-new-york-city/

Check out this video by Brut on the United Nations investigation on American extreme poverty. Listen to the black poor man: "they should be enticing us to vote rather than crippling us from voting":
https://m.facebook.com/story.php?story_fbid=1789899294356336&id=100000088476022

"Republican leaders believe that "if you can't afford to eat, then you should starve to death" and "if you can't afford your healthcare... then you should die," former congressman Alan Grayson (D-Florida) tells RT.":

https://m.facebook.com/story.php?story_fbid=1786228724723393&id=100000088476022

A Baby is Dead After Being Found With His Homeless Mother at a Portland Bus Stop. The child lived less than 24 hours and never had a name:

http://www.wweek.com/news/city/2017/01/16/a-baby-is-dead-after-being-found-with-his-homeless-mother-at-a-portland-bus-stop/

"A Portland baby is dead after being found last week in freezing temperatures with his homeless mother in a bus stop along Southeast Powell Boulevard."

The numbers are staggering: US is 'world leader' in child poverty:

https://www.rawstory.com/2015/04/the-numbers-are-staggering-us-is-world-leader-in-child-poverty/

Minimum wage doesn't cover the rent anywhere in the U.S.:
https://www.cbsnews.com/news/minimum-wage-doesnt-cover-the-rent-anywhere-in-the-u-s/

# US teens often forced to trade sex work for food, study finds

Teens in low-income communities, overlooked by childhood nutrition policies, do sex work, save school lunches, sell drugs and join gangs for food, report says

https://www.theguardian.com/us-news/2016/sep/12/teens-america-hunger-food-poverty

Police Are More Dangerous To the Public Than Are Criminals:

https://www.newsbud.com/2013/09/16/police-are-more-dangerous-to-the-public-than-are-crimin als/

The rich elite prefer us to give hand jobs and intercourse to them to get cheese sandwiches O_O... no joke, this Portland Oregon women was homeless last year and made a song about how she'd suck your dick for coffee, donuts, and sushi just to help her hunger:

https://m.facebook.com/story.php?story_fbid=461241827716076&id=154045247964842

Basic income and why we don't have it - Redacted Tonight/Lee Camp, Russia Today : Basic Income: The Totally Crazy Not Crazy Idea:
https://www.oregonstatehospital.net/video.php?id=JNQKrZfk-bg

Above is small amount of evidence on the issue of poverty in American- poverty = human rights and constitutional violations. It impacts every area of American lifestyle. Its proof we are enslaved and the government, business and infastructure around us are not there for us, but to control us and support the elite.

As a victim of this, I was set up, framed, and maimed, now suffer extreme disability. See supporting psychologist reports and government documents on Project Star Gate.
Further I am supported by NSA, military intelligence, and other whistleblowers who have backed me as a victim and verified my documents authenticity.

Brief sample of my NSA whistleblower friends supportive statements, psychologists statements, military intelligence friends statements, DOD/CIA/NASA/DOJ architects statements, etc:

Recent email from NSA whistleblower William Binney, 30 year technical director to me:

I asked Binney if he had stated the courts would lock people up in prison for life knowing they

were innocent using the parallel construction technique, he responded he did say that in an

online article, which I have below:

"Yes I did in a number of talks I have given.  See attached for basis plus fact that they tried to do

this to us

(we caught them with evidence of their attempt) and also to Tom Drake.  Bill

----- Original Message -----

 From: Todd G.

 To: Bill Binney

 Sent: Monday, December 26, 2016 12:14 AM

 Subject: question on planned programmed perjury policy/parallel construction

trying to find a comment from you. didn't you say you thought the state would use parallel construction/planned programmed perjury policy to ultimately get someone convicted of a crime falsely for life?

I swear I read that going over some material from open source on the web but can't locate it. continuing to look, let me know if you remember what article it was published in. swore it was washingtons blog tho'..

Todd"

Bill Binney, the 'original' NSA whistleblower, on Snowden, 9/11 and illegal surveillance:
https://www.computerweekly.com/feature/Interview-the-original-NSA-whistleblower

# "Reconstructing evidence

One of NSA whistleblower Bill Binney's main concerns is how the NSA uses the data it gathers, not just in the US but also internationally.

Concerns were raised last year, when a report in Reuters revealed that the US Drug Enforcement Agency (DEA) was using NSA phone intercepts, alongside domestic wiretaps and informants, to build up a database on drug-related crime.

Documents seen by the news agency showed that law enforcement agents had been directed to conceal how such investigations begin – from defense lawyers and sometimes from prosecutors and judges.

Because illegally obtained evidence is not admissible in court, the DEA altered and recreated its investigative trail in a process known as "parallel construction".

This was then substituted for the NSA data as evidence in the courts.

**Life incarceration**

New US legislation – the National Defense Authorization Act section 1021 – has enabled the president to declare a suspect a terrorist threat, with indefinite military detention without trial.

Binney believes that the ability to reconstruct evidence from illegal NSA surveillance may ultimately lead to life incarceration without due process for American citizens.

