balance, hallucinations, slurred speech, heightened confusion, exhaustion, disorientation, constant irritability and forgetfulness. British agents involved in the interrogation of suspects rely heavily on this method as it makes the extraction of information from prisoners easier.

### Torture Techniques

Torture basically incorporates any act used to cause pain and suffering of a captive with the intent of orchestrating severe punishment, obtaining a confession, coercing individuals to take on a given viewpoint or enforcing behaviour modification. Torture is an ancient technique often favoured for its aid in interrogations. Usually the inflictions made on an individual result in bruises, weeping wounds or breakages to the skeleton. MCs, for obvious reasons, felt that prisoners of war could effectively be coerced into disclosing intelligence information through fear for their lives. The torture of enemy troops has always been deemed beneficial because even the smallest details of information can turn a war around and gain the captor a substantial advantage. Strategies utilised included the following.

1.  *Stretching.* Parts of the body are pulled and strained beyond their full range of motion, causing uncontrollable spasms of pain within the joints and muscles. This can be achieved using the old-fashioned rack, placing ropes on the wrists and ankles so the body is fully suspended and taut.

2.  *Cutting, piercing, burning and scolding.* This is a slow form of torture where the pressure of discomfort is gradually applied under verbal interrogation. Naked flame, hot coals, heated iron rods and a range of instrumental knives and pins

are applied to sensitive parts of the body. Skin gradually sizzles and cuts fester, leaving flesh raw and splotched. Cutting and burning are century-old techniques, valued because the instruments used are cheap and easy to come by, and most British soldiers carry matches and knives as a basic utility. MI6 don't value this highly as a preferred technique because permanent marks of disfigurement are clearly noticeable and wounds caused by cutting and burning, if left uncleansed, turn sceptic.

3. *Starvation.* The captive is denied food and water. The body left without basic sustenance begins to deteriorate. Within one to two weeks the captive is desperate to divulge information that the captors have requested; anything to relieve the demoralising, painful and desperate suffering of dehydration and malnutrition.

4. *Electrocution.* Electrocution is utilised because it doesn't leave cuts or abrasions to the body, and the intensity can be amplified and decreased using a remote control. The use of electrocution as a torture technique is illegal in most nations but is utilised on civilians in the form of an electroshock stun gun or taser gun by American and UK police forces.

<u>Hypnosis</u>

Hypnosis is a state of mind which is induced using concentrated focus and thought aided by the guidance of an interrogator's reassuring and convincing voice. Visual stimulation, physical movement, external noise and environmental influence are restricted so that verbal suggestions are easily assimilated into the target's

subconscious mind. It is hoped that, once the target leaves the hypnotist's presence, the information assimilated into the subconscious mind will be recalled by the brain at relevant intervals. The target then believes the knowledge/information which pops up from his subconscious is the ultimate truth and follows this truth as a gut reaction without questioning its logicality. MCs often administer drugs to help induce heightened hypnotic states.

As with all mind control techniques, it is the careful mixing of various applications, i.e. LSD, hypnosis and torture or sleep deprivation, brainwashing and concentrated interrogation which makes mind control a worthy adventure.

| Symptoms of Electromagnetic Torture: | |
|---|---|
| Severe pins and needles | Prickly burning sensations |
| Heightened body temperature | Increased heart rate |
| Back strain | Chronic headaches |
| Involuntary hand, finger and toe movements | Stomach cramps |
| Spot blanking of memory | Harassment of the auditory hearing with ringing, clicking and buzzing |
| Repeated spasms and contracting of muscles and tendons within the body | Bleeding and discharge from the nasal cavity |

Electromagnetic torture is unique as it is performed without the necessity of incarceration, so MCs needn't be in close proximity. The victim may, in fact, be over 5,000

miles away on a distant continent. The greater advantage is that the victim can't escape his tormentor.

This is what happens with the Project Star Gate weaponry in todays form. The system tracks the individual, their thoughts, body functions, friends, family, and environment, locks onto their nerves, brain, body, environment, and tortures and remotely controls them all while Congress, police, businesses, judges, and others go about their business and deny possessing or knowing about the program, thereby allowing torture and killings in stealth. Algorithms control the lasers scanning and hitting the target, meaning little human intervention is needed.

# The Executive Summary:

# Neuropsychological and Electronic

# No-Touch Torture Report

Based on "The Torture Memos" and the Senate Intelligence Committee's Declassified "Torture Report"

By Robert Duncan, A.B., S.M., M.B.A., Ph.D.

04/2015

Download: PDF, DOCX | Visit drrobertduncan.com.

Torture is a horrific topic and most minds will turn away from it because it can't be comprehended that humans can be motivated, or computer programs can be run to do this to other sentient beings. Just when we believed we were becoming more civilized as a culture, the technology for torture has advanced more than a hundred fold in recent decades.

This summary will get into 'the minds of the dishonorable monsters' of the psychology of torture. Those like Dick Cheney who helped authorize it under certain administrations and regimes of the U.S. government which have been proven to be criminal under U.S. law, treaties, and the International Criminal Court. There are many people involved in the conspiracy and cover-up including General Hayden.

The full report discloses the spectrum of techniques of interrogation and torture used by the U.S. and its allies. The United States government will officially deny the claims of this "no-touch torture report" but in time it will stand firm.

The technologies used are still classified as state secrets and will not be discussed in this summary. The torture methods have been leaked through thousands of American citizens who have survived the no-touch torture programs. The research and testimony has been accumulated since 2002 and merely used as examples but the names of the victims are withheld.

This report will not use skewed, misleading language such as "enhanced interrogation" to describe the torture techniques.

Why torture? The CIA claims it works. The assumption is that it works to gain actionable intelligence. Torture is often used for revenge, punishment, interrogation, and behavior modification. In other terms torture is used to remove the continuity of thought to confuse the target to reveal information, erase brain patterns such as values and beliefs, or to break down the human spirit to make them submit and obey their handlers.

The downside of torture is that the countries that do it lose "moral soft power" in world politics. Without due process, over 25% of those reported in the *Senate Torture Report* were declared innocent. Blowback is always a repercussion of torture. Torture often takes a long time to affect the target from months to years. Torture has shown to be unreliable except for getting false confessions and bad information but the U.S. and its allies are improving on their tactics and techniques.

The purpose of this report is to draw the parallels between physical torture techniques and no-touch torture methods used in secret by governments who possess the technologies that still go on today. This is a brief summary of offensive psychological and information warfare methods using traditional methods and modern cybernetic techniques while exploring *hyper-game theory* to walk the target to the desired path: leak intelligence, commit assassinations, or change beliefs.

## Numerated Torture Methods for

## Interrogation and Behavior Modification

## (A comparison between physical and no-touch torture tactics)

### 1.    Induction of Depressive/Manic states

The idea is to shake up the emotional states of the target because different information can be accessed at each state. Making the target feel despair and helplessness is the objective. This cycle of hope building

and then breaking is done in many ways. The techniques between the physical methods and the no-touch technological methods are similar. Speech is very important during this process of emotional manipulation. Such examples are, "We have imprisoned you without due processes or hope of it. You are indefinitely detained." Hope building examples include, "Sorry. We have mistaken you for someone else. You will be compensated for false imprisonment and torture." The main difference between the cybernetic technology and physical is that emotional state clusters can be entrained into the target mind which speeds up the process. The communication is done differently but perceived as human speech. In the no-touch torture methods it is helpful if the target is labeled with mental illness that is being created for discrediting purposes so as not to draw human rights groups' attention.

**2.    Memory Erasure**

The military and CIA have been researching memory erasing drugs for half a century. The focus of this summary report is on interrogation. Memory erasure is an important technique during interrogation. It is used in combination with sleep deprivation. There are many drugs that have been developed for physical memory erasure. One such interrogation method requires acquiring information from the target while on these drugs and recording the subject. After a sleeping cycle, the interrogator claims that the target has confessed. Of course the target remembers nothing of their conversation. The interrogator will play samples of the subject's conversation back to them making the subject believe that the interrogator knows more than they do. Similar techniques are used in the wireless, no-touch torture and interrogation programs. The cybernetic methods of memory erasure have additional purposes. The memory erasure can be used on the cybernetic target to make the target believe people have broken in and moved their belongings. While physical black bag jobs do occur, it is a way to make the target more paranoid.

**3.    Electricity and Shocks**

Pain and fear of death are common tactics during interrogation. Shocking by electricity is a traditional method of torture and exposed in the CIA's secret prisons. Shocking the testicles and nipples are the most common due to their sensitivity. Interestingly, the thousand of interviews of no-touch torture involves "stings" and "shocks" to various parts of their bodies over long durations.

### 4.    Fear and Terror

There are many techniques to induce extreme fear in the target. In physical renditions dogs, power drills, guns, insects, mutilation, blow torches, water boarding, suffocation, mock burials, and mock executions are just a few the United States government have used. Remember that many targets of torture die from the physical effects. It is torture to death.

Let us compare the no-touch torture methods used to inflict the same terror and mental anguish. In several of these techniques the target needs to hear their handler's voice. This report does not describe the technologies used to broadcast voices to the target at a distance. While the subject can be broadcast mental images to their mind using hypnosis and other suggestions as well as visual entrainments, the more invasive controls of the brain manipulation technologies can be used to entrained the brain's autonomic nervous systems such as not breathing causing the target to not be able to sleep from fear of suffocation equivalent to water boarding. The neural linguistic programming can add fears such as heart attack, stroke, and cancer threats. Even motor cortex mapping can cause twitches in any part of the body. One example used a swift neck movement with a voice transmission, "We are trying to break your neck." Directed energy effects such as Active Denial System can make the target feel that they are on fire indefinitely without the target dying from burns. Maximum pain and torture weapons have been evolving. Every drug effect can be artificially induced into the target mind including those of poisons.

### 5.    Imprisonment and Isolation

Isolation is commonly used as punishment in prisons. Many whistleblowers like Bradley Manning suffer this condition. In soft interrogation it is used to get the target to talk to their interrogator since humans have the need for companionship. In no-touch torture the target is driven from their friends and family using different techniques in order to isolate them so that the electronic mind control has more effect on their psyche. Like in Guantanamo, the target becomes isolated losing their job and medical care. Part of the method involves slander in their community. They end up on the most part in poverty and paranoid about doctors and other people from false correlations that are purposefully induced into their lives. Isolation is also a form of sensory deprivation which will be discussed later. Days and weeks lose their meaning.

6.    **Sexually Disturbing Tailored Pornography**

The *Summary of the Senate Torture Report* disclosed the disgusting revelations that in the secret torture prisons the targets were forced to perform homosexual acts on each other against their will and religion in order not to be beaten or killed. This is a common break down tactic of belief systems and the human will. In no-touch torture the techniques are more psychologically specialized for each target. Most common examples include homosexual targets that are forced with voices that are derogatory to their lifestyle and similar mental images. Almost all targets are forced to view child pornography in their minds. And vice versa is true, that heterosexual targets are forced to view homosexual sexual acts like in the secret U.S. torture prisons.

7.    **Mutilation**

Also mentioned in the declassified report on torture was mutilation of the human. Cutting the naked target's penis and scrotum, pulling nails or teeth is common. In no-touch torture mutilation is done by trickery. Let us look at a couple examples. There have been several targets who believed that the

microwave hearing effect and other voice induction methods were done by microchips implanted in their teeth or ears. They had all their teeth pulled because they believed it was a technology called bone conductance. Others have poked out their ear drums in the belief they had micro implants in their ears. There are many more examples of trickery used to make the targets mutilate themselves.

### 8.    Personal and Spiritual Defamation

In physical torture the CIA and other groups use propaganda and defamation of character for those they oppose. For detainees they try to disenfranchise the target from their religion. They will defecate on their Bible or Koran for example. They might say, "Why is your God not saving you?"  In no touch torture and behavior modification they might try to make an atheist believe in god. It is just a mechanism to alter belief systems for control and experimentation. Perhaps the target may wish to confess their secrets to a "voice of god weapon". Information warfare covers the gamut of electronic communication as well. The government training exercise uses language like "befriend", "infiltrate", "mask/mimic", "ruse", "set-up", "disrupt", "create cognitive stress", "use deception", "ruin business relationships", and "post negative information on appropriate forums" - in a malicious effort to target bloggers, activists, journalists, social event organizers and anyone else deemed to be a 'emerging leader' or voice in the public sphere.

### 9.    Psychological Intimidation

This is a topic for a target at the beginning of the trials and programs. Physical break-ins are common even if the target has an alarm system. The NSA has used stalking of foreign officials in the past for economic gain. The FBI does black bag jobs to invade a home without a warrant. The point is to let the target know they are being watched and to increase their paranoia. The NSA easily hacks all computer systems and causes harm to the victim's intellectual property and their relationships from that endpoint. In the no touch torture false correlations between pain and a neighbor coming home can be induced.

**10.    Rape**

Rape is a common practice in torture. It causes much psychological trauma. In the United States methods of rape in their military and CIA secret prisons it is often relabeled. It is commonly done by prods but "rectal rehydration" is the more common misnomer. Often they call it forced feeding through the rectum but it is meant to induce psychological scaring and trauma. Several have died from the technique due to rectal bleeding.  In no-touch torture the psychological trauma of simulated rape takes on different forms. Using technique often called EEG-heterodyning the targets will receive molestation effects of their genitals. In men this can be the anus and genitals. Similarly women can be wirelessly raped by the analogous function of perception.

**11.    Dietary Manipulation, Forced Weakness and Sickness**

The idea behind dietary manipulation is to weaken the target. This is easily done in a physical setting but in no-touch the hunger trigger needs to be suppressed. Sometimes a false correlation between eating food and sickness is induced to make the target believe they are being poisoned. However, poisoning is common in physical renditions too.

**12.    Repetition**

Verbal breakdown is most important during interrogations and torture. Obviously speaking the language of the target is necessary. This is why there are interrogators in all languages. Repetition is an important neural linguistic programming interrogation tactic to influence the target mind.  During the breakdown process, threats to kill and to torture the target's family or friends are common. Repetitious questioning and breakdown phrases are automated in both the physical and no-touch versions of torture. An interesting technology that is used for no-touch torture is called *chatter bots*. *Chatter bots*, an artificial

intelligence program, automate much of the repetition so that the interrogators don't drive themselves crazy during the neural linguistic torture and programming phases. Let us not forget the Chinese Water Torture, a single drop of water on the forehead of the detainee for months. Repetition is a form of torture.

### 13.    Sensitization of Pain Impulses

While the reverse can be obtained, optimizing perceived pain and misery is the objective in torture. Each trauma adds to the overall misery throughout life.  Optimization of pain has been studied by the military and intelligence agencies.  In the past the CIA has used drugs such as LSD to enhance fear and terror in the subject.  Other methods such as hypnosis can increase perceived pain and the power of suggestion such as telling the subject his pinky finger is going to be cut off before it is done. In no-touch torture the same psychological manipulations are exerted. Subliminal and overt suggested are often told to the subject before the directed energy or EEG heterodyning pain inductions in order to maximize their effectiveness.

### 14.    Sensory Overload and Deprivation

Again, this technique of overloading or depriving the human of sensory stimulus is ubiquitous in torture around the world not just in U.S. secret prisons. Torture subjects in the United States have reported the use of repetitive bad music and noise campaigns. An unusual torture technique used in the U.S. secret prisons was of a use of a plastic suit filled with ice while they beat the target.  Ultra bright lights for days on end in the prison and hot/cold temperature changes in the environment are frequent. In no-touch torture, the target's brain is forced to release dopamine which causes pupil dilatation. This acts as a sensory overload. For example the non-lethal microwave weapons research done by a professor in University of Nevada has shown this capability. Body metabolism can be altered with these weapons causing cold and hot flashes.  Targets of no-touch torture often hear endless tinnitus.

**15.     Sexual Humiliation and Lack of Privacy**

Often used in common prisons is a lack of privacy. It is both necessity for security and a form of sexual

humiliation. Also in prison many people are raped. No-touch torture offers the same sexual humiliation

and lack of privacy by using through wall radar, cameras, and EEG visual cloning to let the target know

they are being watched. Degrading comments are often used on the no-touch torture subjects while they

are naked or in the bathroom.

**16.     Maximum Sensory Pain Techniques**

Basic torture involves brutalization, i.e. physical strikes, kicks in the groin, pepper spray or tear gas, etc.

Anything that involves maximum pain is the objective. Amazingly, these same basic tortures can be done

wirelessly into the human mind. All forms of sickness have been reported without any real illness behind

the suffering.  All suffering can be entrained into the minds of no-touch torture subjects.

**17.     Sleep Deprivation**

This is the number one torture method along with the popularity in the press of water boarding.  This is

done in every country that uses torture. The United States is number one in torture since they are currently

the world's only superpower.  A repetitive sleep deprivation cycle is generally done 180 hrs/7.5 days at a

time in the physical renditions, or in no-touch torture five days awake and two days of sleep.  Sleep

deprivation accomplishes the objective of memory loss during interrogation and induces hallucinations

which help with the interrogation process. In behavior modification and programming it is necessary too.

**18.     Stress Positions**

Keeping detainees handcuffed above their head and to walls so that they must stand for days is a common ploy in torture. These types of poses are called stress positions. They can be mimicked in no-touch torture. An example of one such trick requires the target to believe they can deflect radar energy using pots or pans and that it is directional. The target is being given an ample amount of pain until their hands and arms are spread apart holding the pans trying to block the signals. They must maintain that position in order to get any relief from the torture signals. However the stress position itself is physical torture. Often accompanying this technique are voices saying to the target, "You are doing it to yourself."

We will finish off this summary of U.S. and its allies' torture, interrogation, and behavior modification experimentation with ideas of why they are done to the general public and falsely accused detainees. Anyone can be put into these programs. Justice and rule of law does not exist at the highest levels of government. Treaties are worthless because the #1 agreement in the rules of war, a ban against torture, is not obeyed. This creates a more brutal and barbaric society lead by example.

