In US District Court of Oregon

Todd Giffen,
Plaintiff,

V

Multnomah County Circuit Court,
Jeremy Wolff,
Mark A Peterson,
Jon J. Ghastin,
Stephen K. Bushong,
Judith H. Matarazzo,
Barbara Marcille,
Oregon Court of Appeals,
Oregon Supreme Court,
Lane County Circuit Court,
Marion County Circuit Court,
US District Court of Oregon,
US District Court of New York,
US District Court of California,
US District Court of District of Columbia,
US District 9 Court of Appeals
United States Supreme Court,
Social Security Administration,
Bronx Supreme Court,
Westchester Supreme and County Court,
Mental Hygiene Legal Service,
New York City Human Resources Administration,
New York City Office of Temporary Disability Assistance,
New York City Comptroller,
Federal Public Defenders in Eugene Oregon and Portland Oregon,
Fresno Federal Public Defenders

Case no.

Motion for leave to proceed informa pauperis

I am fully indigent unable to pay filing fees or court costs. I live on SSI disability of $725 a month, and have over $20,000 legal bills and medical bills incurred from fighting for my life in Project Star Gate, therefore no money to pay the court costs. Please waive all

fees, and appoint counsel as a reasonable accommodation under Rehab Act section 504..

10/16/18

*Todd Giffen*

Todd Giffen
405 W Centennial BLVD
Springfield, OR 97477
5039675202
https://www.trumpsweapon.com/
case@oregonstatehospital.net