IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TODD GIFFEN,

        Plaintiff,                    Case. No. 6:18-cv-1846-MC

       v.                               JUDGMENT

MULTNOMAH COUNTY CIRCUIT COURT,
et al.,

        Defendants.
_____

MCSHANE, Judge:

    Based on the record, this action is dismissed.

    DATED this 17th day of December, 2018.

                                            _____/s/ Michael McShane_____
                                                  Michael McShane
                                            United States District Judge

JUDGMENT