It is a denial of due process, in that it prevents effective challenges by lawyers, Binney claims. "I call that perjury. It is a planned, programmed perjury policy run by the Department of Justice of the United States. It's run worldwide. It's not limited to the US.""

EFF NSA cases in the courts over warrantless unconstitutional surveillance which doesn't mention the NSA space capability or mind control abilities anywhere:

https://www.eff.org/deeplinks/2017/12/court-challenges-nsa-surveillance-2017-review

Second Circuit strikes down NSA warrantless phone spying program:

https://www.aclu.org/news/appeals-court-strikes-down-nsa-phone-spying-program-aclu-lawsuit

Binney sent me this article attached, confirming NSA is being used to command law enforcement who then parallel construct the case and hide NSA use including the space capability/remote view system: Exclusive: U.S. directs agents to cover up program used to

investigate Americans:

https://www.reuters.com/article/us-dea-sod/exclusive-u-s-directs-agents-to-cover-up-program-us
ed-to-investigate-americans-idUSBRE97409R20130805 what the article confirms is the modern
day use of parallel construction by police who receive intel from NSA/DIA/CIA/DOD off the
record, and hide when targets arrested were spied on/set up/framed. Example they hide they
were monitoring them for years, and tracking the car via satellite. The police reports, testimony,
and court records don't mention it.

Former Top NSA Official: "We Are Now In A Police State":

http://www.washingtonsblog.com/2013/12/former-top-nsa-official-now-police-state.html

I sent William Binney the below Project Star Gate files exposing NSA abuses with space

capability, he popped a boner. This is the email statement he provided:

"Thanks Todd.  This is the kind of evidence we need to assemble to prove issues.  Opinion,

feeling and speculation mean nothing in a court of law.  Bill"


Previously I, Binney, and Kirk Wiebe another NSA whistleblower had spoken on a radio show.

Here's what Wiebe had to say:

""We understand the predicament you are in, we have been in similar situations…NSA and CIA

work in compartmented areas, or on a Need to Know basis. We do know government has a

history of experimentation against people, and the DOD has authorization to conduct

experiments on people, some with consent, some without consent–they have the power and the

money to deliver all kinds of electronic methods against people. We need to do some correlation

as a group. Thank God we have people like you.""

Transcripts:

https://everydayconcerned.net/2016/10/16/nsa-whistleblower-powerhouses-william-binney-and-

kirk-wiebe-stand-up-to-support-targeted-individuals-worldwide/

William Binney has teamed up with Robert Duncan to support victims of the full targeting system

including space capability, which he says ties into the Snowden disclosed operations. See these

videos:

Binney addresses room of targeted citizens explaining how the NSA targets them:

http://www.oregonstatehospital.net/video.php?id=ZmW-f-i_ri8

Binney and Robert Duncan, and John Kiriakou discuss targeting, torture, etc:

http://www.oregonstatehospital.net/d/media_archive/2015-02-24%20Awake%20Radio-%20Dr.%

20Robert%20Duncan,%20William%20Binney,%20John%20Kiriakou%20interview,%20CIA,%20

NSA,%20DOD,%20US%20DOJ%20bullshit%20exposed.mp3

Robert Duncan and William Binney discuss compiling data to try to save me and other victims (I

did it all for them, I am their main buddy):

https://www.oregonstatehospital.net/video.php?id=WvdE3gITq6E

NSA whistleblower Karen Stewart confirms I'm a victim in this 2017 email body:

"I am writing to request the release of Todd Giffen, who has been the victim of purposeful abuse

by the National Security Agency on a covert, criminal level that is factual.  I used to work for the

NSA and was illegally terminated for properly reporting wrong-doing by management that

amounted to criminal and treasonous behavior.

http://www.washingtonsblog.com/2016/04/nsa-whistleblower-karen-stewart-speaks-candidly-ille

gal-criminal-nsa-fbi-programs-organized-stalking-electronic-harassment-usa-abroad.html

 K. M. Stewart"

Karen Melton-Stewart worked in the weapons and space directorate at NSA the guys with

magic psi powers.

https://www.activistpost.com/2017/08/yet-another-former-nsa-analyst-faces-criminal-charges.ht

ml

 CIA/DOD/US DOJ/NASA engineer Dr. Robert Duncan confirms I'm a victim:

"Robert Duncan <xxx@harvard.edu> Mon, Feb 24, 2014 at 8:50 PM

To: Todd Giffen <case@oregonstatehospital.net>

I know how angry you are. It is unlikely they will kill you but the torture sure feels like it. The real

issue will be if they can get you to kill someone else or yourself. That will be your internal battle

for awhile. Lowering your stress levels will slow the induction process and the rewiring of your

brain. Valium helps. I wish I could say it will end well but most likely this will be your eternal

battle. You are up against a ruthless computer program and people.

Aaron Alexis was obviously a target. No one can prove it to the FBI.


From: Robert Duncan <xxx@harvard.edu>

To: seth17279 <seth17279@aol.com>

Sent: Thu, Jul 17, 2014 12:36 am

Subject: Re: A serious interview of targets and whisteblowers

Hello Dr. Farber,

I appreciate what you do for TIs.