No-touch torture uses the same interrogation tactics as physical interrogations but with some new twists. Techniques such as "Jeff and Mutt" a.k.a. "Good Cop Bad Cop" are used. The bad cop tortures the target and the good cop tries to gain their trust. In mind control, trust games are commonly employed to manipulate the beliefs of the target. Creating hatred of groups through false correlations and deception is a common CIA method of trickery.

In the CIA programs, the target is put through these phases as written in the documentation, "Disorient and confuse the target. Use them for our purposes, and then dispose of them in any way possible." We can only surmise by our sample set of a thousand people what "dispose" means: prison, suicide, or perhaps a mental hospital. Coercing and torturing people to suicide is very common. Both tactics in physical or no-touch torture involves plausible deniability.

The no-touch interrogations are better than physical rendition techniques for exposing support networks. Traditional NSA tracking of email and phones calls are useful but if the targets are taken into a secret prison they can't contact their networks. In no-touch torture, the target will contact everyone who might help them. Then those relationships can be destroyed to isolate the target. All these techniques rely on the target having a fear of death and pain.

Deception is very important during interrogation. In physical interrogations the targets are often drugged. This creates the confusion necessary to pull off certain trickery. In terrorist interrogations, for example, the CIA uses fake newspapers to make the target believe whatever event they were suspected of plotting had already happened, obviously looking for a confession. Sometimes the government in charge of the torture is looking for a political gain through a false confession. None-the-less false flag operations are commonly used in both forms of torture and interrogation. The trick is to make the target believe another foreign country is doing it to them. In no-touch torture the trick is to make them believe someone related to them is behind their suffering.

Voice transformation and morphing is an interesting technology also used in both physical and wireless interrogations. It is a form of deception used against a target to trick them into believing that they are speaking to real people that they know. It has been used in war to trick generals. Obviously spoofing email and other identities on internet forums can be used in this manner too.

Finally, the topic of human experimentation for improving weapons, torture, interrogation, and social disruption methods will be breached. Most of the techniques mentioned above work most effectively if the target has no SERE training (Survival, Evasion, Resistance and Escape) or psychological understanding of the methods to influence the human mind. Unfortunately, every sample point in the world's society needs to be studied to improve the weapons systems. This is why many random people are put into the torture and mind control experiments. There are some devious uses of a secret army of remote controlled assassins in every country in the world. The samples must include different education,

language, culture, and economic factors. Obviously, silencing dissidents, oppositions of political parties, and whistleblowers are included in the lists of applications. The most disturbing of the trends in torture is testing and improving it. No-touch torture is much more complex than physical torture. Testing design flaws and weaknesses of the signal intelligence is one reason why it is necessary to test on innocent targets. Often the subject will be taunted by the statement, "Try to stop us." This statement forces the torture subject to try to figure out shielding and jamming techniques to stop the wireless torture and helps the weapons designers to improve on the system.

However, the psychological and perceived physical pain is only half the story with no-touch torture. It also involves a set of scripts, mind games if you will, to walk the target to murder and/or suicide. This is called "Hyper Game Theory". It is used in war games to determine how to control your enemies and targets. Game Theory can be used on governments, individuals, or for determining propaganda to alter cultures. The experiments on the public provide a means to test the efficacy of these scripts and determine under what circumstances to use them.

One last comment on why "We must guard against the acquisition of unwarranted influence, whether sought or unsought, by the military industrial complex" as President Eisenhower warned. During these torture programs run by the United States and its allies, accurate "truth" data points need to be used to judge the efficiency of the interrogation methods. This is why there is a dispute between the CIA and Senate Intelligence Committee reports about the usefulness of torture. Subterfuge by the CIA hacking into the senate oversight committee's computers is a big deal; a rogue agency has been formed. Data fusion centers, Homeland Security Data Fusion Centers, NSA, and FBI collect data on Americans. This data in turn is used during torture and interrogation of Americans in no-touch torture.

Dr. Seth Farber PhD confirms I'm a victim, had experimentation done too:

"Seth Farber, Ph.D.

172 W 79th St, #2E

New York, N.Y. 10024

646-707-3693

seth17279@aol.com

www.sethhfarber.com

5/23/16

To Whom It May Concern

I am a psychologist, a therapist and an author.

I had talked to Todd Giffen numerous times on the phone for counseling this past year. I concluded that Todd was a victim of non-consensual experiments with directed energy technology—"no touch torture." I had been consulted by numerous targeted individuals, and read books on this advanced technology by whistleblowers like Robert Duncan Ph.D (author of Soul-Catchers, Vol 2) who had helped develop this technology, not knowing it would be used on American citizens.

Thus despite the unusual nature of Todd's allegations, and because I determined he was not paranoid, I concluded his account was true. He has been diagnosed by over 7 psychologists who confirmed he is not psychotic but suffers from TBI, and PTSD from the torture and targeting he's experienced.

We met when he was in NYC last week and we discussed his on-going trauma as a result of continued targeting by law enforcement and agents of the military.

He constructed a website that extensively documents the nature and criminal application of this technology on unwitting individuals. See obamasweapon.com and drrobertduncan.com. My understanding is employees and officials in Washington DC have stalked and harassed Mr Giffen, during the past few months he has been in Washington, DC.

Feel free to phone me.

Thank you,

Seth Farber, Ph.D."

"Seth Farber, Ph.D.

172 W 79th St, #2E

New York, N.Y. 10024

646-707-3693

seth17279@aol.com

www.sethhfarber.com

March 9th 2018

To Whom it May Concern,

I am an author, psychologist and human rights activist.

I have known Todd Giffen since 2014 when he first consulted me for psychological counseling.

Todd makes a credible argument that he is a TI– a targeted individual–subjected to various kinds of "no-touch torture," including harassment by cybertronic and directed energy weapons. These weapons were developed by the US military and are criminally, covertly, used against persons (TIs) by the US government or by rogue groups with government connections. Todd is also a victim of "group stalking"--a tactic used by agencies of US government often in cooperation with local law enforcement.

As an anti-torture constitutional rights activist and educator, Giffen has traveled from his home base with his relatives in Oregon to Washington D.C. and New York City where he has an apartment in public housing.

I have collaborated with Giffen to expose the human rights violations committed overtly by the mental health system and covertly by agencies of US government. I believe Giffen has been victimized by both of these associations. Giffen is a highly intelligent and extremely well read individual–an autodidact– who is an excellent public speaker. We have appeared on radio and in public forums together (e.g. Left Forum)--often with Dr Lauren Tenney. Recently he was interviewed for a show that will appear on the History Channel.

Although Giffen is a high functioning person he has chronic mental and physical disabilities as a result of attacks of him in past and present. He has report from neurologists that document his disabilities.

At this time Giffen is still being subjected to unrelenting attacks, which are increasingly stressful for him—If they continue, as they undoubtedly will, I fear his health may be seriously endangered. Urgent assistance is needed. Therefore I continue to support, as I have since 2014, Mr Giffen's petitions for legal aid, government funding and medical assistance. I also support his request for political asylum.

Please contact if further information is needed,

Sincerely

Seth Farber, Ph.D."

Dr. Seth Farber PhD has compiled much public research, book publishing's, and info about these abuses:

https://everydayconcerned.net/2016/12/12/seth-farber-ph-d-the-psychiatric-metanarrative-targeted-individuals-and-the-deep-state-a-response-to-the-new-york-times/

James Fry Military Intelligence confirms I'm a victim:

"12\17\16

James Fry

Witness for Todd Giffen

To whome this may concern,,,

From time to time while I spent time with Todd Giffen in Washington DC. During that time, both

he and I were followed by various federal employees, who at times would harass Todd with

whistling noises. The keys to my car were stolen by African immigrant security guards at the

Labor office off Constitution AVE., mock attacks and assassinations were carried out against us,

as were threatening gestures taken by federal employees with umbrellas. We also observed

unknown individuals taking adopted children from the Congo into the office of Senator Lindsey

Graham, and afterwards one of the minors simulated oral sex with one of her minders as he

stood outside of Graham's office after he was in the office for quite some time. Todd Giffen was

also targeted with directed energy as we were driving in the Capitol area causing him to vomit

multiple times. Todd in particular seems to attract the attention of federal employees which may

stem from his time of abuse in  a psychiatric ward, the Oregon State Hospital. The individuals

targeting Todd are constantly harassing and stalking Todd wherever he goes.


Thank you for looking into this case,


James Fry

82nd Airborne Division

Military Intelligence"


A former US Investigative Services employee living in Eugene Oregon confirmed details about

my abuse in 2014: she knew about this technology and capability from reading it on classified

documents at her military intelligence contractor USIS, the same guys who background checked

Aaron Alexis and Edward Snowden before their employment for the Navy/CIA/NSA, and as

such recognized my symptoms of abuse that began at Oregon State Hospital. In her own words, "you're the first person I've met that knew exactly what I saw on paper in classified form at USIS.. they pick mental patients to experiment on, and they know they're not supposed to do it." She confirmed the use of the weapon/surveillance system at Oregon State Hospital, but when she reached out to my lawyers and the judges in Oregon, they blocked her and snuffed us both out in covert legal abuses against me to silence the claims- as such none of my lawyers have even attempted to speak to her even when she called them to back me up. This link has the full audio recording of her coming clean to me about knowing this was all real (note: she also says if they found out about her helping me, they'd treat her like a traitor and go after her and her family, so she couldn't get too much more involved):

https://www.oregonstatehospital.net/d/USIS.html


COINTELPRO 2016 and beyond

PANEL 1

Session: 2

Room: 2512

Time: Saturday 12pm – 1:50pm


COINTELPRO 2016: The New Age of Active Measures by the Post-9/11 National Security State

Abstract:

Back in the 1970s, the Senate's Church Committee, the Pike Committee in the House and citizens in Media, PA revealed a pattern of meddling by the FBI, CIA, etc. in US domestic politics, harassing and intimidating civil rights leaders, trade unions, and anti-war activists.

During the 1980s, despite claims to the contrary, this illegal spook activity kept going. After 9/11, spying and harassment are now bigger and more intrusive than ever. This is COINTELPRO Stalking (COINTELPRO = COUNTER-INTELLIGENCE PROVOCATION). The old FBI methods have been supplemented by techniques from the STASI, the East German Communist secret police. The age of social media has become the Golden Age of Cointelpro. NSA surveillance has been known for a decade, but what happens once dissidents are identified? NSA works with a network of Law Enforcement Intelligence Units (LEIUs) – like the New York Red Squad, and another network of local intelligence offices called Fusion Centers. These direct a secret army of trolls, bloggers, disgruntled misfits, surveillance role players and others numbering in the hundreds of thousands. The response might be gaslighting – convincing the targets they are going insane. They plant bugs, issue slanders and threats, perform character assassinations, and publish embarrassing material. They slash bicycle and car tires, and misdirect deliveries. They want you to drop out of politics. COINTELPRO 2016 must be exposed and stopped.

Diversity of Perspectives:
One perspective will come from grassroots organizers who have personally undergone COINTELPRO harassment while organizing campaigns and other activities. A second perspective is the history of COINTELPRO operations from the 1950s until today. A third perspective is the input from the East German Communist secret police (STASI), which was copied by the FBI. A fourth perspective is the virtual impossibility of mass organizing unless COINTELPRO is exposed and stopped.

Speakers: Webster Tarpley, Daniela Walls, Kyle McCarthy

Webster Tarpley video explaining COINTELPRO2016/history of COINTELPRO/intelligence
agency/police/military/government abuses going back hundreds of years:

http://www.oregonstatehospital.net/video.php?id=X56HTfMcUtE

Daniela Walls of the Tax Wall Street Party discusses additional COINTELPRO information:

http://www.oregonstatehospital.net/video.php?id=D2RbhIQhWEY

FBI 30 year veteran and director of FBI Los Angeles and other divisions, nominated FBI director
in 1979, confirmed COINTELPRO - NSA - CIA - military intelligence abuses and targeting of
citizens is real in this affidavit: http://www.oregonstatehospital.net/d/otherfiles/gunderson.pdf

Stephen Colbert of the Late Show confirms being gangstalked by Russian Intelligence and
American Intelligence in Russia during a 2017 trip. They were remote viewing his ass hardcore.

http://www.businessinsider.com/stephen-colbert-followed-by-russian-intelligence-2017-6

"Man, it is good to be back in the USA," Colbert told his "Late Show" audience Monday night. "I
don't know if you knew this, but I was in Russia last week.

"You know who did know I was in Russia? Russian intelligence. Hardcore fans, evidently.
Followed me everywhere. Also got some attention from American intelligence. Couple guys
seemed to pop up everywhere we went."

Colbert then joked that there's someone else American intelligence should be more interested in
for their alleged Russia-related activities.

"But it's important, keep your eye on a comedian while he's in Russia doing jokes," he said. "I could be giving state secrets to the Russians. Oh, wait, someone's already got that covered. Someone should investigate that guy."

They gangstalked Ernest Hemingway really good and remote viewed him too. Ernest Hemingway 'driven to suicide over FBI surveillance' - the surveillance was so real they threw him in a mental hospital to get rid of him, attempting to erase his memories with electroshock, because they didn't want him to be able to remember.

https://www.telegraph.co.uk/culture/books/booknews/8614094/Ernest-Hemingway-driven-to-suicide-over-FBI-surveillance.html

"AE Hotchner said he believed the FBI's monitoring of the Nobel Prize-winning author, over suspicions of his links to Cuba, "substantially contributed to his anguish and his suicide" 50 years ago.

Hotchner wrote in The New York Times that he had "regretfully misjudged" his friend's fears of federal investigators, which were dismissed as paranoid delusions for years after his death.

In 1983 the FBI released a 127-page file it had kept on Hemingway since the 1940s, confirming he was watched by agents working for J. Edgar Hoover, who took a personal interest in his case.

Hotchner described being met off a train by Hemingway in Ketchum, Idaho, in November 1960, for a pheasant shoot with their friend Duke MacMullen.

Hemingway, struggling to complete his last work, complained "the feds" had "tailed us all the way" and that agents were poring over his accounts in a local bank that they passed on their journey.

"It's the worst hell," Hemingway said. "The goddamnedest hell. They've bugged everything. That's why we're using Duke's car. Mine's bugged. Everything's bugged. Can't use the phone. Mail intercepted."

Later that month he was committed for psychiatric care at the Mayo Clinic in Minnesota, where he received electric shock treatment. He attempted suicide several times before being released.

A few days after returning home to Ketchum, he shot himself in the head with his favourite shotgun aged 61.

"In the years since, I have tried to reconcile Ernest's fear of the FBI, which I regretfully misjudged, with the reality of the FBI file," wrote Hotchner, the author of 'Papa Hemingway'.

"I now believe he truly sensed the surveillance, and that it substantially contributed to his anguish and his suicide," he said."

Notice how the military run psychiatric institutes like Mayo Clinic are always there to back the government up on the abuse the citizen goes through electroshocking, drugging, and discrediting the witness/victims as if they're crazy and the "targeting" is all a mental disorder in the persons blood.

https://www.nytimes.com/2011/07/02/opinion/02hotchner.html

The surveillance lasted all the way through Ernest Hemingway's stay in the mental hospital,

which Hemingway reported was bugged. Knowing the way hospitals are set up, the

feds/CIA/NSA had full access to him there, and all the doctors/ nurses and staff took part in

watching and sabotaging him, yet would never mention any of it in the chart notes and would

subject him to harmful electroshock as if they never knew it was all real:

"Decades later, in response to a Freedom of Information petition, the F.B.I. released its
Hemingway file. It revealed that beginning in the 1940s J. Edgar Hoover had placed
Ernest under surveillance because he was suspicious of Ernest's activities in Cuba. Over
the following years, agents filed reports on him and tapped his phones. The surveillance
continued all through his confinement at St. Mary's Hospital. It is likely that the phone
outside his room was tapped after all."

Dr Martin Luther King was also targeted by NSA, CIA, FBI etc:

A letter recently discovered in unredacted form written by the FBI to Dr Martin Luther King Jr in
an attempt to get him to kill himself. The letter was constructed after the FBI/CIA targeted King
with COINTELPRO tactics including warrantless surveillance, including tapping of his rooms and
phones, and reading of his mail, where they discovered he had been cheating on his wife and
thought the ammo would be enough to get him to kill himself as he would surely fear being
"exposed."
http://www.drrobertduncan.com/FBI-To-Dr-Martin-Luther-King-Jr-Kill-Yourself-King-Cointelpro.jp
g

FBI's "Suicide Letter" to Dr. Martin Luther King, Jr., and the Dangers of Unchecked Surveillance:
https://www.eff.org/deeplinks/2014/11/fbis-suicide-letter-dr-martin-luther-king-jr-and-dangers-un
checked-surveillance

The above is a small sample of material of past and current intelligence agency and law
enforcement abuses. I have much more to share. No victim of this is crazy. Only the people
discrediting and hampering the victims are crazy.

This technology is also patented: Robert Malech's 1974 US patent **3,951,134**, apparatus and method for remotely reading and altering brainwaves which mentions using tradition military radar and satellites to do the trick:

"The computer 60 controls an auxiliary transmitter 64 which transmits the compensating signal to the brain 10 of the subject via an antenna 66. The transmitter 64 is of the high frequency type commonly used in radar applications. The antenna 66 can be similar to antennas 41, 43 and 45 and can be combined with them. Through these means, brain wave activity may be altered and deviations from a desired norm may be compensated. Brain waves may be monitored and control signals transmitted to the brain from a remote station.

It is to be noted that the configuration described is one of many possibilities which may be formulated without departing from the spirit of my invention. The transmitters can be monostratic or bistatic. They also can be single, dual, or multiple frequency devices. The transmitted signal can be continuous wave, pulse, FM, or any combination of these as well as other transmission forms. Typical operating frequencies for the transmitters range from 1 MHz to 40 GHz but may be altered to suit the particular function being monitored and the characteristics of the specific subject.

The individual components of the system for monitoring and controlling brain wave activity may be of conventional type commonly employed in radar systems.

Various subassemblies of the brain wave monitoring and control apparatus may be added, substituted or combined. Thus, separate antennas or a single multi-mode antenna may be used for transmission and reception. Additional displays and computers may be added to present and analyze select components of the monitored brain waves.