I don't get involved in individual cases at all. The problem has always been a sound strategy to

stop the abuse. Another problem is that these people operate above any laws and there are few

skilled enough to decipher the signal intelligence impinging upon the victim. Evidence is difficult

to come-by and certainly not understood by the common man that you would find in a court

setting. Courts do not have the power to stop this. Public understanding and opinion could sway

things but this is a long journey of education. I do what I believe can keep me out of prison and

still help inform the populous.

Good luck,

R. Duncan"

In the above letter Robert Duncan describes the gutting of human safety and protection across

the world and his knowledge there is no healthcare, due process or other system in place

citizens abused may turn to. There's no courts, no impartial judges, no actual law enforcement,

no child protective services, no adult protective services, no 911 etc. The reason is when you

interact with these people they are secretly set up in the blackworld as a weapon to spy on and

control the public, and rather than provide service run blackworld programs to cover up your

abuse during their stealth operations. Dr. Robert Duncan told me this by email confirming my

plight. His only recommendation to fend off the directed energy attacks is take a Valium to dull some of the pain from the assaults because they aren't being stopped anytime soon.

Dr Robert Duncan worked with me personally for years, including having me host documents such as the below on my website drrobertduncan.com and he provided me his Harvard email address which he said I may use to confirm our relationship- he never gives it to no one.

Dr. Robert Duncan AB, SM, MBA, PhD documented the rape, torture, etc tactics used on me in this document, the Neuropsychological and Electronic No Touch Torture Report. This particular report discusses torture programs hidden from the Senate Torture Report, including techniques used on black site, Gitmo prisoners, and citizens around society. All of these details known but hidden in the public Senate Torture Report:

http://www.drrobertduncan.com/dr-robert-duncans-neuropsychological-and-electronic-no-touch-torture-report.html

In the below Coast to Coast AM interview December 5th 2006, Duncan confirms even the chief justices are involved in covering up our attacks and turning to them for help is futile. A common thought victims have once discovering the program is to turn to the courts for lawsuits which never works. My cases demonstrate no court system actually exists as all lawsuits get dismissed without any investigation, or trial.

Dr. Robert Duncan's biography confirming work for the DOD, CIA, NASA, US DOJ, Harvard, Dartmouth college graduate per Coast to Coast AM and George Noory:

https://www.coasttocoastam.com/guest/duncan-robert/6840

Dr. Robert Duncan has authored multiple books with the classified details summarized in a form

for the public to review. It's all based on data already available publically and through the victims

statements. He gathered data by interviewing over 600 victims in 2006 and before, and

investigated the scene using his government background confirming cases of psi weapon

abuses including fake hauntings of peoples homes. The community of ghost haunted homes,

mind control victims, alien abductees is largely identical reporting the same abuses under

slightly different descriptions. He confirms the modern day program documented in the book

The Matrix Deciphered is called psychic warfare- they made lawyers, judges, police, and other

agents psychics with the technology, and it has since gone completely black to hide the powers

they all secretly have to have us spied on, tortured, maimed, and killed. It describes how

effective and advanced the technology is to remotely control citizens as they walk around earth

having it used to them 24/7. The Matrix Deciphered is a deciphering of the prison set up for our

minds, the weapons and surveillance used on us all by government from birth to old age,

completely classified and kept from us all unless we are brought into the game perhaps when

we go to work as an adult or are brought into training as a child:

http://www.oregonstatehospital.net/d/The-Matrix-Deciphered-Prerelease-by-The-Saint.pdf

(everything discussed in the book is actual technologically done and going on- citizens are

walking around being remotely controlled and tortured by state and federal agents with this capability.)

Dr Robert Duncan AB SM MBA PhD from The Matrix Deciphered book:

"True nobility is exempt from fear".

– King Henry the Sixth, Part II (Act IV, Scene I).

Call me The Saint. I am the all American - prep school, Harvard College graduating with honors in computer science and a minor in premedical studies, and advanced degrees from Harvard and Dartmouth in business and science. My famous ancestors are President Lincoln, King Duncan of Scotland, and Governor William Bradford, the first governor of Massachusetts.

My research interests have been neural networks, virtual reality, and EEG controlled robotics. Before graduate school I worked for the Department of Defense, Navy, NATO, and various intelligence agencies computer science projects. I have done business consulting and computer consulting for the largest companies in the world. I have been a professor, inventor, artist, and writer. I am one of the last Renaissance men.

My projects have included algorithms for Echelon and CIA natural language parsing and classification of document content, IRS formula for red flagging audits, writing the artificial

intelligence code to automate tracking of the Soviet Nuclear Submarine Fleet and all water

vessels, work integrating HAARP with SIGINT SIGCOM and SPAWAR. I have worked on

projects for the Justice Department connecting local, state, and federal databases for the tracking

of terrorists. I developed a system for the FBI to track license plates past toll booths and other

locations. I worked on the soldier 2000 program to create body networks for reading vital signs

and other information. A system I worked on called Snyper is operational in Iraq which

triangulates on intercity conflict gun shots. I have been to a couple secret bases in the so called

free world. I have developed telemedicine robotic surgery and virtual reality applications for the

Army. For DARPA, I have worked on satellite computer vision target tracking applications and

tank simulation as well as integration of the land, sea, and air surveillance systems like SOSSUS,

towed arrays, and others.