Modulation of the interference signal retransmitted by the brain may be of amplitude, frequency and/or phase. Appropriate demodulators may be used to decipher the subject's brain activity and select components of his brain waves may be analyzed by computer to determine his mental state and monitor his thought processes.

As will be appreciated by those familiar with the art, apparatus and method of the subject invention has numerous uses. Persons in critical positions such as drivers and pilots can be continuously monitored with provision for activation of an emergency device in the event of human failure. Seizures, sleepiness and dreaming can be detected. Bodily functions such as pulse rate, heartbeat reqularity and others also can be monitored and occurrences of hallucinations can be detected. The system also permits medical diagnoses of patients, inaccessible to physicians, from remote stations. "

http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&d=PALL&p=1&u=%2
Fnetahtml%2FPTO%2Fsrchnum.htm&r=1&f=G&l=50&s1=3,951,134.PN.&OS=PN/3,951,134
&RS=PN/3,951,134

Many don't know it but this technology uses technology invented prior to world war 2, enabling
sophisticated scans, tracking and other feats from long range using invisible signals. Many
technologies on the market stem from it, such as the doctors office MRI, which wasn't invented
until 1970s, but MRI was really invented for military radar and satellites between 1930 and
1945. The military also used this technology to make the food heating microwave oven, all of it's
based on military radar:

https://web.archive.org/web/20000521020640/http://www.science-workshop.com/NMR.html

Nuclear magnetic resonance/magnetic resonance imaging invented for military radar/satellites
to brain/breast/clit scan citizens through the walls of their homes from space, also enabling
biocommunications to remotely control all states of matter and energy. Wikipedia hides all these
details and doesn't even mention MRI being a RADAR/satellite technology, misdocumenting its'
invention in 1970s-1980s for doctors office use. It was designed to remotely scan us from space
first then was miniaturized down for use in hospitals and doctors offices later. Missing from the
public Wikipedia documented version is how electrical activity in the brain is monitored as well,
and can be altered for remote control, amongst its' other weapons applications. "Nuclear
Magnetic Resonance (NMR) and Magnetic Resonance Imaging (MRI)
employs high frequency radio transmitters, receivers, and computer science techniques to
generate images or chemical spectra of organic materials. NMRIMRI techniques use methods
developed between 1930 and 1945 for military RADAR. RADAR and NMR/MRI both use
Transmit/Receive circuits, state of the art receiver sensitivity, and good antenna (probe) design.
NMR/MRI applications using radio frequency methods have not received much attention in the
amateur radio publications (Ham Radio, QST, CQ , and 73) since these publications are
concerned with radio communications as an end use of RF techniques. There are a whole score
of "non-communications" usage of RF techniques and NMR/MRI would be one such use. You
can "listen" to the radio signals produced by the nucleus of the hydrogen atom by exciting these
photons to transmit, and make an image by reconstructing the matrix of protons. The technical
challenge of building a system to do this might seem worth while to experienced amateurs."

They learned how to take human brain scans of citizens from military radar and satellite
installations long ago and it's been told they have brain scans stored at places like the Bluffdale
data center in Utah, but nevertheless they do have our memories and other scan details stored

in computer systems wherever those computers are. They also have vast AI computers generating content to beam into citizens for communication, interrogation, and other purposes.

The technology was extensively developed by 1930s-1960s and fully deployed worldwide by the 1970s.

There were mental patients the technology was tested on, one of the chief psychiatrists involved in testing it in the 1950s and 1960s was the head of the world psychiatric association and American Psychiatric Association, Dr Donald Ewen Cameron, a CIA torture document. Under his orders a telemetry lab was built in Canada, where he tested radio waves and laser energy on patients against their wills and without their knowledge or consent in MKULTRA subproject 68. Dr Donald Ewen Cameron with others helped use the United Nations to cover up the governments weapons systems and development, claiming only the worlds elite were supposed to have it, under the guise of security. It was the belief of Donald Ewen Cameron, that psychiatry mind control had to be implemented through the United Nations on the worlds populous, to prevent them from having access to nuclear weapons, technology, methods, directed energy, intelligence, etc, which is an argument to keep all the elite government programs secret from the populous, so they cannot fight back and learn about it themselves, while the government elite possess and use it secretly around the world. This is well documented on his Wikipedia profile and is none disputed.
https://en.wikipedia.org/wiki/Donald_Ewen_Cameron#MKULTRA_Subproject_68

Journey Into Madness
The True Story of Secret CIA
Mind Control and Medical Abuse
https://sites.google.com/site/mcrais/thomas

Eugene and Corvallis Oregon were some of the Project Star Gate weapon and human experimentation sites. Between 1976 and 1978 radio wave signals were broadcast into citizens homes suggestive of whole brain control. Citizens by the hundred reported symptoms of sound in the head, reddening of the skin, general sickness, and ghost like hauntings of the home. These signals were widely discussed in national newspapers including Eugene Register Guard and Portland Journal, discussing governor, senator involvement and the FCC and EPA were called out. The signals were found to be originating from a Navy ground based radar system 500 miles away in Alemeda California.

Hearing "Voices"
The Hidden History of the
CIA's Electromagnetic
Mind-Control Experiments
https://sites.google.com/site/mcrais/voices

"Was the technology tested at home on private citizens? In March 1978, the city of Eugene, Oregon, found itself inundated with microwave radiation. The Oregon Journal reported: "Mysterious Radio Signals Causing Concern in Oregon." Federal government specialists blamed the Soviets, but the Federal Communications Commission concluded that the signal—recorded throughout the state of Oregon—came from a Navy transmitter in California.

Oregonians statewide complained of headaches, fatigue, inability to sleep, reddening of the skin, anxiety, "clicks" in the head and a "buzz" harmonizing with a high-pitched wail. Canadian researcher Andrew Michrowski wrote to Prime Minister Pierre Trudeau on September 19, 1978, citing a Pacific Northwest Center for Non-Ionizing Radiation study that found the signals "psychoactive" and "very strongly suggestive of achieving the objective of brain control."

*

*

*

Clearly, breaching the ultimate stronghold of privacy—the mind—has been accomplished. If the U.S. government plans to do the thinking for all Americans, the days of freedom, liberty and justice—and human identity itself—appear to be numbered."

## http://www.whale.to/b/bowart4.html **THE INVISIBLE THIRD WORLD WAR**

### "X. THE EUGENE WAVELENGTH

"A powerful radio signal that may be affecting human health has been monitored in several Eugene locations and in the air three thousand feet above the city," proclaimed the Eugene Register-Guard on March 26, 1978. "The source of the radio signal is unknown." Thus came to light news of the. first electromagnetic biohazards suffered by a major population center (34). Shortly before the Register-Guard printed the story, a middle-aged Eugene man, Walter Deposkey, came down with symptoms remarkably similar to those attributed to microwave sickness (35). He noted a strange vibration emanating from within his home. He heard voices. He could not sleep. He suffered burning of his cornea. University of Oregon industrial hygeinist Marshall van Ert, called to investigate Deposkey's complaints, suffered the same symptoms in the man's home. Disturbed, van Ert recruited several local engineers to investigate. The engineers measured an unusual radio signal they determined was capable of producing potential biohazards. After dogging public health agencies to investigate further, van Ert broke the story in the papers (36).

The Eugene Signal was described as a radio frequency pulse at 4.75 megahertz, 1,100 cycles per second, recorded within at least two local homes as well as 3,000 feet above the city (37). The signal's strength was rated at five hundred thousand watts -- ten times the FCC AM licensed limit. The signal extended as

far away as the next town, Corvallis. 150 documented complaints about the signal prompted Governor Bob Straub, Senator Mark Hatfield, and Congressman Jim Weaver to demand an EPA investigation (38). A data analysis by the State Health Department's Radiation Control Section suggested "probable cause" linking the complaints to the strange frequency (39). "I was surprised," said Clifford Shrock, a Textronix, Inc. radio frequency analyst who had written CIA and NSA electronics manuals, "I'd never seen anything like it before."(40) Reactions to the story" flooded in from around the world. Calls came in from people telling similar stories about their own distant areas. Several calls came from technicians offering their hypotheses about the signal, suggesting a possible link to secret weapons readiation. The people of Eugene began to learn about Electromagnetic Radiation (EMR) biohazards in a hurry.

No one, however, could get to the bottom of Eugene's problem. The FCC's. Enforcement Division Assistant Chief, Richard Smith, laid the blame squarely on a naval transmitter at Dixon, California -- the "Dixon Duck" (41). Van Ert and others disputed this conclusion. The Navy denied it. When the EPA technicians finally arrived, they decided no real Problem existed and denied that there was any mystery signal. Van Ert, Shrock, and others strongly disagreed with them. They had felt the signal and had measured it. But, after holding a cursory press conference, the EPA investigators returned to its Las Vegas headquarters and dodged reporters. Then the investigation folded.

While some of the citizens of Eugene, Oregon say they continue to suffer from the signal effects, the Eugene Signal remains an official mystery. Marshall Van Ert left Eugene after he began suffering from EMR symptoms. Today he is still convinced he was-victimized by secret IW radiation and a government coverup.

The people of Eugene aren't the only ones complaining of EMR biohazard effects. Similar symptoms have been reported in such places as Timmons and Kirkland Lake in Canada. These effects were traced to a notorious Soviet radio broadcast dubbed by amateur radio operators "the woodpecker." (42) These effects bear a strong resemblance to the biohazards inherent in Invisible Weapons like the electromagnetic pulse (EMP) under development by the Pentagon. Although the people of Eugene didn't know it, both the U.S. and Soviet military had been working for years to perfect the use of electromagnetic frequencies as lethal psychological weapons."

## Eugene Register-Guard and other print newspapers around the country discussed the Eugene signals detected around town:

## http://www.oregonstatehospital.net/images/eugene-wavelength-1970s-part1.png

## http://www.oregonstatehospital.net/images/eugene-wavelength-1970s-part2.png

http://www.oregonstatehospital.net/images/eugene-waveleng
th-1970s-part3.png
http://www.oregonstatehospital.net/images/eugene-waveleng
th-1970s-part4.png

In fact all the worlds governments use this technology today in secret, in conjunction with the
United States, as the United States runs and provides security systems and weapons to most of
the worlds governments in secrets, abuses disclosed during the Edward Snowden revelations.
In each country including Five Eyes, and third party countries like Japan, and Germany, the
countries bring in our fiber optic taps on the telecommunication grids, and install and operate
jointly satellites and radar to perform these feats - to remotely spy on, scan, and even torture
and kill citizens.

"Sid Taylor stated that Cameron used curare to immobilise his patients during his research. After
one test he noted: "Although the patient was prepared by both prolonged sensory isolation (35 days)
and by repeated depatterning, and although she received 101 days of positive driving, no favourable
results were obtained." Patients were tested in the Radio Telemetry Laboratory, which was built
under Cameron's direction. Here, patients were exposed to a range of RF and electromagnetic
signals and monitored for changes in behaviour. It was reported that none of the patients sent to the
Radio Telemetry Lab showed any signs of improvement.[28]"

...

"Cameron began to develop broader theories of society, new concepts of human relations to replace
concepts he deemed dangerous and outdated. These became the basis of a new social and
behavioural science that Cameron would later institute through his presidencies of the Canadian,
American and World Psychiatric Associations, the American Psychopathological Association and the
Society of Biological Psychiatry. With the results of the Manhattan project, Cameron feared that
without proper re-organization of society, atomic weapons could fall into the hands of new, fearsome
aggressors.[16] Cameron argued that it was necessary for behavioral scientists to act as the social
planners of society, and that the United Nations could provide a conduit for implementing his ideas
for applying psychiatric elements to global governance and politics. " (here Cameron is arguing to
lock mankind up in an information, money prison, and strip them of all their rights to live on earth,
which was successfully implemented in secret and is responsible for this fuckery of a country we
have today complete with lots of police killings of citizens, and 500,000+ deaths of people thrown
into mental treatment systems annually thanks to the deadly drug cocktails forced into them
unwittingly without their knowledge or consent, we intend their deaths)

**Yugoslavs, Croatians ready for peacekeepers**

USA TODAY (pre-1997 Fulltext) - McLean, Va.
Date: Feb 14, 1992
...
SADDAM CONSPIRACY: An Iraqi newspaper reported that the United States and Israel
employed psychics to try to kill President Saddam Hussein during the gulf war. ``The CIA used
psychotronics and biocommunication to cause a blood clot in the brain or heart ... a procedure
that would have obliterated any evidence of the crime,'' the newspaper Babel claimed.

Russ Tice NSA whistleblower confirms he didn't spy using XKeyScore, Trailblazer, ThinThread,
etc. He used satellites and space capability to target Americans. Long before the ability was
invented by NSA whistleblower William Binney to process data at fiber optic speeds in bulk in
the late 1990s, the NSA was using space capabilities around the world to go into citizens heads
and homes with remote viewing capabilities. The media has continued to refuse to cover the use
of NSA space capabilities to spy and target Americans despite all the whistleblowers and
documents confirming spying does not require a cellphone or internet to function (Russ Tice
calls this the low tech side, going back to the high tech side they use space capabilities)..

NSA Blackmailing Obama? | Interview with Whistleblower Russ Tice:
https://www.oregonstatehospital.net/video.php?id=d6m1XbWOfVk

"Abby Martin talks to Russell Tice, former intelligence analyst and original NSA whistleblower,
about how the recent NSA scandal is only scratches the surface of a massive surveillance
apparatus, citing specific targets that he saw spying orders for including former senators Hillary
Clinton and Barack Obama."

EXCLUSIVE REPORT: NSA Whistleblower: Snowden Never Had Access to the JUICIEST
Documents ... Far More Damning:
https://washingtonsblog.com/2014/06/original-nsa-whistleblower-snowden-never-access-juicy-d
ocuments.html

"NSA Spying On Congress, Admirals, Lawyers ... Content As Well As Metadata ... Cheney
Was Running the Show
NSA whistleblower Russel Tice was a key source in the 2005 New York Times report that blew
the lid off the Bush administration's use of warrantless wiretapping.

Tice told PBS and other media that the NSA is spying on – and blackmailing – top government
officials and military officers, including Supreme Court Justices, highly-ranked generals, Colin
Powell and other State Department personnel, and many other top officials:

...
He says the NSA started spying on President Obama when he was a candidate for Senate:
...

Many of Tice's allegations have been confirmed by other government whistleblowers. And see this.

Washington's Blog called Tice to find out more about what he saw when he was at NSA.

RUSSELL TICE: We now know that NSA was wiretapping [Senator] Frank Church and another Senator. [That has been confirmed.]

And that got out by accident. All the information the NSA had back then – and probably many other senators and important people too, back in the 70s – they shredded and they destroyed all of that evidence. As much as they could find, they destroyed it all. By accident, something popped up 40 years later.

And, in fact, they were asked 40 years ago whether NSA had bugged Congress. And, of course, they lied. They lied through their teeth.

NSA Has Hidden Its Most Radical Surveillance Operations ... Even from People Like Snowden Who Had General "Code Word" Clearance
WASHINGTON'S BLOG: Glenn Greenwald – supposedly, in the next couple of days or weeks – is going to disclose, based on NSA documents leaked by Snowden, that the NSA is spying on all sorts of normal Americans ... and that the spying is really to crush dissent. [Background here, here and here.]

Does Snowden even have documents which contain the information which you've seen?

RUSSELL TICE: The answer is no.

WASHINGTON'S BLOG: So you saw handwritten notes. And what Snowden was seeing were electronic files ...?

RUSSELL TICE: Think of it this way. Remember I told you about the NSA doing everything they could to make sure that the information from 40 years ago – from spying on Frank Church and Lord knows how many other Congressman that they were spying on – was hidden?

Now do you think they're going to put that information into Powerpoint slides that are easy to

explain to everybody what they're doing?

They would not even put their own NSA designators on the reports [so that no one would know that] it came from the NSA. They made the reports look like they were Humint (human intelligence) reports. They did it to hide the fact that they were NSA and they were doing the collection. That's 40 years ago. [The NSA and other agencies are still doing "parallel construction", "laundering" information to hide the fact that the information is actually from mass NSA surveillance.]

Now, what NSA is doing right now is that they're taking the information and they're putting it in a much higher security level. It's called "ECI" – Exceptionally Controlled Information – and it's called the black program … which I was a specialist in, by the way.

I specialized in black world – DOD and IC (Intelligence Community) – programs, operations and missions … in "VRKs", "ECIs", and "SAPs", "STOs". SAP equals Special Access Program. It's highly unlikely Mr. Snowden had any access to these. STO equals Special Technical Operations  It's highly unlikely Mr. Snowden had any access to these.

Now in that world – the ECI/VRK world – everything in that system is classified at a higher level and it has its own computer systems that house it. It's totally separate than the system which Mr. Snowden was privy to, which was called the "JWICS": Joint Worldwide Intelligence Communications System. The JWICS system is what everybody at NSA has access to. Mr Snowden had Sys Admin [systems administrator] authority for the JWICS.

And you still have to have TS/SCI clearance [i.e. Top Secret/ Sensitive Compartmented Information – also known as "code word" – clearance] to get on the JWICS. But the ECI/VRK systems are much higher [levels of special compartmentalized clearance] than the JWICS. And you have to be in the black world to get that [clearance].

ECI = Exceptionally Controlled Information. I do not believe Mr. Snowden had any access to these ECI controlled networks).  VRK = Very Restricted Knowledge. I do not believe Mr. Snowden had any access to these VRK controlled networks.

These programs typically have, at the least, a requirement of 100 year or until death, 'till the person first being "read in" [i.e. sworn to secrecy as part of access to the higher classification program] can talk about them. [As an interesting sidenote, the Washington Times reported in 2006 that – when Tice offered to testify to Congress about this illegal spying – he was informed by the NSA that the Senate and House intelligence committees were not cleared to hear such information.]

It's very compartmentalized and – even with stuff that they had – you might have something at NSA, that there's literally 40 people at NSA that know that it's going on in the entire agency.

When the stuff came out in the New York Times [the first big spying story, which broke in 2005] – and I was a source of information for the New York Times –   that's when President Bush made up that nonsense about the "terrorist surveillance program." By the way, that never existed. That was made up.