Projects that I have worked on outside of government contracts include my thesis on computer

generated holography, a project making paralyzed people walk again using choreographed

stimulated muscles movements, face recognition, voice identification and recognition, finger

print recognition, and neural network robotic controller. My research interests moved to

enhanced reality heads up displays and wearable computing systems. My current research

involves finding a cure for the mind control directed energy weapons fiasco. The integrated

global surveillance grid is actually part of the holy grail of weapons and human control systems.

My apologies to the human race for my contribution to tyranny. I was tricked into thinking it

would not be misused by corrupt government especially in my beloved country. I was wrong.

The Joint Non-Lethal Weapons Directorate has Skip Green on the governing board. One of my

old colleagues at a technology think tank in Cambridge partly in charge of the radio frequency

weapons testing for neurological disruption now torturing and killing people worldwide. Several

other US Navy and UK Navy scientists have been knocked-off and that is why I have come

forward. I know my time maybe near. I am currently a professor in computer science and

business, helping to educate the public on government corruption, greed, and stupidity. Like my

ancestor Lincoln, I am fighting against mental slavery in a new Civil War engineered by the

same useless elements in over 80 government agencies who have tested radiological, drug, and

viral weapons on unsuspecting Americans for over 45 years.

I have great pride in the fundamental and constitutional values of America and mean no

disrespect by my blasting the incompetence, apathy, and stupidity of those involved in the

conspiracy of involuntary biological, chemical, and psychotronic human effects testing. There

are so many brave men and women serving in the armed forces who fight and protect us for the American values they believe in. But because of the silos of information called compartmentalization in the security agencies and the lack of accountability and oversight of black operations and some top secret projects, diabolical elements become rogue or worse destroying the very country they are tasked with protecting turning it into a hypocracy rather than a democracy.

My goal is to awaken Americans to the continued horrific acts of military and CIA weapons testers in this country and the other branches of government's inability to stop them and hold them accountable.

All I ask from the reader is to listen to testimony and validate facts presented here and come to their own conclusion. Then fight to win back America from this silent overthrow. This has been my project for about two years, investigating government corruption, incompetence, and cover-up upon which I accidentally stumbled one day while looking at a reverse MRI scheme to inject electromagnetic signals into the brain for virtual reality applications. I have interviewed over two hundred people and worked on the highest level of military projects for the U.S., NATO, and U.K. and have given videotaped testimony to senators and representatives on this

topic resulting in lip service since they have no real power to enforce. Two high level FBI agents

and a couple CIA agents have come forward to validate the existence of a MKULTRA like

project that continues to grab random people for mind control experimentation. Two of these

have since become part of the program and endure daily psychotronic tortures. All the torture can

be done using directed energy psychotronic weapons with the so called continental ballistic

missile surveillance defense grids.

I apologize to the human race for any contribution to these 4th generation weapons that I may

have worked on that are more horrific than the nuclear bomb and whose cover-up is more

pervasive than the Manhattan Project. And because of the horrific acts of violence being

committed on as many as two thousand Americans as far as my research has uncovered and

many others in other countries, I understand the extreme risk to my own welfare that publishing

this material will have. But freedom is so important to me that I know full heartedly that the

human race must have an open discussion on these weapons to decide their own fate before the

point of decision is gone, that I am willing to risk divulging so called national secrets. All I offer

you is the truth.

All information presented in this book was received through legitimate channels such as the

Freedom of Information Act, military documents, victim testimony, and turned agents. I still

hold valid the oath I took to keep secret the details of the projects that I worked on under DoD

budgets. The majority of the proceeds of this book will go towards helping the psychotronic

experiment survivors and surviving families of those that have perished. When the government

fails, business and the citizens must look out for each other.

Remote Interrogations, Remote Renditions

Silent Warfare, Torture, Interrogation, Brainwashing, and Eugenics

* This list was created from the 4th Infantry Division torture manual provided by the ACLU, CIA interrogation and counter resistance manuals, FBI human behavior and stress induction documents, and hundreds of interviews from Americans put through various torture and brainwashing projects. Their average life expectancy is 12 years from the start of the torture and extermination programs according to this survey which tracked 650 Americans.

** Number in survey who had this category of torture done to them is based on a sample size of 250 people in the US/UK/Canada. Current estimates say there are 10,000 people worldwide being tortured by the US programs who have nothing to do with any war that they are aware of.

These programs are vast and range from the study of deception for inducing cognitive errors in

all the senses while combining the weapons capability known to be operated by C3. It is beyond

the scope of this section to show how these other capabilities are used in conjunction with the

neurological and psychological techniques. But it should be mentioned that the system combines

the ability to overpower radio, cellular, and television reception (communication warfare), disrupt car engines, airplane instrumentation, computers, and other electronics (electronic warfare), and alter human thinking (signal intelligence, directed energy neurological warfare) in addition to hacking computers.