There was no such thing beforehand.  It was made up ... to try to placate the American people.

The NSA IG (Inspector General) – who was not cleared for this – all of a sudden is told he has to do an investigation on this; something he has no information or knowledge of.

So what they did, is they took a few documents and they downgraded [he classification level of the documents] – just a few – and gave them to them to placate this basic whitewash investigation.

Snowden's Failure To Understand the Most Important Documents
RUSSELL TICE: Now, if Mr. Snowden were to find the crossover, it would be those documents that were downgraded to the NSA's IG.

The stuff that I saw looked like a bunch of alphanumeric gobbledygook.  Unless you have an analyst to know what to look for – and believe me, I think that what Snowden's done is great – he's not an intelligence analyst.  So he would see something like that, and he wouldn't know what he's looking at.

But that would be "the jewels". And the key is, you wouldn't know it's the jewels unless you were a diamond miner and you knew what to look for. Because otherwise, there's a big lump of rock and you don't know there's a diamond in there.

I worked special programs. And the way I found out is that I was working on a special operation, and I needed information from NSA ... from another unit. And when I went to that unit and I said "I need this information", and I dealt with [satellite spy operations], and I did that in the black world.  I was a special operations officer. I would literally go do special missions that were in the black world where I would travel overseas and do spooky stuff.

Cheney Was Running the Show
WASHINGTON'S BLOG: You said in one of your interviews that Dick Cheney ordered the

intercepts that you found in the burn bags [the bags of documents which were slated to be destroyed because they were so sensitive].

Is that right ... and if so, how do you know that?

RUSSELL TICE: I did not know one way or the other until I talked to a very senior person at NSA who – much later – wanted to have a meeting with me. And we had a covert, clandestine style meeting. And that's when this individual told me that the whole thing was being directed and was coming from the vice president's office ... Cheney, through his lawyer David Addington.

WASHINGTON'S BLOG: It sounds like it wasn't going through normal routes? It's not like Cheney or Addington made formal requests to the NSA ... through normal means?

RUSSELL TICE: No, not normal at all. All on the sly ... all "sneaky pete" under the table, in the evening when most NSA employees are gone for the day. This is all being done in the evenings ... between like 7 [at night] and midnight.

NSA Is Spying On CONTENT as Well as Metadata
WASHINGTON'S BLOG: And from what you and others have said, it's content as well as metadata?

RUSSELL TICE: Of course it is. Of course. [Background. But see this.]

NSA Spying On Journalists, Congress, Admirals, Lawyers ...
RUSSELL TICE: In 2009, I told [reporters] that they were going after journalists and news organizations and reporters and such.

I never read text of Congressman's conversations. What I had was information – sometimes hand-written – of phone numbers of Congressmen, their wives, their children, their staffers, their home numbers, their cellphone numbers, their phone numbers of their residence back in Oregon or whatever state they're from, and their little offices back in their state.

Or an Admiral and his wife, and his kids and his staffers ...

The main thing I saw more than anything else were lawyers and law firms. I saw more lawyers or law firms being wiretapped than anything else.

These are the phone numbers I saw written. And then I would see those numbers incorporated

into those lists with the columns of information about the phone number, and the serial number and the banks of recorders and digital converters and the data storage devices. I could see handwritten phone numbers and notes, sometimes with names, sometimes not.

Snowden and Greenwald's Whistleblowing Was Done In the Right Way
RUSSELL TICE: If Mr. Snowden would have had access to VRK, ECI, SAP, STO (and a few others that I will not mention here), and he released them en masse to the press, I would volunteer to shoot him as a traitor myself.

But this is not what he did.

He gave up JWICS info that he insisted be vetted for sources and methods, and true damage to national security. Mr. Greenwald and company should be congratulated on the restraint that they have shown with the JWICS documentation that they have in hand via Mr. Snowden.

Postscript: When Tice started blowing the whistle on NSA mass surveillance in the early 2000s, the NSA all of a sudden decided that Tice was "crazy". As Tice told us:

For many years, I was the only NSA whistleblower in public.

And what they did is call me in – 9 months after my routine psychological evaluation – which I passed with flying colors, like every other one I've had in my entire career, passed with flying colors.

They called me in for an "emergency" psychological evaluation, and they declared me nuts.

I am a fairly good judge of character, and I found Tice to be humorous, self-deprecating in a healthy and light-hearted way, and consistent on the facts. Tice talked about how he was a pretty darn good football player in junior college, but no star athlete. He talked about how one reporter tried to make him out to be James Bond with leading man looks, and he thought that was ridiculous. We shared some normal "guy talk" about women. Tice has a little anger at the way the NSA tried to whitewash the mass surveillance that he uncovered (wouldn't you be?), but he wasn't enraged or over-the-top. Tice is also a patriotic American, not a subversive. Specifically, we spent a long time talking about the importance of the Constitution and the rule of law. In other words, Tice seems "oriented to reality", completely sane, normal, ethical and bright to me.

And the following facts are more important than my personal impression:

Many of Tice's allegations have been confirmed by Snowden and other government

whistleblowers. And see this
Soviet leaders were famous for throwing dissidents into psychiatric wards. Unfortunately, the
same thing sometimes happens in modern America
Given the way that the NSA has been repeatedly caught in lies about its surveillance programs –
and the way that it has attacked whisteblowers – I believe Tice over the NSA."

Thomas Drake NSA whistleblower confirms criminal activity and 4th amendment subverted,
NSA tore America apart spying on every square inch - and this is military surveillance:
http://www.oregonstatehospital.net/video.php?id=l8XlyDQx-fl


CIA operative Mark Phillips confirmed he worked in MKULTRA/Project Star Gate using
paranormal weapons at Duke University between 1967-1968, which is the original site of the
weapons development and research which began in 1930.

Question: How does remote viewing, being done by various former military men such as Major
Ed Dames and Courtney Brown, compare with your mind control?

 Mark: It is all under the guise of MKULTRA. I was part of the Duke studies in 1967 and '68,
working with the paranormal. Most of the people I saw at that time were of Soviet origin. As a
matter of fact, I didn't know we had a Cold War going on. I really didn't.

There was a huge exchange of information. I was constantly sitting down to the table with KGB
agents and they were identified as such and handed me cards. I couldn't even understand, the
first time somebody handed me a card I said, "well this is the end of me". He said, "Do you have
a card?""
Cathy O'Brien a White House/Pentagon level mind control victim mentions her daughter being
used in mind control programming in the womb and after birth, using advanced technological
methods, remote view. Remote view can send signals into the cells, brain, nerves, and DNA,
altering DNA, and cellular development, perhaps with the goal to create the perfect secret
spy/assassin:

"It was 1980 when my daughter Kelly was born. She was born directly into the MKULTRA mind
control project, on a much higher level, a much more sophisticated technological level than I
was subjected to. In addition to trauma, she was subjected to harmonic mind control
programming on NASA installations, literally since birth, before her brain even had a chance to
form."

Did your kid ever say the darndest things as if they were being possessed by the CIA secretly or been through some secret mind control program? Well.. here Cathy O'Brien's kid had to educate her therapists on NLP because they were clueless:

"My daughter Kelly wrote a brilliant article on subliminals and the language of the subconscious when she was 10 years old in an effort to educate her therapists on NLP titled "What You Don't Know IS Hurting You"."

At the age of 10... where on earth did she get all this knowledge? :) source: http://trance-formation.com/blog/

Sex, Lies, and Mind Control: http://www.whale.to/b/brien2.html

**"The Next Generation**

In 1980, I was twenty-three and my daughter Kelly was born in Louisiana. She was born right into the CIA's MK Ultra Project. Her level of victimization was much more sophisticated than mine was. Their technology had advanced tremendously by that point. She was subjected to the military/NASA mind control "harmonics" programming as well as the trauma based mind control that I was subjected to. I never contributed to her abuse but I was powerless to help her. I couldn't think to stop what was being done to her anymore than I could think to run away.

Back before the "rite to remain silent"--way back when I was just an itty bitty kid and had hoped--had the ability to think at all, and had hoped that there was someplace in this world where good people existed, where they didn't hurt each other, and I'd dreamed of having a bunch of kids myself. Because I knew that those kids weren't going to be abused. That was one of my fantasies, one of the last hopes that I'd had and now I finally had a daughter of my own - but she was born right into the project and there was absolutely nothing that I could do. As soon as she was born, Senator Byrd ordered that we be transferred back to Nashville, Tennessee.

We were transferred to our second mind control handler, Alex Houston--a ventriloquist and stage hypnotist in the country music industry. Alex Houston followed Senator Byrd's orders to ensure that Kelly and I were at specific places at certain times to carry out the criminal operations that we were forced to participate in and to fulfill the perversions of those controlling our country.

The country music industry provided a cover for bringing us into various military and NASA installations for sophisticated mind control programming.

One of our primary mind control programmers was Lieutenant Colonel Michael Aquino. He was with the psychological warfare division of the US Army and founder of the occult "Temple of Set" that is proliferating on our military bases under the guise of a religion. He doesn't have any religious beliefs that I ever saw, but he used occultism as a trauma base for mind control. The only Satanic power that I ever experienced by Aquino was in the form of a stun gun. The high voltage that he administered to both my daughter and I, compartmentalized memories of programs for later access by certain government leaders and CIA-sanctioned drug lords that had the codes, keys and triggers to that program.

**Hail to the Bush**

Throughout the 1880s we were forced to carry out numerous activities dealing with the drug industry, pornography, and prostitution. In 1983 Senator Byrd acted in the capacity of a pimp and prostituted me to then-President Ronald Reagan. Ronald Reagan is an actor and the smoke and mirrors illusion he created certainly fooled many people into believing that our country was still ours when in fact we were rapidly losing control as our country was being sold out into the NWO. It was Ronald Reagan who--I heard him say to then prime minister of Canada Brian Mulrooney (who's also very much involved in this NWO effort) that he believed the only way to world peace is through mind control of the masses.

Consider the ramifications. I know from experience that there's no peace of mind under mind control. Without free thought there's no free will. Without free will--without that God-given free will, there's no spiritual expression. And I wonder at a so-called "world peace" that involves mind control. that keeps people from having a spiritual connection. keeps people from having free will and free thought. It seems to me that in order to have world peace we must have peace of mind. Ronald Reagan's justification for the NWO absolutely terrifies me in that we've got to consider the effects on the spirit.

It was my experience during the Reagan/Bush administration that Ronald Reagan followed orders from George Bush ! Look at George Bush's background. He began with the United Nations, then he went on to head our CIA and then he ran our country right into NWO controls

through three administrations: Ronald Reagan followed orders from George Bush; then George Bush was in office; and I know for a fact that Bill Clinton follows orders from George Bush. Not robotically - but because he also believes in mind control of the masses.

In 1984 I was at the Lampe, Missouri at a CIA near-death trauma center. It's an enormous cocaine hub, but more importantly a sophisticated mind control center to program paramilitary--guys who are used in paramilitary operations. The Lampe operation was just across the Arkansas border and was very much a part of Clinton's operation. It was there in 1984 that I ever heard (and photographically recorded after severe trauma) Bill Clinton and George Bush talking (they're friends), and George Bush said how when the American people become disillusioned with Republicans in control of our country and running it into the NWO, that Bill Clinton as a Democrat would be put in office."

Mark Phillips CIA Mind Control Experiments:
https://youtu.be/MSOOK3tocTk?list=PLZYQ6vFyoKvf1bRwcXvPWpQ6xsu_GhGtp

Mark Phillips and Cathy O'Brien sued the government over these abuses and published their work in the books (available in many law libraries): Tranceformation of America, and Access Denied for Reasons of National Security.

But not only this, I have been barred from protections by the police, state, and courts for all reasons. For example in jail the sheriffs allowed the other prisoners to try to kill me and beat me up, and refused protective custody. This is while they knew about remote view, and discussed it in the jail with me. This is when they had me irradiated in my cell, and had guards standing by in case I fought back. When I reported a person trying to kill me or relatives, stalking us around the house with a knife, or them possessing drugs such as meth, the police refused arrests and action, even when the other parties admitted to having meth or threatening to kill everyone. In the case of courts, they repeatedly have refused service to me, just search the federal or state of oregon docket, or check a few cases out in NY, one of which I finally won after two judges failed to protect me. In Oregon - not only was I being attacked with directed energy and all courts denying access to help me, as if to endorse my killing, but when Daniel Burdick and his wife Diane Burdick did financial and physical abuse against me under ORS 124.100, the court refused to punish them for it, and refused to make sure I was given reasonable accommodations to access the court given my disability. I delt with both the Marion County Circuit Court, and the Multnomah County Circuit Court on these matters. It started off I emailed the Multnomah County Circuit Court ADA Coordinator Jeremy Wolff requesting reasonable accommodations January 2018 including appointment of civil counsel at public expense. This was to try to save

my life from Project Star Gate and other matters. The ADA Coordinator told me by telephone in a conversation it was his personal belief the court should appoint counsel as a reasonable accommodation, he wrote back in my request for counsel and told me "you should never receive counsel for your type of issue." Here is the email where he refused to provide a reasonable accommodation citing "this would fundamentally alter the nature of our service."

"Mr. Giffin -

Please find attached to this email a PDF that documents the court's denial of your accommodation request on the basis that it would fundamentally alter the nature of the court's services and programs. The ADA does not require that public agencies such as our court to provide accommodations that would fundamentally change the nature of the services it provides. Your request for a court-appointed attorney to advise on and investigate potential claims related to the issues that you have conveyed to me by email over the last week or so, would constitute such an alteration in that it would require the court to provide a service that it does not currently provide. This is not required by the ADA.

In the future, if you have a proceeding with our court and require other sorts of accommodations we can discuss those needs at that time and make any arrangements required by the ADA to ensure you can access our court's services and programs. Because you do not currently have any pending business with our court, I will consider this matter resolved.

Should you wish to file a grievance regarding this decision, you may find the necessary information to do so at the following website: http://www.courts.oregon.gov/services/ada/pages/default.aspx

Thanks,
Jeremy Wolff
ADA Coordinator
Oregon Judicial Department
Fourth Judicial District
1021 SW Fourth Avenue, Rm 416
Portland, Oregon 97204-1123
503-988-5782 Office
jeremy.m.wolff@ojd.state.or.us"

I then went to the Marion County Circuit Court after barely managing to type up a complaint of financial and physical abuse, and the court refused to file my lawsuit five times, and then refused to provide counsel as a reasonable accommodation. I told the court if there was something wrong with my filing, I did not believe so, but a lawyer could be appointed to correct it because I was fully disabled and unable to do so myself. By denying me access to the court, this also had the effect of financially and physically abusing me, as anyone who finds out a persons abuse and does not act, is liable as if they did the acts themselves, per ORS 124.100:

"Mr. Giffen - We provide court appointed attorneys in criminal cases to those who qualify. Court-appointed attorneys are not provided in civil cases, such as the small claims case you have been attempting to file. Your request for a court-appointed attorney for your civil case is denied.

If you have concerns about this or any other matter related to our court, please contact me rather than our staff. My email address is diane.m.morse@ojd.state.or.us.

Thank you.


*Diane Morse*
*Trial Court Administrator*
*Marion County Circuit Court"*

So I was discriminated against and denied access to the programs, activities, and services over five times by Marion County Circuit Court.

By June 28 2018 I decided to try filing in Multnomah County Circuit Court virtually the same petition I attempted to file in Marion County, but the court accepted my filings, opening two cases 18SC24687 & 18SC24690. I included with the filings a new request for reasonable accommodation of appointment of counsel, and the court refused to rule on it. On July 18 2018 I filed a dedicated motion for reasonable accommodation and request for restraining order and protection against my abusers, as ORS 124.100 also has a restraining order component ORS 124.010, and the court forwarded it to the Presiding Judge Bushong - confirmed remote view spy based on his work for Oregon DOJ, who refused to answer it. I then filed another motion to recuse the judge, and request a new judge to rule on the issue August 20 2018, and judge Mark A Peterson denied the motion, even though it was his responsibility, the clerks, or anyone else who read the motion, to get the reasonable accommodations set up. "No action on this Motion. Plaintiff has been directed to the processes to petition for reasonable accommodation in the court's procedures and has not availed himself of those processes." For the record I never received any addition instructions on how to request reasonable accommodations even though Mark A Peterson claims I was, but knowing the law, the law requires all staff in the court to take and handle the request personally, if they find out I am disabled and need accommodation either by observing my limits or I request it verbally or in writing. My understanding is the courts do not have a process established to take and handle reasonable accommodations, and they probably have never paid any money to provide an actual accommodation outside of possibly and interpreter, and they were deliberately discriminating against me, and skirting around that issue, as one reason they didn't get the issue resolved. I filed another motion to have reasonable accommodations put in place September 2nd 2018, forwarded to Judge Jon Gastin, and they again refused to get the issue resolved when Judge Mark A Peterson responded. They received information that Daniel Burdick and his wife Diane Burdick had been making threats to