These techniques and technologies combine for use in brainwashing, remote interrogations, secret remote renditions, mind control, silent warfare and eugenics programs. The group that composed this study were part of discriminant function analysis which gathered data on which techniques and factors worked best for the desired outcome. This is why every target received variations of the tortures and brainwashing methods.

http://oregonstatehospital.net/d/thematrixdeciphered.com/thematrixdeciphered.com-hightechtort ureandsilentmurder.htm

| **Torture** techniques listed for Abu Ghraib detainees and the secret prisons | | The equivalent neurological, directed energy method (remote renditions) used on thousands of Americans | **Number in sample 250** |
|---|---|---|---|
| **Torture** Action | Purpose | **Equivalent Torture** | # |
| | | | |

| | | | |
|---|---|---|---|
| Starvation / bad nutrition | Standard for all torture camps. Creates weakness and breaks down the will. | Starvation and bad nutrition is accomplished in many ways. Appetite control is just another brain pathway that can be disrupted and while the target is painfully attacked and in flight and fight mode will forget to eat for days. Unlike physical detainees, bad nutrition can include overeating. Overeating while unhealthy is meant to lower energy and self esteem but far less effective than malnutrition methods. | 143 |
| Insulin shock | Commonly used in psychiatric experiment hospitals for various mental â€˜illnessesâ€™. Cameron used it in conjunction with LSD and electroshock for brainwashing. | There were only 7 insulin dependent diabetics in the sample group. So only those 7 could be tricked into inducing insulin shock therapy to themselves which used to be popular in the days of psychiatric hospitals to cause memory erasure, brain damage, and repatterning thought processes. John Nash (A Beautiful Mind), was put through insulin shock to cure his memories of working for the NSA for example. | 7 |
| Drug driving â€“ sodium pentothal, lsd, pcp, bz, amphetamines , etc. | Depatterning, confusion, and discrediting. Opens the mind up to hypnosis and subliminal programming. Charlie Manson used LSD brainwashing to create his notorious | When including alcohol, smoking addictions picked up while being tortured the number is much higher. In order to administer high doses of amphetamines the targets must be conditioned or driven by pain/pleasure. The psychological scripts are clever and complex but have a good success rate to induce the target to administer high doses | *15 139 |

|  |  |  |  |
|---|---|---|---|
|  | cult. CIA has moved to much more sophisticated drug regimes. | of the desired drugs of choice to themselves over time. |  |
| Sleep deprivation | Break down will. Loss of memory of events. Physical and psychological pain increases. | Often called â€œartificial caffeineâ€. Not allowing the brain to reach REM brain rhythms and forcing it into constant Beta dominant rhythms creates this mental defect. | 250 |
| Too much sleep | Causes disablement and symptoms like chronic fatigue. Used for depatterning and brainwashing. Used for drug driving to compensate. Used for discrediting and loss of work ability. | LIDA machine was the first demonstration to the public. Sleep induction is part of Cameronâ€™s torture and depatterning process. | 239 |
| Poke / burn / punch, sharp burning stings | Typical â€œwork them overâ€ tactics. Cigarette burns, punches to the stomach or face and even simple flicking in the back of head to keep them awake. | Like Chinese water torture, even a mild annoyance like being poked or stung over many repetitions becomes a huge torture in time. The program which conducts this part of the torture sequence is called â€œVoodoo dollâ€. This is because it causes the target brain to feel these random pricks, stings, punches, burns, etc. all wirelessly. | 250 |
| Choking / gagging â€" darth vader grip | Similar to water boarding this is considered a strong pressure point for torture. | This can be done in two ways. Every sensation can be recorded and replayed into a brain. But if a real â€œEEG clonerâ€ is connected at the other side, they | 197 |

| | | actually must choke themselves so that the sensation is cloned to the rendition target. | |
|---|---|---|---|
| Muscle fatigue inducement | Listed as a torture method but it is not clear what psychological effect this is suppose to have. | Cramping. Weakness. Clever scripts are used to get the human rats to run around trying to find relief from the "invisible torture rays". The trick is to make the target believe that the directed energy direction keeps changing and that they need to block it somehow by continuously moving. | 85 |
| Electric shocks | High voltage used across sensitive body parts. | Same sensation created by neurological jolts to the person. They will jerk violently. Additionally a sensation of "being microwaved" or "electrocuted" has been described by almost every subject. | 213 |
| Isolation / Stimulus deprivation | Very important method. Humans need stimulus or interaction to maintain their sanity and reality. Many detainees will falsely confess just to have human interaction and be listened to. It also improves hypnosis and brainwashing effects. | In remote renditions, the subject must be tricked into isolating themselves. This is done through "irrational behavior in public" according to 1953 CIA documents. Add depression and negative personality cloned traits onto the target such as excessive paranoia and aggression, family, friends, and their social support network will dissolve. The internet and email has made this tactic more difficult. In addition, the target is either held captive in their home by a pain field that is induced if they leave a set GPS | 250 |