kill me, and send people after me, and Daniel Burdick has prior convictions for hiring hit men to kill cops and the like- the court did not care, refused to protect me. They did claim they lacked jurisdiction to act on these issues being a small claim division of the Multnomah County Circuit Court (whether true or not), but they could have appointed counsel to help me with filing for restraining orders, or transferred the case to the full civil court, but refused. On September 10 2018 I managed to file my request for default judgment which I needed counsel to help me create and file as a reasonable accommodation, new reasonable accommodations request, and request the case be transferred to full civil court for a jury trial, as I was aware the judges were prejudiced against me, protecting Daniel Burdick and Diane Burdick, giving them favortism etc. For example, Daniel Burdick has warrants for his arrest, but the court decided early on Daniel could appear out of state by telephone, and not have to appear in person and face arrest at the courthouse over the Polk County warrant against him for filing false police reports and other acts around the Newport Oregon area. When I informed the court about Daniel and Diane making death threats against me, they took no actions, even though I was entitled to protection, and the court officers were liable for knowing about and protecting my abuse under ORS 124.100. When I made requests for reasonable accommodations they made no attempt to grant or get them set up, limiting my ability to utilize and access, and participate in the court procedures. They forced me to a trial and gave Daniel and Diane a last day of favortism/bias: September 11 2018, the court refused my request for a default judgment even though I was entitled to one as Daniel and Diane had failed to pay the necessary filing fees within 14 days as ORS 46.455 requires and had not provided the court information about their financial status including making over $3000/month from earnings (therefore did not legally qualify for waiving of filing fees- they never even submitted a proper application to waive the fees), apparently they did this in a plot to hold a trial and dismiss the case against me so they did not have to do anything about the financial and physical abuse going on. The court offered to transfer the case to full civil court for a jury trial only for Daniel and Diane Burdick, refusing my request for them to transfer it to full civil court and for a jury trial to occur, enabling the corrupt judge Jon Gastin to block me from participating or receiving services from the court. This violates the equal protection clause of the 14th amendment to allow them to have a jury trial and transfer the case to full civil court, but not me. I told the judge I was unable to speak at my trial due to severe brain damage, and needed a reasonable accommodation of court appointed counsel to assist me, and they refused to provide an accommodation. The court ignored over 20 pieces of exhibits I submitted including Diane and Daniel admitting to stealing over $1800 dollars from me, threatening to kill me, my family, and friends in videos, and facebook posts, affidavits from family who witnessed his abuses toward me, amongst other abuses. The court ignored a half dozen witnesses who witnessed Daniel scamming either them or others including being caught in a stolen car and being looked for by Newport Oregon police, stealing money, and property from them, supporting my stance that Daniel and Diane had misrepresented themselves and did deceit to steal money and property from me, a defacto financial abuse case under ORS 124.100 per Cruze, 246 Or App at 649 and Church v. Woods, 190 Or App 112 (2003). Taking money or property is "conduct 'wrongful' under ORS 124.110 if it is carried out by improper means, including deceit and misrepresentation." Daniel has a long history of stealing and has been arrested and sent to Oregon State Hospital before over it, in addition to hiring hit men to kill

cops, taking from his credibility, which the judge knew about. It is also a defacto physical abuse case under ORS 124.100 if there's evidence of menacing, ie the threatening by words or conduct to kill a person, putting me in fear for my life. The judge discriminated against me, refusing to grant me two judgments for a total of $70625.08 over incidents. I filed for a motion for reconsideration under ORCP rules, request to vacate the judgment, for reasonable accommodation, motion for new trial, recusal of Judge Jon Gastin September 13 2018, the court referred it to Judge Jon Gastin who denied the motion. "Plaintiff's motion to vacate the judgment entered September 11, 2018 is denied." I truly believe the court intended for Daniel Burdick and Diane Burdick, or her son as they claimed the son was sent to find and take care of me, to kill me, as was threatened, and they intended for me to be stolen from by them. During this whole case I have carefully had to hide my location from Daniel and Diane to avoid their people hunting for me and trying to kill me. ORS 124.100 (2) states: "A vulnerable person who suffers injury, damage or death by reason of physical abuse or financial abuse may bring an action against any person who has caused the physical or financial abuse or who has permitted another person to engage in physical or financial abuse. The court shall award the following to a plaintiff who prevails in an action under this section: (triple economic/non-economic damages)" and (5) states: "An action may be brought under this section against a person for permitting another person to engage in physical or financial abuse if the person knowingly acts or fails to act under circumstances in which a reasonable person should have known of the physical or financial abuse." Therefore the judges, clerk, court staff, attorney general, court by discriminating against my disability, denying me ability to participate, and refusing to do anything about the financial and physical abuse against me must pay me at least $211875.24 just in the economic losses from this case, not counting the discrimination, or emotional damages. The reason is ORS 124.100 trebles economic and non-economic damages in financial and physical abuse cases and makes those who refuse/fail to act liable. I am also entitled to a vulnerable person restraining order against the Multnomah County Circuit Court, Marion County Circuit Court, the Attorney General and it's staff, and Daniel and Diane Burdick per ORS 124.010 to force them to protect me, and to stay away from me and stop abusing me. Note the attorney general was involved many ways, including because they were served a copy of the lawsuits as 124.100 (6) requires.

This is a sample of the exhibits submitted to the court- screenshots of text messages, news articles about Daniel, Facebook posts by Daniel, other lawsuits against Daniel, and audio tapes of a witness Deborah discussing police looking for Daniel for being caught by speed trap behind the wheel of a stolen car around Lincoln City, Oregon:
https://www.oregonstatehospital.net/video.php?id=28a2Qc6251E (the evidence alone is enough to prove Daniel / Diane Burdick threatened to kill me, but more evidence was submitted to Multnomah County Circuit Court)

Therefore I request from the US District Court for them to grant a restraining order and move for a jury trial against the above over the financial and physical abuse.

Additionally as you will read below, Tennessee v Lane strips the courts of judicial/sovereign immunity, making them liable for suits over disability discrimination. Forrester v White strips the judges of judicial immunity on top of Tennessee v Lane, as it states judges may be personally sued for discrimination, administration, legislative, and executive functions assigned by law.

My ADA TITLE II, ORS 659a.142, 14th amendment right to due process and equal protection was violated by the court in this case – including for failing to engage a disabled person since disabled people are at least in the intermediary for equal protection jurisprudence per Tennessee v Lane.

The court also committed the tort of deliberate infliction of emotional distress.

During this case I was also spied on, irradiated, and classified things discussed with me: they witnessed this entire scene go down, and did nothing to help me, knowing it was unlawful. There is classified files and intel about this case and my situation available to be discovered.

The court also knew I was being irradiated, murdered, spied on, and tortured in Project Star Gate, and did not stop the abuse, and when I interacted with the court staff was stalked and whistle at, indicating they are remote viewers, and knew I was a victim, another motive for this behavior.

The FBI also did have interaction with Daniel and Diane Burdick during this case, somehow obtaining his address, but when they went to his hotel they didn't do anything. Daniel and Diane's address was unknown as they fleed and run through multiple states, and do not let their address be known. One report was that someone said Daniel had plotted killings on twitter, and that was the reason they paid a visit, but without the NSA and surveillance, or my court case, how did they obtain his current address?

Daniel is known to be associated with the people targeting me in Project Star Gate as an additional fact, and is buddies with them. He has witnessed me get stalked and whistled at by undercover agents on the street and elsewhere, and was brought into the program, another motive for his protection secretly.

Daniel claimed to have a cousin who's a sergeant and claims to have received covert police, judge, and even Senate protection.

In addition, the court officers may be liable for criminal mistreatment, a C felony, for failing to get me medical care/physical care for my injuries, the torture and abuse I was going under, mandated by various laws including ADA TITLE II/ORS 659a.142, and ORS 124.100 to assist me, or otherwise trying to constrain me of liberty, physical abuse under ORS 124.100.

This constitutes a conspiracy against my civil rights by two or more persons, which has resulted in my rape and near murder, a federal felony A, carrying upto the death penalty. There are also

statutes pertaining to war crimes - 18 U.S. Code § 2441 - War crimes - carrying life imprisonment and death penalty. How about treason against the constitution?

Now the courthouse, judges must pay me that money personally.

ORS 659a.142:
"**(4)** It is an unlawful practice for any place of public accommodation, resort or amusement as defined in ORS **659A.400 (Place of public accommodation defined)**, **or any person acting on behalf of such place**, to make any distinction, discrimination or restriction because a customer or patron is an individual with a disability.

(5)(a) It is an unlawful practice for state government to exclude an individual from participation in or deny an individual the benefits of the services, programs or activities of state government or to make any distinction, discrimination or restriction because the individual has a disability.

(b) Paragraph (a) of this subsection is intended to ensure equal access to available services, programs and activities of state government.

(c) Paragraph (a) of this subsection is not intended to:

(A) Create an independent entitlement to any service, program or activity of state government; **or**

(B) Require state government to take any action that state government can demonstrate would result in a fundamental alteration in the nature of a service, program or activity of state government or would result in undue financial or administrative burdens on state government."

The key disability discrimination is I repeatedly filed motions for appointment of counsel as a reasonable accommodation, and had a right to access and participate in the court services and programs, consistent with the ADA TITLE II, Rehab Act, ORS 659a.142 but the court did not properly provide the accommodations nor did they provide me

court services, activites and programs access, basically blocking and banning me. I needed this counsel to file restraining orders, lawsuits, and to handle the small claim for theft of my property. The court refused to do it. I do believe the court knew they had to appoint counsel, by reading the language of the law, and case law and other material I submitted, such as the court case known as **Weems v. Bd. of Indus. Ins. Appeals**, 2014 Wash. App. LEXIS 1659 (Wash. Ct. App. July 8, 2014), plaintiff was granted reasonable accommodation of appointment of counsel due to disability multiple times, and in fact Washington State Court rule GR 33 requires appointment of counsel under the ADA for disabled citizens to access the courts (why would it if the law didn't require it?).

Is a person with a disability entitled to an attorney in a civil matter as a reasonable accommodation under title II of the ADA or under state law?:
https://www.williamgoren.com/blog/2014/07/14/person-with-disability-entitled-to-attorney-at-public-expense-in-civil-matter-as-reasonable-accommodation/

GR 33
REQUESTS FOR ACCOMMODATION BY PERSONS WITH DISABILITIES

...

      (C) as to otherwise unrepresented parties to the proceedings, representation by counsel, as appropriate or
necessary to making each service, program, or activity, when viewed in its entirety, readily accessible to and usable
by a person with a disability.
...


The Washington Court of Appeals has set forth a formula for determining when a court violates

the Americans With Disability Act TITLE II, and Washington Law Against Discrimination,

requiring courthouses to appoint counsel at public expense as a reasonable accommodation in

Dale Weems v. State Industrial Insurance Appeals, 44713-4 (Wash. Ct. App. 2014).

In that case Petitioner filed for workers compensation, and was unable to represent himself due

to mental disabilities, depriving of his right to due process and equal protection. He was unable

to argue his case, barely able to file his cases, and the like. Upon appeal to the state court

system the courts fully appointed counsel at public expense, at one point ordered the workers

compensation to appoint counsel, and ultimately remanded the case to the insurance board to

do more fact finding to assist the courts in determining of ADA and WLAD were violated. They

wanted certain facts to be determined, apparently spelling out a formula for when the ADA was violated by not appointing counsel:

"Weems then sought judicial review of the Board' s order. The superior court found that

Weems currently suffers from a mental health condition that [a] ffects his ability to fully and effectively

represent  himself  and prosecute  his labor  and  industries  case." Board Record (BR) at

66. Accordingly, the superior court appointed counsel to represent Weems pursuant to GR 33

and the Americans with Disabilities Act."

See that. Court appoints counsel at public expense under Americans with Disability Act."

After winning his appeal he went back to the lower board who failed to appoint counsel, enabling Weems to win on a second appeal:

State court appointed counsel and ordered lower Board of compensation to appoint counsel:

"Weems again sought judicial review of the Board' s order. 10 Pursuant to GR 33, the

superior court again appointed counsel to represent Weems at public expense. Weems' s

appointed counsel and the Department delivered argument, but neither party presented additional

evidence in the superior court.

11

Without challenging the merits of the Board' s order, Weems argued for the first time in

the superior court that the Board' s order should be vacated and the case remanded for rehearing

with Weems represented by a GR 33 attorney because a mental disability prevented him from

meaningful participation in the administrative proceeding as required by. the Americans with

Disabilities Act and the Washington Law Against Discrimination. Initially agreeing with

Weems, the superior court entered findings of fact, conclusions of law, and an order vacating the

Board' s order on November 20, 2012. The superior court' s order further directed the Board to

appoint an attorney for Weems and rehear his application."

"Title II of the ADA, 42 U.S. C. §§ 12131 -12165 ( 2012) (Title II), prohibits public entities

from discriminating against qualified individuals with disabilities in public

accommodations.

16

Tennessee v. Lane, 541 U.S. 509, 517, 124 S. Ct. 1978, 158 L. Ed. 2d 820 ( 2004).

A public

entity must provide a reasonable accommodation where necessary to provide

meaningful access

to individuals with disabilities, including " an equal opportunity to participate in, and

enjoy the

benefits of, a service, program, or activity conducted by a public entity." 28 C.F.R.

35. 160( b)( 1) ( 2009); see Randolph v. Rodgers, 170 F.3d 850, 858 ( 8th Cir.

1999).

A person alleging a Title II violation must show that ( 1) he is a qualified individual

with

a disability; (2) he was excluded from participation in or denied the benefit of a

public entity' s

services, programs, or activities, or the public entity otherwise discriminated against

him; and ( 3)

the exclusion, denial, or discrimination was by reason of his disability. Duvall v.

Kitsap County,

260 F.3d 1124, 1135 ( 9th Cir. 2001). When a public entity receives a request for an

accommodation —or when "the need for accommodation is obvious, or required by.

statute or

regulation " —it must conduct a fact - specific investigation to determine the appropriate

accommodation under the circumstances. Duvall, 260 F. 3d at 1139. But a public entity has an

affirmative defense if it shows that the requested accommodation would impose an undue

financial or administrative burden. Randolph, 170 F. 3d at 858.

Similarly, the WLAD requires all places of public accommodation to provide people with

disabilities an equal opportunity compared to people without disabilities. Fell, 128 Wn.2d at

631, 635. A plaintiff alleging disability discrimination must show that ( 1) he has a recognized

disability, (2) the defendant operates a place of public accommodation, (3) the defendant

discriminated against the plaintiff by providing treatment that was not comparable to the level of

services enjoyed by persons without disabilities, and ( 4) the disability was a substantial factor

causing the discrimination. Fell, 128 Wn.2d at 637. But the defendant has not engaged in

unlawful disability discrimination if its failure to accommodate the plaintiff rests on a legitimate

and nondiscriminatory reason, including financial unfeasibility. Fell, 128 Wn.2d at 642."

"The superior court' s findings of fact left material factual disputes undecided.17 In relevant part, the superior court found:

1. 1 At a scheduling conference held June 3, 2008, before the [ Board], [ Ms. Weems] asked that court to appoint an attorney to represent [ Mr. Weems]. Ms. Weems advised that court that [ Mr. Weems] lacked the mental capacity to represent himself.

1. 2 No appropriate colloquy nor investigation was conducted by the [ Board] with respect to whether [ Mr. Weems] was suffering from a mental condition that would impair his ability to proceed pro -se.

1. 6 [ In his first appeal to superior court, [ t]his court appointed an attorney to represent [Mr. Weems], pursuant to [ t]he Amercians [ w]ith Disabilities Act, after

f]inding that [ Mr. Weems] was unable to " fully and effectively" represent himself.

1. 8 On remand, the [ Board] did not conduct an appropriate inquiry into [ Mr. Weems' s] mental condition.

1. 9 Ultimately, after once again exhausting his administrative remedies, [ Mr. Weems] timely appealed the [ Board' s] decision to this court, with the assistance

of his GR 33 appointed attorney."

"These findings leave at least four material factual disputes unresolved. First, the superior

court did not determine whether Weems is a person with a " disability" as the statutes define that

term.

19 See 42 U.S. C. § 12102( 1); RCW 49. 60.040( 7). Second, the superior court did not

determine whether Weems requested that the Board appoint him counsel as an accommodation

for his disability or whether Weems' s need for accommodation was " obvious" to the Board. See

Duvall, 260 F.3d at 1139. Third, the superior court did not decide whether the Board' s

alternatives to the appointment of counsel at public expense —such as Weems' s ability to hire an

attorney on a contingency fee basis, 20 Ms. Weems' s assistance as a lay representative, and the

industrial appeals judge' s questioning of witnesses — either (a) failed to provide Weems with a

level of service comparable to that enjoyed by non - disabled claimants or (b)

deliberately failed to accommodate Weems' s disability so as to discriminate

against him. Duvall, 260 F. 3d at 1138-

39; Fell, 128 Wn.2d at 639 -40. Fourth, the superior court did not determine

whether the

appointment of counsel at public expense would unduly burden the Board. See

Randolph, 170

F.3d at 858; Fell, 128 Wn.2d at 642."

Yeah it sure sounds like the disabled are getting the same "level of court access" as the

nondisabled uber rich, by denying disabled counsel and making them somehow go pro se with

impairments that often make one incapable to move, think, remember, talk, walk, perform

massive amounts of labor (try this while being irradiated like me it's not fun). This is a two tiered

court system banned by the ADA TITLE II, REHAB ACT, etc.

No where else quite like the US in the world are the lawyers fully privatized and for profit so only

the rich can procure them. The rich like to create systems up such as a statute that allows

attorney fees to be paid by a losing party, but the statutes fail to mention only a rich person can

pay a lawyer up front to do a case so upon winning those attorney fees can be reclaimed.

Lawyers do not take cases without being paid upfront but in rare exceptional cases. However

ADA TITLE III might ban that, as lawyers are banned by it from refusing to take disabled

customers cases if they handle the area of law they have an issue with, but no lawyers follow

the title III in private practice quite yet and yes I have been discriminated against and turned

down by countless lawyers they won't even provide basic consultations) I need to sue in

addition to these court lawsuits- to make the entire legal system ADA and Rehab Act compliant.

Ban on private lawyers refusing service to disabled customers:

§ 36.302 Modifications in policies, practices, or procedures.

(a)General. A public accommodation shall make reasonable modifications in policies, practices, or procedures, when the modifications are necessary to afford goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the public accommodation can demonstrate that making the modifications would fundamentally alter the nature of the goods, services, facilities, privileges, advantages, or accommodations.

(b)Specialties –

(1)General. A public accommodation may refer an individual with a disability to another public accommodation, if that individual is seeking, or requires, treatment or services outside of the referring public accommodation's area of specialization, and if, in the normal course of its operations, the referring public accommodation would make a similar referral for an individual without a disability who seeks or requires the same treatment or services.

(2)Illustration – medical specialties. A health care provider may refer an individual with a disability to another provider, if that individual is seeking, or requires, treatment or services outside of the referring provider's area of specialization, and if the referring provider would make a similar referral for an individual without a disability who seeks or requires the same treatment or services. A physician who specializes in treating only a particular condition cannot refuse to treat an individual with a disability for that condition, but is not required to treat the individual for a different condition.