| | | coordinate or the reverse where they will be placed into pain if they do not keep moving. | |
|---|---|---|---|
| White noise exposure â€" both auditory, visual, and brain noise. Light and sound over-stimulation | Cameron also used loud noise as a torture method. Used by ATF in the WACO incident. It creates panic and confusion. In â€œclock work orangeâ€ like conditioning, neural linguistic programming techniques are used repetitively. | In remote renditions, visual images can be projected into the mind of the target. Targets often report lights appearing brighter than usual, visual white noise, auditory white noise, auditory tinnitus, melodic tinnitus, and â€œnoise campaignsâ€. With remote neural renditions, additional capabilities are used that include â€œneural noiseâ€, literally adding depatterning noise into the entire brain signaling structure over time. | 35 |
| Verbal abuse | Typical break down techniques. Includes scripts tailored to the individualâ€™s values like desecration of their religious beliefs. | Neural audio cortex mapping, silent sound, and other techniques project language into the minds of the target. The negative audio scripts are often done by AI programs with a limited vocabulary but more capable of repetition. Some have reported that during the â€œrebuildâ€ of the brainwashing process â€œpositiveâ€ verbal reinforcement grammars are used. | 121 |
| Continuous Stress | Threats such as â€œwe will kill your entire familyâ€ and â€œwe are hurting your childrenâ€ or â€œwe are irradiating you to | Continuous stress is documented as brainwashing techniques and to make targets make quick irrational decisions based on suggestion are used. Be it stalking to initiate the cycle of paranoia, to break-ins, and other petty crimes, | 167 |

| | sterilizationâ€ are pretty common. | stress is maintained. | |
|---|---|---|---|
| Gun Shots / dogs | Gun shots often are supposed to graze the target but sometimes accidentally kill them. Dogs are more commonly used to bark and bite detainees. | Images of violence and demonic beasts and ghosts scare pretty well over dogs. Gun shots are simulated with a script called â€œsonic bulletsâ€. The script works by focusing the target on creaking and tapping noises on their house while convincing them they are sonic bullets that have just missed. Then the cloner attacker taps themselves on the head or chest and those sensations are felt by the target. Once they believe they were hit by invisible sonic bullets, a pain and confusion sequence plays to resemble the pain one would expect from a gun shot to that part of the body. | 43 |
| Pressure point manipulation â€" head, heart, eyes, ear drums, groin, throat, feet, teeth | These are considered the best pain sensitive areas that the human fears to be injured. | Disabling migraines, heart palpitations and arrhythmias, â€œkick in the ballsâ€, rape simulation, choking, eye pain, ear pain, vibration in the feet, teeth pain are all common practice. This list goes on for pages producing the same effects as physical injury torture. | 250 |
| Hot / cold conditions | Put detainee on wet cold floor or in a box in the sun called the â€œovenâ€. | Hot and cold flashes can be induced. During the early testing of the weapon, hypo/hyperthermia were induced. Some of the sensations are just cloned sensory signals but stimulation of vasoconstriction pathways are | 55 |

| | | quite real causing a skin temperature drop. | |
|---|---|---|---|
| Blows to the head â€" simulated with flashing stars, confusion. Severe headaches. | In the Armyâ€™s torture/interrogation manual it calls this â€œa thick book slap in the headâ€ or a â€œclosed fist hitâ€. | This is reproduced with neurological torture weapons by a combination of sensory signals. Teeth pain, head ache, subliminal suggestion that the target was just hit in the head, confusion, and topped off with â€œseeing starsâ€ in their mindâ€™s eye. | 148 |
| Closed fist blows / jaw clacking shut / teeth hypersensitivity and pain | Pulling out fingernails and teeth were a popular torture method in medieval ages. | Targets of US torture often underestimate the power of psychological scripts. 59 cases were reported that this trickery was done to them in the study but only 2 actually fell for it. The cognitive decision model for self mutilation works this way. They are told or find this information on the internet that CIA tooth implants are in them. The torture will stop if they pull out all their teeth. Other mouth trauma is created by inducing a spastic jaw clacking that bites the tongue amongst other tortures. | 89 |

| Suffocation water boarding | Drowning and burning to death are the worst nightmares of humans. | In this study of remote torture and renditions, the subjects were never "interrogated" with questions so it is difficult to understand why the equivalent methods were used on them except for practice. However in some torture manuals, they state that a spy will simply confess all they know even if they aren't asked any questions to try to stop the torture. Perhaps that was the idea. The feeling of suffocation is achieved by several methods. The most reported method involves stopping the breathing pattern just as the brain is transitioning from alpha to delta dominant brain waves (while falling asleep). For weeks on end the target is 'too afraid to fall asleep' because they keep waking up gasping for breath. The other method is similar to the "Darth Vader choking grip". The EEG cloner simply holds their breath and the target experiences the same suffocation even though their body is really getting enough oxygen. | 67 |
| Vertigo, nausea, induced illness | The CIA called these techniques, "Malingering ailments" in their torture documents. Drugs that induce vomiting or spinning around in a chair are | The CIA documents also say that it will help isolate the target by not giving them a means to earn a living through chronic fatigue, sense of sickness, and depression. All these are easily induced by brain entrainments into the target. | 179 |