What I envision is Rehab Act and Title II creating a court funding mechanism to pay lawyers who are required to perform labor and take the courts payments as a reasonable accommodation under title III. This would make the court system on par with Netherlands where the government pays for hours of consultations without question and pays for the lawyers to take the cases to trials but, nondisabled and disabled should qualify under the due process clause beyond ADA and Rehab Act.

Disability Rights Washington filed the following brief in support of Weems:

http://civilrighttocounsel.org/uploaded_files/168/9_DRW_Amicus_Brief.pdf

Appellant brief: http://www.civilrighttocounsel.org/uploaded_files/163/4_Appellant_s_Brief.pdf

National Right to Civil Counsel Brief:

http://civilrighttocounsel.org/uploaded_files/166/7_Reply_Brief.pdf

From William Gorem website:

"Keep in mind, that a court system failing to engage a person with a disability in order to make sure that they can access the court system, runs the real risk of not only violating title II of the ADA but also violating the equal protection clause of the 14th amendment because when it comes to accessing the courts, persons with disabilities are at least in the intermediate scrutiny or higher class for equal protection jurisprudence per *Tennessee v. Lane*, 541 U.S. 509, 533-34 (2004). In English, this means a state court system violating title II of the ADA also probably violates a person with a disability's equal protection rights as well."

Violating ADA TITLE II and Rehab Act are determined the same:

"To establish a prima facie case under either Title II or

the Rehabilitation Act, a plaintiff must a llege that (1) she is

a qualified indi vidual with a disability; (2) the defendant is

subject to the Acts; and (3) she was deni e d the opportunity to

participate in or benefit from the defendant's services,

programs, or activities , or was otherwise discriminated against

by the defendant because of her disability. 42 U.S.C. § 12131;

29 U.S.C. § 794 (a); see a l so McElwee v. Cnty . of Orange , 700 F . 3d 635, 640 (2d Cir. 2012)

(citing Henrietta D. v. Bloomberg ,

331 F .3d 261 , 272 (2d Cir. 2003)) . 6 "

In Tennessee v Lane, the US Supreme Court ruled courts may not use cost or convenience of reasonable accommodations as an excuse to deny court access, and mandated reasonable accommodations in all courthouses and stripped the courts of sovereign immunity over the issue.

"Title II's implementing regulations make clear that the reasonable modification requirement can be satisfied in various ways, including less costly measures than structural changes. This duty to accommodate is perfectly consistent with the well-established due process principle that, within the limits of practicability, a State must afford to all individuals a meaningful opportunity to be heard in its courts. *Boddie,* 401 U.S., at 379. A number of affirmative obligations flow from this principle. Cases such as *Boddie, Griffin* v. *Illinois,* 351 U.S. 12, and *Gideon* v. *Wainwright,* 372 U.S. 335, make clear that ordinary considerations of cost and convenience alone cannot justify a State's failure to provide individuals with a meaningful right of access to the courts. Judged against this backdrop, Title II's affirmative obligation to accommodate is a reasonable prophylactic measure, reasonably targeted to a legitimate end. Pp. 18—23."

Judges do not have judicial immunity in cases of discrimination - or administrative, legislative, and executive functions assigned by law to the court and can be sued personally: Forrester v. White, 484 U.S. 219 (1988) (this is a sister case law of Tennessee v Lane, stripping immunity)

https://en.wikipedia.org/wiki/Forrester_v._White

"Judges have been given judicial immunity to preserve their important governmental function. If judges were personally liable for erroneous decisions, the resulting avalanche of suits, most of the frivolous but vexatious, would provide powerful incentives for judges to avoid rendering decisions likely to provoke such suits. Truly judicial acts, however, must be distinguished from the administrative, legislative, or executive functions that judges may occasionally be assigned by law to perform. Here, the promoting and demoting of aids can be classified as an administrative act, not a judicial one.

Absolute immunity cannot be extended to judges who perform administrative acts. Justice O'Connor applied a "functional" approach under which the nature of the functions entrusted to particular officials is examined in order to evaluate the effect that exposure to particular forms of liability would likely have on the appropriate exercise of those functions.

Administrative acts are indistinguishable from those of an executive branch official responsible for making similar personnel decisions, which, no matter how crucial to the efficient operation of public institutions, are not entitled to absolute immunity from liability in damages under § 1983. O'Connor dismissed the Court of Appeals reasoning that the threat of vexatious lawsuits by disgruntled ex-employees could interfere with the quality of a judge's decisions. She argued that it does not serve to distinguish judges from other public officials who hire and fire subordinates. Neither case should afford absolute immunity towards the actor.[1]"

Where ADA TITLE II applies to state courts, Rehab Act applies to federal courts and the laws require the same thing and violations are determined exactly the same, meaning federal courts must provide reasonable accommodations as well.

The ADA: One Avenue to Appointed Counsel Before a Full Civil Gideon: https://digitalcommons.law.seattleu.edu/sjsj/vol2/iss2/30/

The following ADA TITLE II clauses require the courts to pay for accommodations, and they cannot charge the person a surcharge, or make them pay for the accommodations themselves:

**§35.130   General prohibitions against discrimination.**

(a) No qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any public entity.

(b)(1) A public entity, in providing any aid, benefit, or service, may not, directly or through contractual, licensing, or other arrangements, on the basis of disability—

(i) Deny a qualified individual with a disability the opportunity to participate in or benefit from the aid, benefit, or service;

(ii) Afford a qualified individual with a disability an opportunity to participate in or benefit from the aid, benefit, or service that is not equal to that afforded others; **(this means the court cannot allow the rich to use and have access to lawyers through private pay structures with high tolls the disabled cannot afford- counsel is crucial to anyone using a courts services period)**

(iii) Provide a qualified individual with a disability with an aid, benefit, or service that is not as effective in affording equal opportunity to obtain the same result, to gain the same benefit, or to reach the same level of achievement as that provided to others; **(this means the court cannot allow the rich to use and have access to lawyers through private pay structures with high tolls the disabled cannot afford- counsel is crucial to anyone using a courts services period)**

(iv) Provide different or separate aids, benefits, or services to individuals with disabilities or to any class of individuals with disabilities than is provided to others unless such action is necessary to provide qualified individuals with disabilities with aids, benefits, or services that are as effective as those provided to others; **(this means the court cannot allow the rich to use and have access to lawyers through private pay structures with high tolls the disabled cannot afford- counsel is crucial to anyone using a courts services period)**

(v) Aid or perpetuate discrimination against a qualified individual with a disability by providing significant assistance to an agency, organization, or person that discriminates on the basis of disability in providing any aid, benefit, or service to beneficiaries of the public entity's program; **(this means the multnomah county circuit court for example, could not continue to employ discriminatory judges, or refuse to remove a discriminatory judge, may not rule against me or for another's favor if it would discriminate against me/where a reasonable accommodation should first be offered etc etc)**

(vi) Deny a qualified individual with a disability the opportunity to participate as a member of planning or advisory boards;

(vii) Otherwise limit a qualified individual with a disability in the enjoyment of any right, privilege, advantage, or opportunity enjoyed by others receiving the aid, benefit, or service. **(preventing a law from being enforced, or not providing damages/money awards when owed is illegal)**

(2) A public entity may not deny a qualified individual with a disability the opportunity to participate in services, programs, or activities that are not separate or different, despite the existence of permissibly separate or different programs or activities. **(may not give the rich the full court experience with lawyers and experts, while denying it to the poor)**

(3) A public entity may not, directly or through contractual or other arrangements, utilize criteria or methods of administration:

(i) That have the effect of subjecting qualified individuals with disabilities to discrimination on the basis of disability;

(ii) That have the purpose or effect of defeating or substantially impairing accomplishment of the objectives of the public entity's program with respect to individuals with disabilities; or

(iii) That perpetuate the discrimination of another public entity if both public entities are subject to common administrative control or are agencies of the same State.

(4) A public entity may not, in determining the site or location of a facility, make selections—

(i) That have the effect of excluding individuals with disabilities from, denying them the benefits of, or otherwise subjecting them to discrimination; or

(ii) That have the purpose or effect of defeating or substantially impairing the accomplishment of the objectives of the service, program, or activity with respect to individuals with disabilities.

(5) A public entity, in the selection of procurement contractors, may not use criteria that subject qualified individuals with disabilities to discrimination on the basis of disability.

(6) A public entity may not administer a licensing or certification program in a manner that subjects qualified individuals with disabilities to discrimination on the basis of disability, nor may a public entity establish requirements for the programs or activities of licensees or certified entities that subject qualified individuals with disabilities to discrimination on the basis of disability. The programs or activities of entities that are licensed or certified by a public entity are not, themselves, covered by this part.

**(7)(i) A public entity shall make reasonable modifications in policies, practices, or procedures when the modifications are necessary to avoid discrimination on the basis of**

**disability, unless the public entity can demonstrate that making the modifications would
fundamentally alter the nature of the service, program, or activity.**

...

(8) A public entity shall not impose or apply eligibility criteria that screen out or tend to screen
out an individual with a disability or any class of individuals with disabilities from fully and equally
enjoying any service, program, or activity, unless such criteria can be shown to be necessary for the
provision of the service, program, or activity being offered.

(c) Nothing in this part prohibits a public entity from providing benefits, services, or advantages
to individuals with disabilities, or to a particular class of individuals with disabilities beyond those
required by this part.

(d) A public entity shall administer services, programs, and activities in the most integrated
setting appropriate to the needs of qualified individuals with disabilities.

...

**(f) A public entity may not place a surcharge on a particular individual with a disability or
any group of individuals with disabilities to cover the costs of measures, such as the
provision of auxiliary aids or program accessibility, that are required to provide that
individual or group with the nondiscriminatory treatment required by the Act or this part.**

The above states the courts are not the exclusive party house of the rich, CIA,
etc.

In addition to impairments, disabled people are given small SSI checks of
$750 a month or less, which they must use to cover their other basic needs
like food, shelter, travel, medical, which means they receive no money to
cover the cost of lawyers, expert witnesses, or other actors required to utilize
the broad spectrum of court services, therefore it is discrimination on those
impaired and those who are merely in the class of being disabled to deny
them these things while affording them to other more well to do types. Think
about how this functions: courts have high tolls on them established by laws of
Congress, written by the rich elite to subvert the constitutions protections they
cannot remove, including writing laws to give themselves all the money and
deny it to everyone else- therefore they could afford lawyers, experts,
investigators and the like to access the courts, while no one else such as the
disabled or poor could. This has the result of blocking lawsuits against the
rich, CIA, etc, amongst other tactics they pull, such as keeping abuses
classified and entirely secret, which is illegal under law and executive order
13526 (Technology, methods, information may not be classified under EO
13526 if used to conceal wrongdoing, rape, murders, torture, prevent

embarrassment etc, but it is being held as classified). The issue is, the enforcement mechanisms in society are being controlled, including through high tolls, secrecy, secret appointments of staff of these entities, and discrimination. Denying the poor court access has the same effect as bolstering profits and control on society, preventing abuses from being tried by jury trials. Corporations and government are then free to drug, conceal wrong doings and ill intents, build weapons to control us, rape, torture, kill, spy, produce deliberately faulty products that harm, subvert rights without risk of any judgments being made against them.

The ADA seems to require the court to appoint counsel for lawsuits over ADA claims, borrowing from TITLE III as judges often do for TITLE II interpretation: **§36.501   Private suits.**:

"Upon application by the complainant and in such circumstances as the court may deem just, the court may appoint an attorney for such complainant and may authorize the commencement of the civil action without the payment of fees, costs, or security."

The United States courts are currently set up to only grant access to the rich elite CIA officers, while the public are denied access. This article called the Justice Gap Report 2017 highlights how poor and disabled alike are denied access to justice: JUSTICE GAP REPORT 2017 discusses 97% of American citizens with a legal problem are forced to do without justice because no lawyer access is made available- blocking them from using the courts: https://www.lsc.gov/media-center/publications/2017-justice-gap-report

The only protected class might be the disabled if we can get this reasonable accommodation/due process/equal protection clause issue figured out.

Some ADA/disability discrimination case law supports my stance the courts must pay for counsel to represent me and others, because not doing so is discrimination under the statutes:

US District 9 has affirmed the ADA's requirement that government and business must make purchases of services and goods to accommodate the disabled, see

Jury Awards Record $13 Million in Disability Discrimination Case: https://www.hrhub.com/doc/jury-awards-record-13-million-in-disability-d-0001

"A Wisconsin jury awarded $13 million in compensatory and punitive damages to a former Chuck E. Cheese pizza chain employee. The verdict represents the largest monetary relief awarded by a jury in a case brought by the Equal Employment Opportunity Commission under the Americans with Disabilities Act.

The jury found that Chuck E. Cheese violated the employment provisions of the ADA by discriminating against Donald Perkle when they fired him due to his disability, mental retardation."

JOHN KARCZEWSKI, Plaintiff-Appellant,

v.

DCH MISSION VALLEY LLC, a California Limited Liability Company, Defendant-Appellee.

Ruled: business had to provide reasonable accommodations (modification to their policies, practices, procedures) to disabled customer including procuring special equipment for test drives for disabled customers.

In Gill v. Winn-Dixie Stores, Inc., 2017 U.S. Dist. LEXIS 90204 (S.D. Fla. June 13, 2017), Winn-Dixie was ordered to make their website disability accessible, setting aside over $250,000 to make the Winn-Dixie website accessible. This pales in comparison of course to the over $9 million invested in the website by the company to open and renovate the website.

A federal jury on Thursday awarded $400,000 in emotional damages to a former inmate who is deaf, finding that the Oregon Department of Corrections violated his civil rights by failing to make proper accommodations for his disability.:
https://www.oregonlive.com/portland/index.ssf/2016/11/federal_jury_awards_former_ore.html
From: https://www.adatitleiii.com/reasonable-modifications-2/

Seyfarth Synopsis: Pennsylvania court rules that a museum violated the ADA when it refused to waive the entry fee for a guest's personal care assistant.
A federal district court judge in Pennsylvania court recently held that Title III of the ADA required the Franklin Institute ("FI") to waive the admission fee for the personal care assistant ("PCA") of a person with a disability to attend a movie screening at the

museum.  Title III of the ADA requires public accommodations to make reasonable modifications to their normal policies practices and procedures where necessary to ensure access for individuals with disabilities, unless doing so imposes an undue burden or fundamentally alters the nature of the goods and services being offered.  The court found that waiving the fee would not pose an undue burden or result in a fundamental alteration in this case.

FI argued that free entry would result in dramatic economic consequences to the museum, including deficits, ineligibility for grants, elimination of services, budget cuts and ultimately layoffs.

The judge disagreed with colorful prose, finding no loss of revenue and nothing more than a de minimus added cost to FI; calling FI's arguments "worthy of the antagonist in a Dickens novel."  The judge noted that the museum's existing practice of providing folding chairs for PCAs to sit next to wheelchair users would not cost the museum any money because the folding chairs were not normally sold to patrons.  The court also noted that FI spends substantial sums on charitable efforts and gives reduced price tickets to people who cannot afford to pay.  The court criticized FI's argument that parents or babysitters of children must pay for entry, noting that individuals with disabilities are not the same as children.

While a well-heeded cautionary tale, this case is not of universal applicability.  It does not mean museums and other institutions must always let companions in for free.  Rather, places of public accommodation must take their obligation to make reasonable modifications to policies, procedures, and practices seriously, and conduct a meaningful analysis of whether making the modification would really impose an undue burden or result in a fundamental alteration.  The decision also serves as a reminder that disability access defenses are highly fact intensive and cannot be decided early in a case.  The practical approach in some cases may be to make the modification rather than watch fees increase in the process of litigating a case.

Reasonable Modification to Policies, Practices, or Procedures Must Be Considered When Requested by a Person with Disability

On July 25, 2012, Judge Joseph Spero of the United States District Court for the Northern District of California issued an opinion in Gregory Pilling v. Alameda Park Street Bicycle, Inc., et al., Case No. C-12-02186-JCS which serves as a reminder to all

public accommodations of the obligation to make "reasonable modification" to policies, practices, or procedures when such modifications are necessary to provide persons with disability with full and equal enjoyment.

The plaintiff in the case, a cancer survivor, required the use of a colostomy bag. He used his bike and train to commute to his job as a street sweeping foreman. After getting off the train, he would store his bike at a bike storage facility, which was jointly operated by the train and a private entity.

The bike storage facility had a rule requiring that entry and exit into the facility be accomplished within 10 minutes. The rule's purpose was to help deter and detect instances of theft. The plaintiff requested that the rule be modified to allow him the time he needed (12-18 minutes) to use the restroom while in the facility. After his request for reasonable modification was denied, he sued alleging claims under the ADA and analogous state laws.

Judge Spero held that the defendants were required to comply with the DOJ regulation which requires that "reasonable modification in policies, practices, or procedures" be made when necessary to avoid discrimination unless the modification would "fundamentally alter the nature of the service, program, or activity." 28 C.F.R. § 35.130(b)(7). That the 10 minute rule was neutral on its face and had a legitimate purpose was no defense. It should have been modified to allow the plaintiff the time he needed in the restroom.

Any place of public accommodation should take note of the ruling. Even if a policy, procedure, or practice seems reasonable and non-discriminatory on its face, the ADA may very well require that it be modified to afford a person with disability full and equal enjoyment.

986 P.2d 1183 (1999)

162 Or. App. 472

John Earl BRASCH, Appellant,

v.

Lily QUAN, dba China Garden, Respondent.

(96-97-05494; CA A101749)

Court of Appeals of Oregon.

Argued and Submitted January 20, 1999.

Decided September 15, 1999.

Nickolas Facaros, Eugene, argued the cause for appellant. With him on the brief was Facaros & Rosas.

No appearance for respondent.

Before LANDAU, Presiding Judge, and LINDER, Judge, and WARREN, Senior Judge.

LANDAU, P.J.

In this action for unlawful discrimination in a place of public accommodation, plaintiff appeals a judgment awarding him $25,000 damages. He contends that the trial court erred in awarding him less than the $500,000 he requested in his amended complaint. He also contends that the trial court erred in denying his motion for leave to amend his complaint further to conform to evidence adduced at trial. We affirm.