|  | physical methods. Disorients and breaks down the subject. |  |  |
|---|---|---|---|
| Constant surveillance. No privacy. | Break down. |  | 250 |
| Rape, nudity, humiliation tactics | Break down of identity and self esteem. | Rape is mimicked by arousal stimuli while talking to the subject. The CIA used to use â€˜shock pantsâ€™ on female mind control slaves in the early days. Lots of variations on these techniques. | 223 |
| Hypnosis, suggestion, repetition, violent and disturbing imagery | Used for brainwashing programs. Disturbing imagery used for breakdown and to desensitize to violence for program assassins. | Hypnosis as a weapon, brain imprinting, psychic driving, neural linguistic programming, image association and conditioning techniques. Everything is done wirelessly now. | 244 |
| Behavioral conditioning â€“ emotional associations to create trigger points, phobias, hypersensitivities, aggression, etc. | This is the most studied area of brainwashing in the military and CIA. | The human mind seeks correlations. This is how it understands the world. Creating false correlations conditions many emotional events. This is particularly interesting in creating mental illnesses but also trigger words or events for programmed assassins and the like. Programmed assassins are good for plausible denial in the media and allow another level of indirection for murders and | 198 |

| | | assassinations to control political events. The subject "will be disposed of by local authorities" according to the CIA documents with no questions asked due to their mental health records. | |
|---|---|---|---|
| Depatterning, regression | Cameron's technique of brainwashing. Massive drugs, torture, electroshock until the mind is erased. An adult can be erased back to the state of a child with no memory of their past life if they survive the process. | Not as effective as the physical equivalent since electroshock actually alters the brains wiring and chemistry suddenly. The wireless methods require longer duration and have a lower probability of success. Regression is useful in interrogations and cognitively modeling the individual. Cloned child like behaviors and vocal interactions help hypnotize the target back into their past. One of the interrogation practices is to walk the target back in time by tricking them into believing that they have been monitored all their life so that they keep divulging more information. | 215 |
| Erratic Time progression / confusion | Sleep deprivation, no sunlight, drugs, false newspaper dates, etc. create a skewed sense of time progression. Useful in tricking a guilty subject into confessing plots before they happen. | Zombification and hypnosis can cause the subject to lose large amounts of time. Over excitation will cause the subject to experience a lot in a short amount of time making it "feel" like a large amount of time has gone by. The biological clock and circadian rhythms can be manipulated. | 233 |

| | | | |
|---|---|---|---|
| Good captor / bad captor / Stockholm syndrome induction | Well understood psychological methods. | The trickery is done in the same way with remote renditions. The target while confused is allowed to overhear a fight between one or more of their psychic captures. This is used for trust issues. This is even more effective in directed energy neurological weaponry because the belief of the information can be monitored in real time using special brain signatures.  In addition, voice transformation from sampled voices work perfectly for throwing voices like a ventriloquist through walls and while people have their backs turned. Much more evaluation and manipulation of relationships can be achieved using this method. While this sounds like it wouldn't work, the target is dazed and confused by this new experience and believes that these scripts couldn't be this well planned and practiced by seeming idiots played by the interrogators. They are quite convincing to most subjects. | 86 |

| | | | |
|---|---|---|---|
| Alien presence / God presence | A few of the methods are funny or pleasurable but still disorienting. These can not easily be done with physical interrogation methods except with mescaline and LSD. | Feeling of space and time warping and/or God absorbing ones essence or talking to the subject can be induced into targets. It is such an artificial and unusual experience that there is no easy way to find common analogies to it. Stimulation of the â€œspiritualâ€ circuitry of the brain using magnetic fields has simulated this in civilian labs. False identification and over-amplification of importance of coincidences tricks the target that â€œmiraclesâ€ are being performed. | 169 |

## Other kinds of psychological deception:

Make the target feel special like they are â€œThe Oneâ€, have special psychic powers, or a superhero, etc. This makes the person let down their guard while they are tortured, experimented on, then killed. It is like the movie â€œI come in peaceâ€ where the alien says that line before killing everyone he meets. Or the x-files episode where the giant mushrooms, as they are dissolving Mulder and Scully, make them believe they are living happy lives somewhere in delusion land. Every deceptive cognitive and psychological warfare technique is used for advantage.

In physical interrogations or brainwashing this serves the purpose of another form of 'currency' and trust. If the interrogators make a deal because the victim is 'so valuable', they should take it. In reality, they are lobotomized and/or killed afterward if they take it or falsely confess to something.

"Religion is the opium of the masses" – Karl Marx. Placebo belief systems can also be used instead of morphine to numb the masses or person to logical thinking. It pacifies the enemy's mind and lets them become more easily defeated as they give up their will to fight, in false hope that a divine power will rectify it all someday.


**Extra torture methods for physical renditions**

-        Visible blood from injuries can induce more fear.

-        Shackling and confinement easier

-        Visual cues of both the detainee and torturer useful

-        Physical information cue misdirections more convincing like a newspaper predated for example.