The relevant facts are undisputed. Defendant owns and operates a restaurant. Plaintiff is wheelchair-bound as a result of an automobile accident that occurred some years ago. He decided to eat at defendant's restaurant but was refused service. Plaintiff initiated this action under ORS 659.425(3), which prohibits any place of public accommodation from discriminating against a customer *1184because the customer is a disabled person. He alleged that he suffered "humiliation, embarrassment, mental anguish, emotional distress, and psychic injury," for which he claimed $25,000 in damages.

---

In the Matter of Kara Johnson dba Duck Stop Market (November 6, 2014), Case No. 30-14, appeal pending. Complainant, an individual with multiple disabilities who has been prescribed a service dog and uses service dogs to mitigate her disabilities, was not allowed to shop in Respondent's convenience store in April 2013 while accompanied by her service dogs. Respondent violated ORS 659A.142(4). The forum awarded Complainant $60,000 in damages for physical, emotional, and mental suffering. Cite this case as 34 BOLI Orders 2 (2014)

Homeless shelter lawsuits revolving around ADA TITLE II indicate the government must purchase disability accessible apartments for disabled people, amongst other "reasonable accommodations:" Anthony Hunter v District of Columbia:

https://www.justice.gov/sites/default/files/crt/legacy/2014/09/19/hunter_memorandum.pdf

United States v District of Columbia: https://www.ada.gov/dc_shelter.htm

Rehab Act and IDEA require the schools to pay for students schooling at private schools and other sources as a reasonable accommodation, giving students the best chance at success, per last years SCOTUS ruling:
https://www.npr.org/sections/ed/2017/03/22/521094752/the-supreme-court-rules-in-favor-of-a-special-education-student

"School districts must give students with disabilities the chance to make meaningful, "appropriately ambitious" progress, the Supreme Court said Wednesday in an 8-0 ruling.
The decision in *Endrew F. v. Douglas County School District* could have far-reaching

implications for the 6.5 million students with disabilities in the United States.

The case centered on a child with autism and attention deficit disorder whose parents removed him from public school in fifth grade. He went on to make better progress in a private school. His parents argued that the individualized education plan provided by the public school was inadequate, and they sued to compel the school district to pay his private school tuition.
The Supreme Court today sided with the family, overturning a lower court ruling in the

school district's favor.

The federal Individuals With Disabilities Education Act guarantees a "free appropriate

public education" to all students with disabilities. Today's opinion held that "appropriate"

goes further than what the lower courts had held."


Section 8 programs require government to spend extra money to ensure disability accessible apartments are rentable by tenants, such as close to doctors offices, with wheelchair ramps, with elevators, with extra rooms for disability equipment, extra money to run electricity for disabilities and equipment, special heating and cooling sources, etc, sometimes doubling the amount of a section 8 voucher or more as a reasonable accommodation. Furthermore, things like disability expenses are usually counted as a

deduction as a reasonable accommodation in the SNAP, section 8, and other programs:
https://www.masslegalhelp.org/housing/reasonable-accommodation-request

International perspective: Every other major court on earth provides court appointed counsel to the poor/disabled to enable their access to the courts and justice. It's only the United States of fuckery where nearly every system of government and business is dilapidated, and prevented from serving the public. In the United States they place huge tolls to access the courts including massive filing fees, and high hourly rates on purchasing counsel, which no citizen can afford, especially the disabled, barring their access to the courts. This is occurring across the board: healthcare similarly has high tolls, college education, food, housing. It's now well understood that housing is unaffordable in every state, requiring doubling of the minimum wage for families to afford basic two bedroom apartments. The homeless rate in the last four decades since Ronald Reagan shutdown welfare and housing programs, has exploded to levels not seen since the great depression, and it keeps getting worse. There's over 22000 homeless school aged children in Oregon alone, and 4.2 million homeless young adults in any given 12 month period. A trip downtown will get you eye fulls of homeless young adults, including females forced to bare their tits to change their clothes on the streets, and mothers who have their children in the ice cold of winter, frequently resulting in child death when they pop out in the icy air. The United Nations Special Reporter on Extreme Poverty has highlighted that these conditions do not exist in any other developed nations in his recent reports. The judiciary is highlighted as making justice so unobtainable, that citizens are crippled from enforcing their civil and constitutional rights including the right to vote. This country also loves killing thousands with police bullets yearly, shooting more bullets in a single police episode than all other countries shoot in decades. We also kill 500,000+ annually with psychiatric drugs dolled out to communities of citizens, prisoners, and mental hospital patients. Many more die without healthcare, and homeless on the streets. The wealthy elite truly want everyone not them dead. And the courts are ok with that, because they were appointed to enforce the elite's will against us all. :)
The United States has even signed treaties agreeing to provide civil counsel but doesn't do so, violating their duties under international treaties:
http://civilrighttocounsel.org/about/international_perspective

Sample of international countries providing civil counsel:

European Charter Article 47 - Right to an effective remedy and to a fair trial guarantees free civil

counsel and legal aid to pay all court costs:

http://fra.europa.eu/en/charterpedia/article/47-right-effective-remedy-and-fair-trial

"Everyone whose rights and freedoms guaranteed by the law of the Union are violated has the right to an effective remedy before a tribunal in compliance with the conditions laid down in this Article.

Everyone is entitled to a fair and public hearing within a reasonable time by an independent and impartial tribunal previously established by law. Everyone shall have the possibility of being advised, defended and represented.

Legal aid shall be made available to those who lack sufficient resources in so far as such aid is necessary to ensure effective access to justice."

An example of how Article 47 of EU Charter operates: In the Netherlands 36% of citizens qualify

for court paid legal aid for lawyers, experts, investigators and other court costs which they

actually receive, ensuring court access to all citizens not just the rich.

https://amsterdam-mamas.nl/articles/legal-aid-netherlands This free lawyers in all areas of law:

administrative, human rights, criminal, personal injury, housing,

immigration, social security, contract/consumer, family/divorce/alimony/custody,

labor/employment, mental health issues, appeals, etc..

"Anyone in need of professional legal aid but unable to (fully) bear the costs, is entitled to call upon the provisions as set down in the Legal Aid Act (in force since 1994; the last amendment of this law took effect on July 1st, 2011). The Legal Aid Act of 1994 replaced the prior statutory system that dealt with the supply of legal aid and dates back as far as 1956. Given their financial means and merits, approximately 36% of the Dutch population (with a total of 16.7 million people) would, according to the latest estimates, qualify for legal aid if circumstances so require. The legal aid itself is mainly financed by the state (the Legal Aid Fund) and only for a minor part by an income-related contribution of the individual client."

If the Netherlands can do it United States can do it too!

Japan "[n]o person shall be denied the right of access to a court" and the countries corresponding civil legislature guarantee all welfare recipients free court appointed counsel and legal aid money, and the population who can pay get legal loans:
http://www.probonoinst.org/wpps/wp-content/uploads/japan.pdf
Article 39A of Constitution of India guarantees the right to access the court with free legal aid, and they believe if one cannot pay to access the court ie pay a lawyer or legal staff the person becomes disabled, incapacitated because they cannot exercise their legal rights. In fact, being unable to pay for your needs is linked to low IQ, health problems, and brain injury, making one impaired and qualifying for ADA / Rehab Act protections:
http://shodhganga.inflibnet.ac.in/bitstream/10603/12650/10/10_chapter%206.pdf

In violation of EU Charter 47, UK cut legal aid recently from 575,000 annual paid counsel representations - cases which saw civil cases filed - to around 140,000- what they saw was citizens could not even file cases anymore. This had the impact of restricting court access to the rich from the poor:

Justice 'only for the wealthy': Law Society condemns legal aid cuts:
https://www.theguardian.com/law/2018/sep/28/justice-only-for-the-wealthy-law-society-warns-on-legal-aid-cuts

Access to justice under threat in UK, says supreme court judge:

https://www.theguardian.com/law/2018/sep/26/legal-aid-access-to-justice-under-threat-in-uk-say

s-supreme-court-judge

Justice Beat: Gender Issues and Legal Aid Cuts:

https://www.crowdjustice.com/blog/justice_beat_gender_legal_aid_cuts/

"Justice for all? Inside the legal aid crisis":

https://www.ft.com/content/894b8174-c120-11e8-8d55-54197280d3f7

The United States choice to not provide civil counsel is not consistent with international standards or agreements the United States has entered into, or existing US law. The other countries have proven it: courts are inaccessible to the disabled and poor without full legal aid/civil counsel funding provided by the government. The United States is operating without a court system without it in violation of the constitution.

https://www.healthpovertyaction.org/info-and-resources/the-cycle-of-poverty-and-poor-h

ealth/key-facts/

Poverty and poor health worldwide are inextricably linked. The causes of poor health for millions globally are rooted in political, social and economic injustices. Poverty is both a cause and a consequence of poor health. Poverty increases the chances of poor health. Poor health in turn traps communities in poverty. Infectious and neglected tropical diseases kill and weaken millions of the poorest and most vulnerable people each year.

# Poverty changes your brain to make you less intelligent, study suggests:
# https://www.independent.co.uk/news/science/povert
# y-intelligence-aging-brain-low-income-inequality-a73
# 33506.html

Analysis: How poverty can drive down intelligence:
https://www.pbs.org/newshour/economy/making-sense/analysis-how-poverty-can-drive-down-int elligence

Poverty CAN impact your IQ but it depends on where you live: Americans suffer the effects more than Europeans, finds study:
https://www.dailymail.co.uk/sciencetech/article-3362363/Poverty-lower-IQ-depends-live-America ns-suffer-effects-Europeans.html


Here is a list of other courts that have discriminated against me:

Lane County Circuit Court,
Marion County Circuit Court,
Oregon Court of Appeals,
Oregon Supreme Court,
US District Court of Oregon, New York, California, and District of Columbia (when I called the courthouse and spoke to the clerks and asked for reasonable accommodations of appointment of lawyers to help me file a habeas corpus to challenge my false conviction from state court, the clerks did not know what a reasonable accommodation was or how to grant it, barring me from access to the courthouse or filing my habeas corpus.. And further requests to get counsel to help me sue the government were also unanswered)
US District 9 Court of Appeals
The US Supreme Court itself as the clerks do not know how to grant reasonable accommodations and refuse to acknowledge the Rehab Act of 1973 if you call and ask any clerk about it.
Social Security Administration hearing processes as disabled people are unable to run the hearings themselves, but they have no process to take or grant reasonable accommodations and refuse to respond to them
New York City HRA/OTDA/LINC who does not have a process of providing counsel or reasonable accommodations to citizens in their hearing processes making them inaccessible and unconstitutional.
New York City Comptroller hearing process- after $60,000+ was stolen from me by the city, the comptroller wished to hold a hearing but I was unable to access it without appointment of counsel at public expense. I am unable to build my claim, file it, argue it, etc without counsel therefore am being blocked from the hearing process and they denied the accommodations claiming the ADA does not require appointment of counsel at public expense, which will have the result of making it so I cannot present any case at

the hearing and will lose and have trouble appealing, and cannot sue to bring the claim into court, etc.

Federal Public Defenders in Eugene Oregon and Portland Oregon, who refused to provide a reasonable accommodation or help me file my habeas corpus to challenge my false conviction from state court, barring me from being able to file my habeas corpus.

I have additional lawsuits to file such as ADA TITLE III claims, ORS 659a.142 claims, business lawsuits, ineffective assistance of counsel claims, medical malpractice, vulnerable person abuse claims, and others, so fixing the courts to be accessible is required for me to go forward with these claims so I can get justice as may others on my case laws.

And I wish to have my complaint amended to include them in the lawsuit by my court appointed counsel at public expense.

I also need injunction and protective relief to stop the government from restraining my liberty in project star gate and using weapons and illegal tactics on me. We have ample case laws such as the 2nd Circuit decision that energy weapon use is an unconstitutional use of force, 'excessive use of force,' we have case laws such as Kaimowitz v Michigan that the government placing electrodes and brain chips in citizens heads cannot be consented to due to 1st amendment violations (interfering with ability to generate free speech), we have countless confirmed cases of MKULTRA lawsuits winning, from the poisoning of citizens and cover up by US DOJ lawyers and US Supreme Court justices, etc. Kyllo v United States such use of through wall off wall radar as in Project Star Gate violates the 4th amendment when done without a warrant. It is also used to seize control over a persons body/brain/home/environment/ energy/matter, making it a 4th amendment violation as an unlawful seizure. One can consider a person seized to be in custody, arrested, detained, and under remote control of another taking out that persons will.

Kyllo v United States excerpt:
"The Government maintains, however, that the thermal imaging must be upheld because it detected "only heat radiating from the external surface of the house," Brief for United States 26. The dissent makes this its leading point, see post, at 1, contending that there is a fundamental difference between what it calls "off-the-wall" observations and "through-the-wall surveillance." But just as a thermal imager captures only heat emanating from a house, so also a powerful directional microphone picks up only sound emanating from a house—and a satellite capable of scanning from many miles away would pick up only visible light emanating from a house. We rejected such a mechanical

interpretation of the Fourth Amendment in Katz, where the eavesdropping device picked up only sound waves that reached the exterior of the phone booth. Reversing that approach would leave the homeowner at the mercy of advancing technology–including imaging technology that could discern all human activity in the home. While the technology used in the present case was relatively crude, the rule we adopt must take account of more sophisticated systems that are already in use or in development.3 The dissent's reliance on the distinction between "off-the-wall" and "through-the-wall" observation is entirely incompatible with the dissent's belief, which we discuss below, that thermal-imaging observations of the intimate details of a home are impermissible. The most sophisticated thermal imaging devices continue to measure heat "off-the-wall" rather than "through-the-wall"; the dissent's disapproval of those more sophisticated thermal-imaging devices, see post, at 10, is an acknowledgement that there is no substance to this distinction. As for the dissent's extraordinary assertion that anything learned through "an inference" cannot be a search, see post, at 4—5, that would validate even the "through-the-wall" technologies that the dissent purports to disapprove. Surely the dissent does not believe that the through-the-wall radar or ultrasound technology produces an 8-by-10 Kodak glossy that needs no analysis (i.e., the making of inferences). And, of course, the novel proposition that inference insulates a search is blatantly contrary to United States v. Karo, 468 U.S. 705 (1984), where the police "inferred" from the activation of a beeper that a certain can of ether was in the home. The police activity was held to be a search, and the search was held unlawful.4"

"On 6/13/18, the US Court of Appeals for the 2nd Circuit issued a precedential ruling, authored by Chief Judge Robert A. Katzmann, addressing, for the first time, the legality of police use of a Long Range Acoustic Device ("LRAD") sound cannon for crowd control purposes. The Court rejected the appeals of two NYPD officers who had sought qualified immunity in a federal civil rights suit accusing them of using unconstitutionally excessive force by using the "area denial" function of an LRAD against Black Lives Matter protesters, observers, and bystanders in December of 2014. The six Plaintiffs in Edrei, et al. v. City of NY, et al. were at a protest responding to a Staten Island Grand Jury's decision not to indict NYPD officer Daniel Pantaleo in the death of Eric Garner when police repeatedly fired the LRAD's "area denial" tone at them to force them away from an arrest scene. The ruling upholds a 5/31/17 decision by US District Judge Hon. Robert W. Sweet, denying the officers' and the NYPD's bids to dismiss the case. Construing the facts about the underlying events, together with video evidence, in the light most favorable to the Plaintiffs, the Second Circuit held that "purposely using a LRAD in a manner capable of causing serious injury to move non-violent protesters to the sidewalks violates the Fourteenth Amendment under clearly established law....[T]his Court's longstanding test for excessive force claims teaches that force must be

necessary and proportionate to the circumstances....[T]he problem posed by protesters in the street did not justify the use of force, much less force capable of causing serious injury, such as hearing loss."" I happen to have hearing loss, along with my other organ damage from laser energy just like the sound cannon victims, confirmed by an audiologist.

https://rightsanddissent.org/news/nypd-use-of-sound-cannons-could-be-excessive-force-court-rules/

Kaimowitz v Michigan ruled government could not place stimoceiver, electrodes, brain implants in citizens heads any longer as it violated 1st amendment right to generate free speech:
http://psychrights.org/research/Legal/InformedConsent/KaimowitzvMichDeptMH(MichCir1973).pdf

Brain abnormalities in US and Canadian diplomats living in Havana were caused by a mystery microwave WEAPON and not 'noisy crickets', claims scientist:
https://www.dailymail.co.uk/sciencetech/article-5174763/Mysterious-sonic-weapon-Cuba-microwaves.html

'Sonic weapon' attacks on US diplomats in Cuba may have been caused by pulses of electromagnetic radiation, researcher claims:
https://www.dailymail.co.uk/sciencetech/article-6112223/Has-mystery-strange-sonic-weapon-affecting-diplomats-Cuba-solved.html (I accurately predicted the attacks were electromagnetic/laser based not sonic energy over a year ago on my twitter, knowing how the technology works as the energy merely converts to ultrasonic/sound energy in your environment, ears, and brain once it hits and interacts with the energy/matter, if the energy/matter has that intended effect)

U.S. suspects RUSSIA is behind mystery attacks on diplomats in Cuba which left officials with brain injuries:
https://www.dailymail.co.uk/news/article-6156559/U-S-suspects-RUSSIA-attacks-diplomats-Cuba-left-officials-brain-injuries.html (If the US didn't attack the embassy staff itself to sabotage Cuban/world relations like usual, many countries have it against the US for using energy weapons on them therefore seek revenge over the US's abusive secret use of energy weapons by using it back, knowing the US has no intentions to stop themselves and created the issue entirely on their own. US has been attacking people around the world with energy in secret with hatred for many decades now, now they do the same to us back? Sounds like sweet justice, "go fuck yourself US, we know what you're about, we don't want you in our country"..)