**Extra torture and interrogation methods for neurological remote renditions**

-        Interrogations have many more methods using neurological renditions. The target is forced to fill in the blank sentence completion. If that doesn't work, they use an exhausted probabilistic sentence completion while evaluating stress/truth feedback signals. They use bazaar rhyming games to see what is on the mind, and ambiguous blots and sounds in both an auditory like sense, visual, and even text formats. But the difference is that the images and sounds are

changing slightly until the mind locks on and drives the perception to a recognition event much like how safe crackers work.

-        Dream probing and sleep interrogation is effective because the target mind lets down their guard. Useful in both brainwashing and interrogation, inducing various dream sequences allows the â€œrecognition circuitryâ€ to see if any of the events look familiar and how much stress the images and mental movies create.

-        cognitive containment. Obsessive compulsion. Every mental illness can be temporarily simulated, or permanently induced.

-        Many sensory pains that have no equivalent in physical torture can be induced.

-        Often called remote schizophrenia and remote lobotomies. To cover up the rendition, the target can be permanently lobotomized without physical evidence.

-        Since the body can be kept alive longer while inducing maximal pain and suffering, it can be more effective over time for brainwashing and creating programmed assassins, terrorists, and spree killers.

-        Thousands of tortures stored in a database can be replayed over and over again.

-        Vasoconstriction, â€˜dopamine dumpsâ€™, adrenal runaway stress tactics are more easily achieved.

-        Heart attack scenarios can be induced without too much risk from electroshock.

-        Truth detection better. Built in polygraph and brain printing of sorts.

-        Secret renditions easier. Can be done anywhere on earth in plain view of public.

-        Every electrical function in the body can be tampered with including autonomic and sympathetic nervous system functions

\-       Easier to use the interrogation method of walking back in time to their past by memory recall, association, then erasing memory of recall and pretending that they knew those facts all along.

\-       More effective at memory tampering.

\-       Plausible denial that torture/brainwashing/and murder was ever performed is the #1 benefit of this method

**Cover-up methods**

\-       Duration of torture

\-       % falsely imprisoned or committed = 30%

\-       % killed in first year of torture by suicides, heart attacks, strokes, complications, car accidents, violent act, etc. = 5%

\-       Death to look like from natural causes. Accelerated aging risk factors.

\-       Drive crazy. Induce mental diseases from stress.

\-       Falsify reports / lie to public / create mythologies and mental illnesses / standard discrediting tactics of lowering authority and believability levels of individuals over time

\-       Chronic fatigue / depression / suicide / PTSD

\-       False confessions â€" brain washing, forced speech, reprogramming memory

\-       Permanent disablement â€" organ damage, psychological damage, or continuous information damage to the mind (constant scrambling / mind viruses)

- Pre-torture setup â€" (setting the stage) - silent mode prior to wireless rendition. Taken from CIA documents â€" make act irrationally in public, induce paranoia. Influence sleep patterns and start destructive behavior conditioning before overt torture.

- Permanent hypnotized state, conditioned depression - zombie program. Apathy, submission.

Another torture chart from a separate group on the internetâ€¦â€¦.

Military captives who were consistently denied their physical senses for weekly and monthly periods were prone to extreme fear, disorientation, dizziness, nausea, trauma and suicidal thoughts. Captives also lost track of time and were unaware whether it was night or day.

### Brainwashing and Behaviour Modification

The capability to surreptitiously alter an individualâ€™s point of view and direct him towards another way of thinking attracted radical attention from MI6. They believed human beings could be influenced during interrogation and incarceration periods with greater efficiency, manipulating individual viewpoint and attacking personality trait. This strategy was achieved in the following three ways.

1. *Attacking the identity of the person*. Subjects are racially abused; prominent physical features, like a large or small nose, are ridiculed; religious and occupational beliefs are questioned. This depletes the subjectâ€™s confidence

in himself and, in an ideal scenario, the subject takes on the manipulator's viewpoint and wallows in self-hatred and pity whilst striving for new perfection.

2. *Stripping the person of all decency.* The subject is denied clothes and forced to face the humiliation of being in the nude whilst perpetrators persecute him. He is made to beg for food and water, and asked to complete outlandish tasks, such as standing on one leg and hopping up and down for an hour. This technique reinforces the idea (in the subject's mind) that he is owned property (a slave) and that to cough, laugh or urinate without being granted permission to do so is a sin and a direct act of defiance, punishable through death.

3. *Enforcing morality and conformity.* Using a mixture of positive and negative reinforcement, the subject is rewarded minor praise and gifts for his efforts when his behaviour is deemed acceptable. This means extra recreation time, larger food rations, a clean shower and the acquirement of items like books, pens and paper. In the case of negative reinforcement, the subject is beaten, verbally abused, sexually harassed and tortured using a wide range of arcane instruments. The subject lives by the perpetrator's rules without questioning them and does what he is told. Out of genuine necessity the subject sees conformity as a means to survival.

### Sleep Deprivation

Sleep deprivation arises when captives are denied sleep for two days or more, thereby stifling the nervous system's ability to function to optimal performance. The manifestations of prolonged sleep deprivation produce, in human subjects, loss of