With Sonic Weapon Attack, China Demonstrates Experimental Program:
https://www.theepochtimes.com/with-sonic-weapon-attack-china-demonstrates-experimental-program_2539742.html

Former NSA spy believes he contracted Parkinson's from a microwave attack:
https://www.dailymail.co.uk/health/article-5153943/Ex-NSA-spy-believes-microwave-attack-gave
-Parkinsons.html (i not only have hearing, brain, organ damage, but movement/neuromuscular
disorders such as parkinsonism, all diagnosed long before these articles came out, proving I
knew how the technology effected human life long before the public announcements, solely
because I was involved in secret classified programs and was a real victim all along)

BOEING PAYS WORKER WITH CANCER $500,000:
https://www.washingtonpost.com/archive/business/1990/08/17/boeing-pays-worker-with-cancer-
500000/de5463d6-3c06-40a1-9122-81a7a98a3cc3/

"SEATTLE -- A Boeing Co. technician diagnosed with a rare form of terminal
leukemia has won a landmark settlement from the aerospace giant after
charging he was used as an unwitting guinea pig in tests to determine the
medical effect of electromagnetic pulse (EMP) radiation on humans.
Attorneys for the technician, Robert Strom, said the out-of-court agreement
announced Wednesday is the first in the nation in which workers have been
compensated for their exposure to low-frequency radiation from
electromagnetic fields.

Because similar emissions are believed to come from power lines, video
display terminals and electric blankets, attorneys said this case could lead to
other legal actions."

The only civilian family to ever receive compenstation for MKUltra:
https://www.washingtonpost.com/archive/politics/1977/05/06/settlement-eyed-in-drug-death-cas
e/914f4d17-65c9-4f1c-aa38-cb8622009a97/ Settlement Eyed in Drug Death Case- Harold
Blauer. Tennis player misdiagnosed and put into program, unwittingly drugged with chemical
weapon to create schizophrenia during Army test case at New York Psychiatric Institute, the
staff then murdered him or he died from the experiment. The case demonstrates how the Army
Justice Department's, hospitals, attorney general, all cover it up each time. Then the attorney
general Warren E. Burger who authorized the cover up became Court of Appeals judge in
District of Columbia, then US Supreme Court chief justice where he did dirty deeds from behind
the bench. All Warren E Burger had to do to cover his tracks was claim he had no idea what he

signed his name to, knowing the public viewed this behavior as wrong the reason it was kept secret in the first place.

CIA operative family compensated for murder of their CIA op father:
https://www.nytimes.com/2012/11/27/us/family-of-frank-olson-man-drugged-by-cia-plans-suit.html Frank Olsen CIA operative drugged with LSD by coworkers and murdered in cover up. He was even seeing a CIA psychiatrist at New York hospital Columbia University for secretive treatment related to sickness he allegedly developed at the time, under the table. That's sick: a psychiatrist from the CIA works at the local mental hospital - to cover up and target citizens there right?
https://www.rt.com/usa/frank-olson-lsd-murder-476/ Judge says family of bioweapons scientist can't sue CIA over unsolved death. "The family of Dr. Olson filed a lawsuit against the CIA in late 2012 accusing the agency of a clandestine murder that had made it a hot topic of discussing more than half a century after the fact. But while Judge Boasberg agrees that many of the allegations put forth by the Olson family are likely true — even while admittingly coming off as unbelievable — he ruled that an earlier settlement agreed upon by the scientist's children and the sheer tardiness of the late suit have left him unable to allow the case to continue."

https://www.madinamerica.com/2017/10/judge-cia-torture-secrecy/ Judge Peels Off Layer of CIA Torture Secrecy: "The ACLU may also learn more about the psychiatric community's complicity in the torture program through the disclosure of the document 'Summary and Undated Reflections of Chief of Medical Services on OMS Participation in the RDI Program.'"
https://www.madinamerica.com/2018/04/apa-see-no-evil-approach-torture/ APA: Do Not Take a "See No Evil" Approach to Torture: APA cover story: they're admitting to some torture, covering other involvement up. They still took part in Project Star Gate, and Neuropsychological and Electronic No-Touch Torture (psi weapons use), completely hidden from all the disclosures and reports, something I am sure the APA feels quite happy has been hidden and not delt with. Despite the light touch approach to the torture investigation, APA is considering undoing some efforts to 'rectify torture involvement.' "From Psychology Today: The American Psychological Association has previously taken a number of steps to take responsibility for its involvement in torture and make amends to those who were harmed. However, the organization's governing body is now considering undoing some of those efforts."

Canadian MKUltra victims continue to be compensated by their government and win lawsuits:
https://www.madinamerica.com/2017/06/doctors-tortured-patients-ontario-mental-health-centre/
"Doctors Tortured Patients at Ontario Mental-Health Centre" 'A judge has recently ruled

that patients at a mental health facility in Ontario were tortured by doctors over a 17-year period in unethical and degrading human experiments. Techniques used on patients included solitary confinement, administration of hallucinogens and delirium-producing drugs, and brainwashing methods developed by the CIA.'

https://www.nytimes.com/1992/11/19/world/canada-will-pay-50-s-test-victims.html CANADA WILL PAY 50's TEST VICTIMS
https://www.cbc.ca/news/canada/canadian-government-gag-order-mk-ultra-1.4448933 Trudeau government gag order in CIA brainwashing case silences victims, lawyer says
https://www.theepochtimes.com/alleged-mkultra-victims-to-file-lawsuit-in-canada_2535273.html Alleged MKULTRA Victims to File Lawsuit in Canada
https://www.ctvnews.ca/gov-t-settles-with-cia-brainwashing-survivor-1.247259 Gov't settles with CIA brainwashing survivor

Use of such programs and technology on citizens without due process, violates the due process clause. Law enforcement also uses it to interrogate, assault, torture, and question suspects, without providing them counsel, known as remote interrogations and renditions, which my CIA pals are prepared to testify to, a 6th amendment violation as one has the right to have counsel defend your rights during interrogations. Even with a conviction, torture is barred by the 8th amendment, so of course it cannot be used on citizens in public, at all. Slavery to science, research and torture programs is also banned by the 13th amendment. Despite all the laws being stacked against Project Star Gate, NSA, DIA, CIA, etc, it continues on, secretly, the only way the government could do it and keep it from being known by the public (and who are let in on it, use plausible deniability to hide their involvement and knowledge, the same as feigning negligence)..

I have also been subjected to fraud on the court / discrimination as I attempted to file for relief pro se before, but courts dismissed my claims without merit, even when the governments own documents and all the witnesses confirmed I was in Project Star Gate, subjected to surveillance, spying, torture, cover ups, and other abuses. The reasoning behind this is probably simple: local courthouses are ran by remote viewers, secret spies, who already know all this is real. This is well documented in the NSA revelations, and Project Star Gate documents that this technology is in secret use all around society, by the courts, police, lawyers, psychologists, academics, and others, and that NSA/CIA/DIA etc have massive local presences and hands in all local activities, yet everyone stays entirely quiet about it, and make secret decisions against

the victims to prevent getting them justice. In court they often refer to the secret use of NSA technology as "parallel construction" and "planned programmed perjury policy" as NSA whistleblower William Binney, my personal friend calls it. It is also called plausible deniability. This is where everyone from the state goes into court, lies about how NSA was not used when it was used, present a falsified narrative hiding the technology use and secret methods, and the judge nor defense counsel raise a peep about it even after the news had ran articles about it going on.

"In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."" - this case law invalidates all prior judgments and decisions against me regarding my attempts to get help with being a Project Star Gate victim. The only remedy for fraud on the courts, is to vacate, overturn, or ignore those decisions as if they never happened, and damages and remedy are owed. The courts actions were to never investigate my abuse, they held no trial or hearings, dismissing my cases before even doing basic fact finding, basic fraud on the courts. My belief is this was done to cover up the fact the judges knew my abuse was real.

Immunity lets bad judges off hook for bad behavior:
https://www.usatoday.com/story/news/nation/2014/07/28/bad-judges-immunity-ci vil-lawsuits/13259199/

"Meanwhile, only a handful of judges nationwide have been successfully sued for civil rights violations — none in Michigan. One such case involved a Tennessee juvenile court judge who was accused of violating the civil rights of three women by sexually assaulting them and threatening to take their kids away if they didn't give in. In 1996, the 6th Circuit denied him judicial immunity from civil liability.

…

Judicial immunity is a sore spot for Stuart James, a civil rights lawyer in Chattanooga, Tenn., who is handling two civil suits against state judges — one of whom escaped liability recently. That case involved a judge accused of propositioning a woman for sex in exchange for him issuing a warrant for some individuals she claimed attacked her.

In February, a federal judge dismissed the lawsuit, concluding that even if the judge did ask her for sex, he was protected by the immunity doctrine. The judge, however, lost his job and was indicted on criminal charges. He just can't be sued for money."

Look at this: SCOTUS says it is okay for judges to order hits and killings by police/agents and cannot be sued for damages:

"Mireles v. Waco
On the other hand, misbehavior while performing judicial acts is immune. In the case of Mireles v. Waco (1991),[16] when a defense lawyer failed to appear for a scheduled hearing, the judge not only issued a bench warrant for his arrest, but instructed the police sent to arrest him to "rough him up a little" to teach him not to skip court dates. Although this was entirely unprofessional and possibly criminal, the judge was held, by the Supreme Court, to have absolute immunity from a lawsuit arising from the resulting beating, because done entirely within his activities as a judge presiding over a court."

Although there is the doctrine of judicial immunity protecting judges created by SCOTUS, I can assure the public the judges only have it set up that way because they being CIA operatives want to be able to rape, murder, torture and kill and do not want their agents to be liable for any of it. This is why the doctrine of judicial immunity must come to an end now. It is the same - given their crime sprees - as being a mafia in control of the world- because of their lack of doing actual good to stop huge crimes from happening or awarding any kind of relief when victims come requesting it. Also the ADA, Tennessee v Lane, state based antidiscrimination law have already stripped immunity by making the courts and judges responsible for disability discrimination - at the command of legislature and the SCOTUS, along with the fraud on the court invalidating courts decisions. The court may be good, but those who run it are not.

With the invent of psychotronics it became possible to determine who would be absolutely loyal, to weed out good people, whistleblowers, and dissent. This meant Presidents and Governors could screen each other, billionaires could screen allies, and each worker could be screened to ensure they would only do the elites bidding before being brought into the secret world - and then only give campaign donations and official appointments to these buddies without risk anyone would squeal on them. This is how the federal, and state courts are operated amongst schools and local governments, barring victims like me from bringing claims in addition to all the other protections. Literally, the CIA can control entire courts nationwide with "NOC listed" / "illegals." That is, undercover spies with remote view powers..

Further any court judge who said I was delusional or frivolous for reporting being a victim of directed energy and remote viewing is performing discrimination against my disability and how I obtained my disability: I have military trauma, PTSD, and brain and bodily injuries due to my victimization. When the judges hear this and they claim this is not reality, they are merely using the stance that generalizations about victims like me being mentally ill even though our history is hundreds of thousands of Americans have been victims of these types of abuses in these types of programs such as MKULTRA and Project Star Gate. It is not ok to marginalize us as people and discriminate against us just for being victims. The idea we are all mentally ill is an excuse, a cover up for why the judges never help us. This is illegal, because we have a right to participate the programs, activities, services of the court, including receiving jury verdicts against the government, and money awards against our perpetrators.

We have confirmed several victims have tried to sue, including John Ginter in 1967, after being irradiated in his prison cell in San Quentin California - also tried to sue again April 14 1994 (United States District Court, Eastern District of California Case no: 94-097-WBS) - the judge dismissed his case without any hearing or discovery claiming his petition was "well beyond the realm of reality or possibility." And John St Clair Akwei in 1992 (Washington, DC. Civil Action No 92-0449) claimed to be targeted by NSA personnel and NSA remote neural monitoring and electronic brain link in John Akwei v National Security Agency -

his lawsuit was dismissed as frivolous without discovery or hearing:
http://mindjustice.org/ginter.htm
http://oregonstatehospital.net/d/otherfiles/Akwei-v-NSA-Case-File.pdf

I know John St Clair Akwei personally and he supports our modern day fight against these abuses.

John St Clair Akwei's case was fully published in Nexus Magazine on full NSA infastructure April-May 1996:
http://oregonstatehospital.net/d/otherfiles/Covert-Operations-of-the-US-National-Security-Agency.pdf

The public did not take John St Clair Akwei's case as frivolous. The judges are out of line with public opinion and knowledge proving their gross corruption and abuse of the public.

Very strange.. Dismiss lawsuits without discovery or hearing, when the government has 100,000s of documents on developing and using this technology around society discrediting the judges stance, some of it was sitting at the National Archives in Maryland in the 1990s, and the judge doesn't even check or care? Do you know this is the same as sentencing citizens to death and torture, by judges permitting government to do these things to us?

I have psychiatrists and psychologists waiting by to correct the errors in judge thinking. It is not sensible to come to the judges conclusions.

Dr. Colin Ross MD Psychiatrist confirmed these abuses were real on History Channel in 2001, in a show called Histories Mysteries : Mind Control America's Secret War documenting the criminal history of officials and the medical establishment in covering up these crimes including todays Project Star Gate weapons abuses. He testified today programs use acoustic and electromagnetic rays and are tested from outerspace. You can tell officials are guilty by their irrational insensible responses such as to not act or to deny the abuses are real:

Federal intelligence and government funded agencies and contractors—including many of America's most prestigious universities—comprise a long history of mind control research that dates to World War Two. "These kinds of electromagnetic and acoustic weapons are well-described going back to the [CIA mind control] MK-ULTRA documents—very primitive like

early forms of them," psychiatrist and author of The CIA Doctors: Human Rights Violations by American Psychiatrists Colin A. Ross explains.

They're described in Defense Electronics magazine. They're described in US News and World Report. There was an article a little over a decade ago describing the specific electromagnetic weapon, what the specs of the weapon were, the aircraft it was being tested in by the Air Force, the altitude of the aircraft, how far into the skin the electromagnetic energy would penetrate, who the contractor was—mainly Sandia Labs.

Ross continues,

You can find pictures of these weapons on Wikipedia easily. So they definitely exist. When you look at the documented history of CIA-military testing of hypnosis, LSD, biological weapons, chemical weapons, other interrogation chemicals on unwitting civilians massively for decades, why would we think, "Oh, it's impossible that these weapons are being tested on unwitting civilians."

"It's not sensible to reach that conclusion, given the prior history of testing *all kinds* of other weapons on unwitting civilians—including radiation experiments. So, I would say that it's perfectly realistic, possible, maybe even likely that these weird electromagnetic weapons are being beamed at civilians without their knowledge or permission. And then the people who are experiencing the effects are of course just completely written off as being nuts, completely discredited, nobody buys it, so that's perfect cover. Now does that mean everybody's story's real? No way. But I don't think zero is real either. Source of the above statement made after the Aaron Alexis Navy Shooter complained of "ELF weapons" attacks (and yes the Navy has these weapons built as he complained, and has been caught using them on citizens before in at least one town: Eugene Oregon):
https://web.archive.org/web/20160402100252/http://memoryholeblog.com/2015/01/20/psychiatry-and-mind-control-101/

Dr. Colin Ross MD covers the history of military mind control and interrogation tactics. Hundreds of thousands of victims just upto the 1970s none of them got justice:
http://www.oregonstatehospital.net/video.php?id=HI_zFD879v0

Peter Breggin MD Harvard psychiatrist discusses his huge background in mind control, including helping to chase Jose Delgado MD PhD CIA torture doctor and implant and remote influencing expert "back to Spain." He discusses mental patients being implanted at Harvard in secret and doctors remotely controlling them in secret:
http://www.oregonstatehospital.net/video.php?id=qP5RwYQadzw

ABCNews Special Report 1979 Mission Mind Control, shows a bull brain wired with remote control device being remotely controlled and covers other parts of the program (no where near in its entirety because most of the program was covered up and hidden, including key

operational successes like remote view weapon development and testing using directed energy): http://www.oregonstatehospital.net/video.php?id=7vBldHjYYfA

History Channel show Histories Mysteries Mind Control Americas Secret War aired in 2001 with Dr Colin Ross and other key researchers discuss the very criminal nature of these kind of abuses, the secret classified protection of these abuses including no known researchers obtaining anything about today's ongoing programs, everyone knowing it's wrong and illegal but still doing it anyway, the lack of prosecutions afterwards and the message to their agents "do it. No punishment." Discusses today's modern day abuses using directed energy from long distances: http://www.oregonstatehospital.net/video.php?id=bNv_VOn4puY

CNN also covered the remote viewing weapon as they could in 1985, episode RF weapons and testing. They demonstrate how phased array antenna and lasers outside of a monkeys brain can read and write to the monkey. They also show video of what it must be like to remote view, having images of the outside world from satellite and radar and brain imaging beamed into your head as if you were able to fly around the world outside of your body:
http://www.oregonstatehospital.net/video.php?id=x0pG9uzLJX4
http://www.oregonstatehospital.net/video.php?id=sDlKt9vU87s

As such the Rehab Act requires the court to purchase accommodations such as lawyers to represent disabled people, because we are otherwise barred from the court, and cannot make use of them the same as nondisabled, and the Rehab Act guarantees our access to the court the same as rich nondisabled people. Thus the US District court is motioned to appoint counsel based on the due process clause and Rehab Act. Below because ADA is involved, I also request this appointment under the ADA.

I have been barred from the courts so I could not sue the government properly for them putting me in Project Star Gate, raping my genitals with the technology, massaging my body, causing heat and cold, and sounds and visions in the head, which my psychologists have confirmed is done by the governments directed energy satellite and radar technology.

When I receive appointment of counsel, my claim can be revised, investigated, and argued. I am unable to put all my claims in here, because I can barely type, remember, think, perform labor, sustain energy and health, etc, and need counsel at public expense to help me further. I am badly beat up and injured.

Damages sought: $1 trillion dollars economic, non economic losses, emotional injuries, etc.

A jury trial is also demanded.

Thank you, please stop discriminating against me and help me gain access to the federal, state, and local courts and processes,

10/16/18

Todd Giffen
405 W Centennial BLVD
Springfield, OR 97477
5039675202
https://www.trumpsweapon.com/
case@oregonstatehospital.net